AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of NORTH CAROLINA

David F. Evans, Collin Finnerty, and
Reade Seligmann

**SUMMONS IN A CIVIL ACTION**

V.

The City of Durham, N.C., Michael B. Nifong et al.

CASE NUMBER: 07-739

TO: (Name and address of Defendant)

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles Davant IV, Williams & Connolly LLP, 725 12th Street N.W., Washington, D.C. 20005

Attorney for Plaintiffs David F. Evans & Collin Finnerty

David S. Rudolf, Rudolf Widenhouse & Fialko, 312 West Frainklin Street, Chapel Hill, NC 27516

Attorney for Plaintiff Reade Seligmann

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker                                                                                          October 9, 2007
Clerk                                                                                                              Date

/s/ Abby McClain
Deputy Clerk

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
              Date                               *Signature of Server*

                                   _____
                                              *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.