IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID EVANS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 07-739 |
| v. ) | |
| ) | |
| THE CITY OF DURHAM, NORTH ) | |
| CAROLINA, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR ADMITTANCE PRO HAC VICE

The undersigned counsel moves this Court for admittance *pro hac vice* of Brendan V. Sullivan, Jr., Robert M. Cary, and Christopher N. Manning pursuant to Local Rule 83.1, and in support thereof, the undersigned counsel states as follows:

1. Brendan V. Sullivan, Jr. is a licensed attorney and a member in good standing of the Bars of the District of Columbia (Bar No. 12757) and the State of Rhode Island. He also has been admitted to the Supreme Court of the United States and the United States Courts of Appeals for the District of Columbia, Third, Fourth, Sixth, Ninth, and Federal Circuits, among other courts. He is a partner in the law firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005.

2. Robert M. Cary is a licensed attorney and a member in good standing of the Bars of the District of Columbia (Bar No. 431815), Virginia, and Maryland. He also has been admitted to the Supreme Court of the United States, the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the District of

Columbia and the Eastern District of Virginia. He is a partner in the law firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005.

3. Christopher N. Manning is a licensed attorney and a member in good standing of the Bars of the District of Columbia (Bar No. 464069), Maryland, Massachusetts, and New York. He also has been admitted to the Supreme Court of the United States and the United States Courts of Appeals for the District of Columbia, Second, Fifth, and Ninth Circuits, among other courts. He is a partner in the law firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005.

4. Charles Davant, IV, an associate in the law firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005 and a member of the bar of this Court, will appear in association with Messrs. Sullivan, Cary, and Manning in this case.

5. Messrs. Sullivan, Cary, and Manning agree that they will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings and that they submit to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, it is hereby requested that Brendan V. Sullivan, Jr., Robert M. Cary, and Christopher N. Manning be admitted to this Court *pro hac vice*, and that they, Charles Davant IV, and the law firm of Williams & Connolly LLP be noted as counsel of record for Plaintiffs David F. Evans and Collin Finnerty in this proceeding. A proposed order is submitted with this motion.

Respectfully submitted, this 9th day of October, 2007.

/s/ Charles Davant IV
Charles Davant IV (N.C. Bar No. 28489)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (tel.)
(202) 434-5029 (fax)
cdavant@wc.com

*Attorney for Plaintiffs David F. Evans and
  Collin Finnerty*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID EVANS, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF DURHAM, NORTH )<br>CAROLINA, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 07-739 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007 I caused the foregoing document and any attachments to be served on the parties of record by mailing a copy thereof First Class Mail, postage prepaid, to:

Barry C. Scheck
55 Fifth Avenue
New York, NY 10003

David S. Rudolf
RUDOLF WIDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC 27516

Richard D. Emery
EMERY CELLI BRINCKERHOFF & ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

*Counsel for Plaintiff Reade Seligmann*

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000

P.O. Box 51729
Durham, N.C. 27717-1729

Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036

*Counsel for Defendants City of Durham, N.C., Mark Gottlieb, Benjamin Himan, David Addison, Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ*

Robert A. Sar
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2301 Sugar Bush Road
Suite 600
Raleigh, NC 27612

*Counsel for Defendant DNA Security, Inc.*

Paul R. Dickinson, Jr.
LEWIS & ROBERTS PLLC
5960 Fairview Rd., Ste. 102
Charlotte, N.C. 28210-3103

*Counsel for Defendants DNA Security, Inc., Richard Clark, and Brian Meehan*

I further certify that plaintiffs' counsel are causing copies of the foregoing document and any attachments to be put into the possession of a process service for service on Defendants Linwood Wilson and Michael B. Nifong at their home addresses together with the summons and complaint in this matter.

    Respectfully submitted,

    /s/ Charles Davant IV
    Charles Davant IV (N.C. Bar No. 28489)
    WILLIAMS & CONNOLLY LLP

2

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (tel.)
(202) 434-5029 (fax)
cdavant@wc.com

*Attorney for Plaintiffs David F. Evans and
   Collin Finnerty*

3