# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID EVANS, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF DURHAM, NORTH )<br>CAROLINA, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 07-739 |

## ORDER GRANTING MOTION TO BE ADMITTED PRO HAC VICE

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Brendan V. Sullivan, Jr., Robert M. Cary, and Christopher N. Manning be, and they hereby are, admitted to this Court *pro hac vice*, and that Brendan V. Sullivan, Jr., Robert M. Cary, Christopher N. Manning, Charles Davant, IV, and the law firm of Williams & Connolly LLP be noted as counsel of record for Plaintiffs David F. Evans and Collin Finnerty in this proceeding.

Date:_____                    _____