**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF NORTH CAROLINA
OFFICE OF THE CLERK
POST OFFICE BOX 2708
GREENSBORO, N.C. 27402

JOHN S. BRUBAKER
CLERK

TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6015

October 10, 2007

Robert M. Cary
Christopher N. Manning
Brendan V. Sullivan, Jr.
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Re: Civil Action No. 1:07CV739; Evans, et al. vs. City of Durham, NC, et al.

Dear Counsel of Record:

Effective January 1, 2006, all attorneys practicing in this Court **must** file documents electronically via the Internet using our Case Management/Electronic Case Filing system (CM/ECF), unless excused upon a showing of good cause that participation in electronic case filing would create a substantial and undue hardship.

This is to inform you that you must complete the necessary training and register as an e-filer within 30 days. The Judges in this Court have authorized notification requiring you to electronically submit all future filings via the Internet. If you do not become a registered e-filer or obtain a waiver within 30 days and you file another document in paper format, your name will be forwarded to the Court for further action.

If you need additional information concerning training and registering, please visit our website at www.ncmd.uscourts.gov. Training is offered in Greensboro and attorneys trained by another CM/ECF court are not required to repeat the training. To schedule training, please call Billy Crumley at 336-332-6003.

Please comply as soon as possible, and know that our staff is available to assist you with CM/ECF questions or concerns. I look forward to your future participation with electronic case filing.

Sincerely,

/s/ Kelly H. Welch
John S. Brubaker
Clerk of Court

Dockets.Justia.com