IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, et al.,

    Plaintiffs,

        v.

CITY OF DURHAM, N.C., et al.,

    Defendants.

Case No. 1:07CV739

**NOTICE OF FILING OF WAIVERS OF SERVICE OF SUMMONS
AND RETURN OF SERVICE**

Pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure, Plaintiffs David F. Evans, Collin Finnerty, and Reade Seligmann, by undersigned counsel, hereby file the attached waivers of service of summons executed by or on behalf of Defendants City of Durham, Mark Gottlieb, Benjamin Himan, David Addison, Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ (collectively, "the City of Durham Defendants") and Defendants DNA Security, Inc., Richard Clark, and Brian Meehan (collectively, the "DNA Security Defendants").

The requests for these waivers were sent by e-mail on October 9, 2007. Accordingly, by operation of Rules 4(d)(3) and 12(a)(1)(B) of the Federal Rules of Civil Procedure, the time for the City of Durham Defendants and the DNA Security Defendants to answer or otherwise respond to the Complaint is extended until December 10, 2007.

Plaintiffs also hereby file the attached Return of Service showing that the summons and Complaint were served upon Defendant Michael B. Nifong personally on October 12, 2007.

Dockets.Justia.com

Plaintiffs have agreed to extend the time for Defendant Nifong to respond to the Complaint until December 11, 2007, and expect a consent motion to be forthcoming.

Dated:  October 24, 2007

Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By:  ___/s/ Charles Davant IV_____
 Brendan V. Sullivan, Jr.*
 Robert M. Cary*
 Christopher N. Manning*
 Charles Davant IV (N.C. Bar #28489)
 725 Twelfth Street, N.W.
 Washington, D.C.  20005
 Tel.    (202) 434-5000
 Email   cmanning@wc.com
 Email   cdavant@wc.com

*Attorneys for Plaintiffs*
 *David F. Evans and Collin Finnerty*

(* admitted pro hac vice)

-and-

**RUDOLF WIDENHOUSE & FIALKO**

By:  ___/s/ David S. Rudolf_____
 David S. Rudolf (N.C. Bar #8587)
 312 West Franklin Street
 Chapel Hill, NC  27516
 Tel.    (919) 967-4900
 Email   dsrudolf@rwf-law.com

**BARRY C. SCHECK, ESQ.**

Barry C. Scheck*
Attn: Elizabeth Vaca
100 Fifth Avenue
New York, NY  10011
Tel.     (212) 364-5390
Email   bcsinnocence@aol.com

(* motion for special appearance
   to be filed forthwith)


**EMERY CELLI BRINCKERHOFF &
  ABADY LLP**

Richard D. Emery*
75 Rockefeller Plaza, 20th Floor
New York, NY  10019
Tel.     (212) 763-5000
Fax.     (212) 763-5001
Email   remery@ecbalaw.com

(* motion for special appearance
   to be filed forthwith)

*Attorneys for Plaintiff Reade Seligmann*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, et al.,

    Plaintiffs,

v.

CITY OF DURHAM, N.C., et al.,

    Defendants.

Case No. 1:07CV739

## CERTIFICATE OF SERVICE

I hereby certify that, on October 24, 2007, I caused the foregoing **Notice of Filing of Waivers of Service of Summons and Return of Service** (including attachments) to be served by first-class mail, postage prepaid, on:

Barry C. Scheck
100 Fifth Avenue
New York, NY 10011

David S. Rudolf
RUDOLF WIDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC 27516

Richard D. Emery
EMERY CELLI BRINCKERHOFF & ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

*Counsel for Plaintiff Reade Seligmann*

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, N.C. 27717-1729

Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036

*Counsel for Defendant City of Durham, N.C.*

| | |
|---|---|
| Robert A. Sar<br>OGLETREE, DEAKINS, NASH, SMOAK<br>& STEWART, P.C.<br>2301 Sugar Bush Road<br>Suite 600<br>Raleigh, NC 27612<br><br>*Counsel for Defendant DNA Security, Inc.*<br><br>Paul R. Dickinson, Jr.<br>LEWIS & ROBERTS PLLC<br>5960 Fairview Rd., Ste. 102<br>Charlotte, N.C. 28210-3103<br><br>*Counsel for Defendants DNA Security, Inc.,<br>Richard Clark, and Brian Meehan* | James B. Craven III<br>340 West Main Street<br>P.O. Box 1366<br>Durham, N.C. 27702<br><br>*Counsel for Michael B. Nifong*<br><br>Linwood Wilson<br>6910 Innesbrook Way<br>Bahama, N.C. 27503-9700 |

Moreover, Reginald B. Gillespie, Jr., counsel for Defendant City of Durham, N.C., has agreed to cause the foregoing **Notice of Filing of Waivers of Service of Summons and Return of Service** (including attachments) to be provided to Defendants Mark Gottlieb, Benjamin Himan, David Addison, Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ, employees of the City of Durham whose addresses the City of Durham has requested not be placed in the public court file.

Respectfully submitted,

/s/ Charles Davant IV
Charles Davant IV (N.C. Bar No. 28489)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Email cdavant@wc.com

*Attorney for Plaintiffs David F. Evans and
   Collin Finnerty*

2