IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID F. EVANS, ET AL., | ) | No. 1:07 Cv739 |
| Plaintiffs | ) | |
| | ) | M O T I O N |
| vs. | ) | |
| THE CITY OF DURHAM ET AL. | ) | |
| Defendants | ) | |

The defendant, Michael B. Nifong, by his counsel respectfully shows the Court that:

1. Michael B. Nifong was served with the complaint and summons herein on October 12, 2007.
2. The plaintiffs' counsel have consented to an extension of time to answer until December 11, 2007.

WHEREFORE Michael B. Nifong respectfully prays the Court for an order extending the time in which he is to answer or otherwise plead until December 11, 2007.

Respectfully submitted,

/s/ James B. Craven III
James B. Craven III
Attorney for Michael B. Nifong
P.O. Box 1366
Durham, NC 27702
919-688-8295
NCSB No. 997

Dockets.Justia.com

CERTIFICATE OF SERVICE

I have this day mailed a copy of this Motion to plaintiffs' counsel as follows:

    Charles Davant IV, Esquire
    Williams & Connolly
    725 Twelfth Street, NW
    Washington, DC 20005

    David S. Rudolf, Esquire
    Rudolf, Widenhouse & Fialko
    312 West Franklin Street
    Chapel Hill, NC 27516

This 24th day of October 2007.


                          /s/ James B. Craven III
                          James B. Craven III