IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, ET AL., )
                                )
        Plaintiffs   )   No. 1:07 CV 739
                                )
vs.                    )
                                )   <u>ORDER</u>
THE CITY OF DURHAM, ET AL.,   )
                                )
        Defendants  )

Upon motion of the defendant Michael B. Nifong, for good cause shown and with the plaintiffs' consent, the time for this defendant to answer or otherwise plead is extended 60 days from the date he was served (October 12, 2007), until December 11, 2007.

IT IS SO ORDERED.

                                                        Clerk of U.S. District Court

Consented to:

/s/ Charles Davant IV
Charles Davant IV
Attorney for David F. Evans
and Collin Finnerty

/s/ David S. Rudolf
David S. Rudolf
Attorney for Reade Seligmann

/s/ James B. Craven III
James B. Craven III
Attorney for Michael B. Nifong