IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DURHAM, N.C., et al., <br><br> Defendants. | Case No. 1:07CV739 |

## NOTICE OF FILING OF RETURN OF SERVICE

Plaintiffs David F. Evans, Collin Finnerty, and Reade Seligmann, by undersigned counsel, hereby file the attached Return of Service showing that the summons and Complaint were served upon Defendant Linwood Wilson personally on October 23, 2007.

Dated: October 25, 2007        Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By:   /s/ Charles Davant IV
    Brendan V. Sullivan, Jr.*
    Robert M. Cary*
    Christopher N. Manning*
    Charles Davant IV (N.C. Bar #28489)
    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    Tel.   (202) 434-5000
    Email   cmanning@wc.com
    Email   cdavant@wc.com

*Attorneys for Plaintiffs*
*David F. Evans and Collin Finnerty*

(* admitted pro hac vice)

-and-

**RUDOLF WIDENHOUSE & FIALKO**

By: ___/s/ David S. Rudolf___
David S. Rudolf (N.C. Bar #8587)
312 West Franklin Street
Chapel Hill, NC  27516
Tel.   (919) 967-4900
Email   dsrudolf@rwf-law.com


**BARRY C. SCHECK, ESQ.**

Barry C. Scheck*
Attn: Elizabeth Vaca
100 Fifth Avenue
New York, NY  10011
Tel.   (212) 364-5390
Email   bcsinnocence@aol.com

(* motion for special appearance
   to be filed forthwith)


**EMERY CELLI BRINCKERHOFF &
  ABADY LLP**

Richard D. Emery*
75 Rockefeller Plaza, 20th Floor
New York, NY  10019
Tel.   (212) 763-5000
Fax.   (212) 763-5001
Email   remery@ecbalaw.com

(* motion for special appearance
   to be filed forthwith)

*Attorneys for Plaintiff Reade Seligmann*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, et al.,

    Plaintiffs,

    v.

CITY OF DURHAM, N.C., et al.,

    Defendants.

Case No. 1:07CV739

## CERTIFICATE OF SERVICE

I hereby certify that, on October 25, 2007, I electronically filed the foregoing **Notice of Filing of Return of Service** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James B. Craven III
340 West Main Street
P.O. Box 1366
Durham, N.C. 27702

*Counsel for Michael B. Nifong*

I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non CM/ECF participants:

Barry C. Scheck
100 Fifth Avenue
New York, NY 10011

David S. Rudolf
RUDOLF WIDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC 27516

Richard D. Emery
EMERY CELLI BRINCKERHOFF &
ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

*Counsel for Plaintiff Reade Seligmann*

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, N.C. 27717-1729

Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036

*Counsel for Defendant City of Durham, N.C.*

Robert A. Sar
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
2301 Sugar Bush Road
Suite 600
Raleigh, NC 27612

*Counsel for Defendant DNA Security, Inc.*

Paul R. Dickinson, Jr.
LEWIS & ROBERTS PLLC
5960 Fairview Rd., Ste. 102
Charlotte, N.C. 28210-3103

*Counsel for Defendants DNA Security, Inc., Richard Clark, and Brian Meehan*

Linwood Wilson
6910 Innesbrook Way
Bahama, N.C. 27503-9700

-and-

Linwood Wilson
c/o 120 E. Parrish Street, Ste. 210
P.O. Box 2301
Durham, N.C. 27702

Moreover, Reginald B. Gillespie, Jr., counsel for Defendant City of Durham, N.C., has agreed to cause the foregoing to be provided to Defendants Mark Gottlieb, Benjamin Himan, David Addison, Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ, employees of the City of Durham whose addresses the City of Durham has requested not be placed in the public court file.

Respectfully submitted,

/s/ Charles Davant IV
Charles Davant IV (N.C. Bar No. 28489)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Email: cdavant@wc.com

*Attorney for Plaintiffs David F. Evans and
 Collin Finnerty*