IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


DAVID F. EVANS, ET AL.,              )
                                     )
        Plaintiffs                   )        No. 1:07 CV 739
                                     )
vs.                                  )
                                     )        ORDER
THE CITY OF DURHAM, ET AL.,          )
                                     )
        Defendants                   )

Upon motion of the defendant Michael B. Nifong, for good cause shown and with the plaintiffs' consent, the time for this defendant to answer or otherwise plead is extended 60 days from the date he was served (October 12, 2007), until December 11, 2007.

It is so ORDERED this the 26th day of October, 2007.

_____
United States Magistrate Judge