IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:07-CV-739

| | |
|---|---|
| DAVID F. EVANS, et. al., | ) |
| *Plaintiffs*, | ) |
| vs. | ) **NOTICE OF APPEARANCE** |
| CITY OF DURHAM, NC, et. al., | ) |
| *Defendants*. | ) |

COMES NOW the law firm of Rudolf Widenhouse & Fialko, and notifies this Court that Plaintiff in this matter, Reade Seligmann, has retained them to represent him as Counsel before this Court. David S. Rudolf hereby enters an appearance on his behalf.

RESPECTFULLY submitted this the 29th day of October, 2007.

**RUDOLF WIDENHOUSE & FIALKO**

David S. Rudolf; NCSB #8587
Attorney for Reade Seligmann
312 West Franklin Street
Chapel Hill, NC 27516
Telephone:   919-967-4900
Telefax:        919-967-4953
E-Mail:         dsrudolf@aol.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I will hereby certify that I have mailed the document to the following non CM/ECF participants:

Barry C. Scheck
55 Fifth Avenue
17th Floor
New York, NY 10003

Richard D. Emery
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019

*Counsel for Plaintiff Reade Seligmann*

Charles Davant, IV
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

*Counsel for Plaintiffs David F. Evans
 And Collin Finnerty*

James B. Craven, III
Post Office Box 1366
Durham, NC 27702

*Counsel for Defendant Michael B. Nifong*

Reginald G. Gillespie, Jr.
Faison & Gillespie
Post Office Box 51729
Durham, NC 27717-1729

Roger E. Warin
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Defendant City of
  Durham NC*

Robert A. Sar
Ogletree, Deakins, Nash, Smoak
  & Stewart, PC
2301 Sugar Bush Road; Suite 600
Raleigh, NC 27612

*Counsel for Defendant DNA Security, Inc.*

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
5960 Fairview Road
Suite 102
Charlotte, NC 28210-3103

*Counsel for Defendants DNA Security, Inc.*
  *Richard Clark, and Brian Meehan*

Respectfully submitted this the 29th day of October, 2007.

**RUDOLF WIDENHOUSE & FIALKO**

  /s/ David S. Rudolf
David S. Rudolf; NCSB #8587
Attorney for Reade Seligmann
312 West Franklin Street
Chapel Hill, NC 27516
Telephone:  919-967-4900
Telefax:    919-967-4953
E-Mail:     dsrudolf@aol.com

07-014.P01