IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:07CV739

| | |
|---|---|
| DAVID F. EVANS; COLLIN FINNERTY; and READE SELIGMANN, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; MARK GOTTLIEB; BENJAMIN HIMAN; DAVID ADDISON; LINWOOD WILSON; STEVEN CHALMERS; BEVERLY COUNCIL; RONALD HODGE; JEFF LAMB; STEPHEN MIHAICH; MICHAEL RIPBERGER; LEE RUSS; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | **NOTICE OF APPEARANCE** |

Attorneys Robert J. King III and Kearns Davis hereby give notice of general appearance in this matter on behalf of defendants DNA Security, Inc., and Richard Clark.

Respectfully submitted this 2nd day of November, 2007.

/s/ Kearns Davis
Robert J. King III
N. C. State Bar No. 15946
rking@brookspierce.com
Kearns Davis
N. C. State Bar No. 22014
kdavis@brookspierce.com
Brooks, Pierce, McLendon Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
(336) 373-8850

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed today with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brendan V. Sullivan, Jr., Esq.
Robert M. Cary, Esq.
Christopher N. Manning, Esq.
Charles Davant IV, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 200005
*Attorneys for Plaintiffs David F. Evans
   and Collin Finnerty*

James B. Craven, III
P.O. Box 1366
Durham NC 27702
*Attorney for Defendant Michael B. Nifong*

David S. Rudolf, Esq.
Rudolf Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
*Attorney for Plaintiff Reade Seligmann*

I further certify that a copy of the foregoing was served today upon each of the following non-CM/ECF participants by United States mail, postage prepaid, addressed as follows:

Barry C. Scheck, Esq.
Attn: Elizabeth Vaca, Esq.
100 Fifth Avenue
New York, NY 10011
*Attorneys for Plaintiff Reade Seligmann*

Richard D. Emery, Esq.
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
*Attorney for Plaintiff Reade Seligmann*

This the 2nd day of November, 2007.

/s/   Kearns Davis
Kearns Davis