# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, et al.,

    Plaintiffs,

        v.

CITY OF DURHAM, N.C., et al.,

    Defendants.

Case No. 1:07CV739

## AGREED MOTION EXTENDING TIME OF
## LINWOOD WILSON TO ANSWER COMPLAINT

Plaintiffs David F. Evans, Collin Finnerty, and Reade Seligmann, by undersigned counsel, hereby move for an Order extending the time for Defendant Linwood Wilson to answer or otherwise respond to the Complaint to December 11, 2007.

In support of this Motion, Plaintiffs state as follows:

    1.    On November 6, 2007, Defendant Wilson contacted counsel for Plaintiffs Evans and Finnerty to state that he has not yet retained counsel to represent him in this litigation and to request an extension of time in which to answer or otherwise respond to the Complaint.

    2.    At present, the deadline for Defendant Wilson to answer or otherwise respond to the Complaint is November 12, 2007; the deadline for Defendant Michael B. Nifong is December 11, 2007; and the deadline for all other Defendants is December 10, 2007.

3. Defendant Wilson, *pro se*, and all Plaintiffs have agreed to the proposed extension to December 11, 2007.

4. Because Defendant Wilson is not yet represented by counsel, Plaintiffs represented that they would file this Motion to request the Court's approval of the proposed extension to December 11, 2007, and that they would serve Defendant Wilson with copies of this Motion and any communications with the Court concerning this Motion.

**WHEREFORE**, Plaintiffs request that the Court extend the time for Defendant Linwood Wilson to answer or otherwise respond to the Complaint to December 11, 2007.

Dated: November 7, 2007    Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By:  ___/s/ Charles Davant IV_____
    Brendan V. Sullivan, Jr.*
    Robert M. Cary*
    Christopher N. Manning*
    Charles Davant IV (N.C. Bar #28489)
    725 Twelfth Street, N.W.
    Washington, D.C.  20005
    Tel.   (202) 434-5000
    Email  cmanning@wc.com
    Email  cdavant@wc.com

*Attorneys for Plaintiffs*
*David F. Evans and Collin Finnerty*

(* admitted pro hac vice)

-and-

**RUDOLF WIDENHOUSE & FIALKO**

By: ___/s/ David S. Rudolf_____
David S. Rudolf (N.C. Bar #8587)
312 West Franklin Street
Chapel Hill, NC  27516
Tel.   (919) 967-4900
Email  dsrudolf@rwf-law.com


**BARRY C. SCHECK, ESQ.**

Barry C. Scheck*
Attn: Elizabeth Vaca
100 Fifth Avenue
New York, NY  10011
Tel.   (212) 364-5390
Email  bcsinnocence@aol.com

(* motion for special appearance
   to be filed forthwith)


**EMERY CELLI BRINCKERHOFF &
  ABADY LLP**

Richard D. Emery*
75 Rockefeller Plaza, 20th Floor
New York, NY  10019
Tel.   (212) 763-5000
Fax.   (212) 763-5001
Email  remery@ecbalaw.com

(* motion for special appearance
   to be filed forthwith)

*Attorneys for Plaintiff Reade Seligmann*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, et al.,

    Plaintiffs,

    v.

CITY OF DURHAM, N.C., et al.,

    Defendants.

Case No. 1:07CV739

## CERTIFICATE OF SERVICE

I hereby certify that, on November 7 , 2007, I electronically filed the foregoing **Agreed Motion Extending Time of Linwood Wilson To Answer Complaint** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James B. Craven III
340 West Main Street
P.O. Box 1366
Durham, N.C. 27702

*Counsel for Michael B. Nifong*

David S. Rudolf
RUDOLF WIDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC 27516

*Counsel for Plaintiff Reade Seligmann*

Robert J. King III
Kearns Davis
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
Post Office Box 26000
Greensboro, North Carolina 27420

*Counsel for Defendant DNA Security,
Inc. & Richard Clark*

I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non CM/ECF participants:

Barry C. Scheck
100 Fifth Avenue
New York, NY 10011

Richard D. Emery
EMERY CELLI BRINCKERHOFF & ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

*Counsel for Plaintiff Reade Seligmann*

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, N.C. 27717-1729

Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036

*Counsel for Defendant City of Durham, N.C.*

Robert A. Sar
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2301 Sugar Bush Road
Suite 600
Raleigh, NC 27612

*Counsel for Defendant DNA Security, Inc. & Richard Clark*

Paul R. Dickinson, Jr.
LEWIS & ROBERTS PLLC
5960 Fairview Rd., Ste. 102
Charlotte, N.C. 28210-3103

*Counsel for Defendant Brian Meehan*

Linwood Wilson
6910 Innesbrook Way
Bahama, N.C. 27503-9700

-and-

Linwood Wilson
c/o 120 E. Parrish Street, Ste. 210
P.O. Box 2301
Durham, N.C. 27702

2

Moreover, Reginald B. Gillespie, Jr., counsel for Defendant City of Durham, N.C., has agreed to cause the foregoing to be provided to Defendants Mark Gottlieb, Benjamin Himan, David Addison, Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ, employees of the City of Durham whose addresses the City of Durham has requested not be placed in the public court file.

Respectfully submitted,

/s/ Charles Davant IV
Charles Davant IV (N.C. Bar No. 28489)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Email: cdavant@wc.com

*Attorney for Plaintiffs David F. Evans and Collin Finnerty*