THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DURHAM, N.C., et al., <br><br> Defendants. | Case No. 1:07CV739 |

## **ORDER**

Upon motion of the Plaintiffs David F. Evans, Collin Finnerty, and Reade Seligmann, for good cause shown and with Defendant Linwood Wilson's consent, the time for Defendant Linwood Wilson to answer or otherwise plead is extended until December 11, 2007.

It is so ORDERED this ___ day of November, 2007.

_____
United States Magistrate Judge