UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:07-CV-739-JAB-WWD

| | |
|---|---|
| DAVID F. EVANS, COLLIN FINNERTY, and READE SELIGMANN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **NOTICE OF APPEARANCE** |
| | ) |
| THE CITY OF DURHAM, NORTH CAROLINA, MICHAEL B. NIFONG, MARK GOTTLIEB, BENJAMIN HIMAN, DAVID ADDISON, LINWOOD WILSON, STEVEN CHALMERS, BEVERLY COUNCIL, RONALD HODGE, JEFF LAMB, STEPHEN MIHAICH, MICHAEL RIPBERGER, LEE RUSS, DNA SECURITY, INC., RICHARD CLARK, and BRIAN MEEHAN, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

_____

Pursuant to Local Rule LR83.1(c), the undersigned gives notice of appearance as attorney of record for the Defendant Benjamin Himan.

This the 12th day of November, 2007.

             KENNON, CRAVER, BELO,
              CRAIG & MCKEE, PLLC

        By:  */s/ Joel M. Craig*

            North Carolina State Bar No. 9179
            Attorneys for Defendant
            Benjamin Himan
            4011 University Dr, Suite 300
            P.O. Box 51579
            Durham, NC 27717-1579
            (919) 490-0500

KCBCM: 241041.1

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 12, 2007 I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Brendan V. Sullivan, Jr.
>Robert M. Cary
>Christopher N. Manning
>Charles Davant IV
>Williams & Connally, LLP
>725 Twelfth Street, NW
>Washington, DC 20005
>*Attorneys for Plaintiffs David F. Evans and Collin Finnerty*
>
>David S. Rudolf
>Rudolf, Widenhouse & Fialko
>312 West Franklin Street
>Chapel Hill, NC 27516
>
>Barry C. Scheck
>100 Fifth Avenue
>New York, NY 10011
>
>Richard D. Emery
>Emery, Celli, Brinkerhoff & Abady LLP
>75 Rockefeller Plaza, 20th Floor
>New York, NY 10019
>*Attorneys for Plaintiff Reade Seligmann*
>
>James B. Craven, III
>P. O. Box 1366
>Durham, NC 27702
>*Attorney for Defendant Michael B. Nifong*
>
>Robert James King, III
>Kearns Davis
>Brooks, Pierce, McLendon, Humphrey & Leonard
>P. O. Box 26000
>Greensboro, NC 27420-6000
>*Attorneys for Defendants DNA Security, Inc. and Richard Clark*

This the 12th day of November, 2007.

                            KENNON, CRAVER, BELO,
                             CRAIG & MCKEE, PLLC

By:   */s/ Joel M. Craig*

      North Carolina State Bar No. 9179
      Attorneys for Defendant
      Benjamin Himan
      4011 University Dr, Suite 300
      P.O. Box 51579
      Durham, NC 27717-1579
      (919) 490-0500