IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07-CV-00739

|  |  |
|---|---|
| DAVID EVANS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE CITY OF DURHAM, et al.; | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Reginald B. Gillespie, Jr., of the law firm Faison & Gillespie, hereby gives notice of and enters his appearance in the above-captioned action on behalf of Defendant the City of Durham, North Carolina. The undersigned respectfully requests that his name be added to the CM/ECF system with respect to this action, and that copies of all motions, pleadings, affidavits, notices, orders, and other documents/papers filed or served in this action be transmitted to him.

This the 12th day of November, 2007.

FAISON & GILLESPIE

By: /s/ Reginald B. Gillespie, Jr.
Reginald B. Gillespie, Jr.
North Carolina State Bar No. 10895

Attorneys for Defendant the City of Durham, North Carolina

5517 Chapel Hill Boulevard, Suite 2000
Post Office Box 51729
Durham, North Carolina 27717-1729
Telephone: (919) 489-9001
Fax: (919) 489-5774
E-Mail: rgillespie@faison-gillespie.com

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

The undersigned hereby certifies that, pursuant to Rule 5 of the Federal Rules of Civil Procedure and LR5.3 and LR5.4, MDNC, the foregoing pleading, motion, affidavit, notice, or other document/paper has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filing (NEF) to the undersigned filing user and registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered user of record, to each of whom the NEF will be transmitted, except that, with respect to the following parties, a copy is being transmitted via first class mail to the address listed below:

Mr. Edwin M. Speas
Poyner & Spruill LLP
3600 Glenwood Avenue
Raleigh, North Carolina  27612

*Counsel for Defendant Mark Gottlieb*

Mr. James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
Post Office Box 52396
Durham, North Carolina  27717

*Counsel for Defendant David Addison*

Ms. Patricia P. Kerner
Troutman Sanders LLP
434 Fayetteville Street Mall
Two Hannover Square, Suite 1100
Raleigh, North Carolina  27601

*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ*

Mr. James A. Roberts, III
Mr. Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
1305 Navaho Drive
Suite 400
Raleigh, North Carolina  27609

*Counsel for Defendants DNA Security, Inc. and Brian Meehan*

Linwood Wilson
*Pro Se*
[Home Address redacted per LR 7.1(b), MDNC and ECF P&P Manual, part J]

    and

Linwood Wilson
*Pro Se*
c/o 120 East Parrish Street, Suite 210
Post Office Box 2301
Durham, North Carolina 27702


This the 12th day of November, 2007.

                              FAISON & GILLESPIE

                            By: /s/ Reginald B. Gillespie, Jr.
                                Reginald B. Gillespie, Jr.
                                North Carolina State Bar No. 10895

                                Attorneys for Defendant the City of Durham, North Carolina

                                5517 Chapel Hill Boulevard, Suite 2000
                                Post Office Box 51729
                                Durham, North Carolina 27717-1729
                                Telephone: (919) 489-9001
                                Fax: (919) 489-5774
                                E-Mail: rgillespie@faison-gillespie.com


RBGjr:ms
8838-29\P\006 NOA