IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:07-cv-00739

| | |
|---|---|
| DAVID F. EVANS; COLLIN FINNERTY; and READE SELIGMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; MARK GOTTLIEB; BENJAMIN HIMAN; DAVID ADDISON; LINWOOD WILSON; STEVEN CHALMERS; BEVERLY COUNCIL; RONALD HODGE; JEFF LAMB; STEPHEN MIHAICH; MICHAEL RIPBERGER; LEE RUSS; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, <br><br> Defendants. | NOTICE OF APPEARANCE |

NOW COMES, James B. Maxwell, of the law firm Maxwell, Freeman & Bowman, P.A., and hereby gives notice of appearance on behalf of the defendant, David Addison, in the above-captioned action. Copies of all correspondence and pleadings should be mailed to the undersigned at the address below or by electronic filing notification. Please enter my name as attorney of record for David Addison in this action.

This the 12th day of November, 2007.

/S/ James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
Attorneys for David Addison
P. O. Box 52396
Durham, NC 27717-2396
Telephone: 919-493-6464
Facsimile: 919-493-1218
State Bar No.: 2933

Dockets.Justia.com

# Certificate of Service

I hereby certify that I have served a copy of the foregoing Notice of Appearance upon the below listed individuals by electronically filing the document with the Court on this date using the CM/ECF system or by placing a copy in the U.S. Mail.

Charles Davant, IV
Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Williams & Connolly, LLP
725 12th St., N.W.
Washington, DC 20005

David S. Rudolf
Rudolf, Widenhouse & Fialko
312 West Franklin St.
Chapel Hill, NC 27516

Barry C. Scheck
100 Fifth Avenue
New York, NY 10011

Richard D. Emery
Emery, Celli, Brinckerhoff &
 Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

James B. Craven, III
P. O. Box 1366
Durham, NC 27702

Roger E. Warin
Steptoe & Johnson, LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036

James A. Roberts, III
Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
1305 Navaho Dr., Ste. 400
Raleigh, NC 27609

Joel M. Craig
Kennon, Craver, Belo, Craig
 & McKee, PLLC
P. O. Box 51579
Durham, NC 27717-1579

Edwin M. Speas
Poyner & Spruill, LLP
P. O. Box 10096
Raleigh, NC 27605-0096

Patricia P. Kerner
Troutman Sanders
P. O. Drawer 1389
Raleigh, NC 27602

Reginald B. Gillespie, Jr.
Faison & Gillespie
P. O. Box 51729
Durham, NC 27717

Robert J. King, III
Kearns Davis
Brooks, Pierce, McLendon,
 Humphrey & Leonard, LLP
P. O. Box 26000
Greensboro, NC 27420

Linwood Wilson
c/o P. O. Box 2301
Durham, NC 27702

This the 12th day of November, 2007.

/S/James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
Attorneys for David Addison
P. O. Box 52396
Durham, NC 27717-2396
(919) 493-6464
State Bar No.: 2933