IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, COLLIN FINNERTY, and READE SELIGMANN, <br><br>  Plaintiffs, <br><br> v. <br><br> THE CITY OF DURHAM, NORTH CAROLINA, MICHAEL B. NIFONG, MARK GOTTLIEB, BENJAMIN HIMAN, DAVID ADDISON, LINWOOD WILSON, STEVEN CHALMERS, BEVERLY COUNCIL, RONALD HODGE, JEFF LAMB, STEPHEN MIHAICH, MICHAEL RIPBERGER, LEE RUSS, DNA SECURITY, INC., RICHARD CLARK, and BRIAN MEEHAN, <br><br> Defendants. | Case No. 1:07-CV-739-JAB-WWD |

**NOTICE OF APPEARANCE**

The undersigned hereby gives notice of her appearance as counsel of record for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ.

This the 12th day of November, 2007.

TROUTMAN SANDERS LLP

By: /s/ Patricia P. Kerner
  Patricia P. Kerner
N.C. State Bar No. 13005
Attorneys for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Telephone: (919) 835-4117
Facsimile: (919) 829-8714
tricia.kerner@troutmansanders.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed today with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Charles Davant IV
Williams & Connolly, L.L.P.
725 Twelfth Street, N.W.
Washington, DC 200005
*Attorneys for Plaintiffs Evans
   And Finnerty*

David S. Rudolf
Rudolf, Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
*Attorneys for Plaintiff Seligmann*

James B. Craven, III
Post Office Box 1366
Durham, NC 27702
*Attorneys for Defendant Nifong*

Richard D. Emery
Emery, Celli, Brinkerhoff & Abady, L.L.P.
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
*Attorneys for Plaintiff Seligmann*

Robert J. King, III
Kearns Davis
Brooks, Pierce, McLendon,
   Humphrey & Leonard, L.L.P.
Post Office Box 26000
Greensboro, NC 27420
*Attorneys for Defendants DNA
   Security, Inc. and Richard Clark*

Reginald B. Gillespie, Jr.
Faison & Gillespie
5517 Chapel Hill Blvd., Suite 2000
Post Office Box 51729
Durham, NC 27717-1729
*Attorneys for Defendant City of Durham*

Joel M. Craig
Kennon, Craver, Belo,
   Craig & McKee, PLLC
4011 University Drive, Suite 300
Post Office Box 51579
Durham, NC 27717-1579
*Attorneys for Defendant Himan*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
Post Office Box 52396
Durham, NC 27717
*Attorneys for Defendant Addison*

I further certify that a copy of the foregoing was served today upon each of the following non-CM/ECF participants by United States mail, postage prepaid, addressed as follows:

Barry C. Scheck
100 Fifth Avenue
New York, NY 10011
bcsinnocence@aol.com
*Attorneys Plaintiff Seligmann*

Edwin M. Speas
Poyner & Spruill, L.L.P.
3600 Glenwood Avenue
Raleigh, NC 27612
*Attorneys for Defendant Gottlieb*

Linwood Wilson
c/o 120 East Parrish Street – Suite 210
Post Office Box 2301
Durham, NC 27702
*Pro Se*

This the 12th day of November, 2007

/s/ Patricia P. Kerner
Patricia P. Kerner