# UNITED STATE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

### File No. 1:07-CV-00739-JAB-WWD

| | |
|---|---|
| DAVID F. EVANS, COLLIN FINNERTY; and READE SELIGMANN,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; MARK GOTTLIEB; BENJAMIN HIMAN; DAVID ADDISON; LINWOOD WILSON; STEVEN CHALMERS; BEVERLY COUNCIL; RONALD HODGE; JEFF LAMB; STEPHEN MIHAICH; MICHAEL RIPBERGER; LEE RUSS; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN,<br><br>                    Defendants. | **NOTICE OF APPEARANCE** |

Pursuant to Local Rule LR83.1(c), the undersigned gives notice of appearance as attorney of record for the Defendant Mark Gottlieb.

This the 13th day of November, 2007.

                                                **POYNER & SPRUILL**

                                                /s/ Edwin M. Speas, Jr.
                                            Edwin M. Speas, Jr.
                                            NC Bar No. 4112
                                            Post Office Box 10096
                                            3600 Glenwood Avenue
                                            Raleigh, NC 27605-0096
                                            Telephone: (919) 783-6400
                                            Facsimile: (919) 783-1075

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 13, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Charles Davant IV
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005
*Attorneys for Plaintiffs David F. Evans and Collin Finnerty*

Richard D. Emery
Emery, Celli, Brinkerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Foor
New York, NY 10019
*Attorney for Plaintiff Reade Seligmann*

David S. Rudolf
Rudolf, Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
*Attorney for Plaintiff Reade Seligmann*

Barry C. Sheck
100 Fifth Avenue
New York NY 10011
*Attorney for Plaintiff Reade Seligmann*

James B. Craven, III
P.O. Box 1366
Durham, NC 27702
*Attorney for Defendant Michael B. Nifong*

Joel Miller Craig
Kennon Craver Belo Craig & McKee, PLLC
P.O. Box 51579
Durham, NC 27717-1579
*Attorney for Benjamin Himan*

Robert James King, III
Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard
P.O. Box 26000
Greensboro, NC 27420-6000
*Attorney for Defendant DNA Security, Inc. and Richard Clark*

Mr. James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717
*Attorney for Defendant David Addison*

Ms. Patricia P. Kerner
Troutman Sanders, LLP
434 Fayetteville Street Mall
Two Hannover Square, Suite 1100
Raleigh, NC 27601
*Attorneys for Defendants Steven Chalmers, Beverly Council, Ronald Holdge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ*

Mr. James A. Roberts, III
Mr. Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609
*Attorneys for Defendants DNA Security, Inc. and Brian Meehan*

Linwood Wilson
*Pro Se*
120 East Parrish Street, Suite 210
P.O. Box 2301
Durham, NC 27702

This the 13th day of November, 2007.

By:      /s/ Edwin M. Speas, Jr.
          Edwin M. Speas, Jr.