IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:07-CV-00739

| | |
|---|---|
| DAVID F. EVANS; COLLIN FINNERTY; and READE SELIGMANN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **NOTICE OF APPEARANCE** ) |
| THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; MARK GOTTLIEB; BENJAMIN HIMAN; DAVID ADDISON; LINWOOD WILSON; STEVEN CHALMERS; BEVERLY COUNCIL; RONALD HODGE; JEFF LAMB; STEPHEN MIHAICH; MICHAEL RIPBERGER; LEE RUSS; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Attorney Nicholas J. Sanservino, Jr. hereby gives notice of general appearance in this matter on behalf of Defendant DNA Security, Inc.

Respectfully submitted this 14th day of November, 2007.

                                OGLETREE, DEAKINS, NASH,
                                  SMOAK & STEWART, P.C.

        By:   /s/ Nicholas J. Sanservino, Jr.
                 Robert A. Sar
                 N.C. State Bar No. 22306
                 Nicholas J. Sanservino, Jr.
                 N.C. State Bar No. 36557
                 P.O. Box 31608 (27622)
                 2301 Sugar Bush Road, Suite 600
                 Raleigh, North Carolina 27612
                 Telephone: 919.787.9700
                 Facsimile: 919.783.9412

Bob.Sar@ogletreedeakins.com
Nicholas.Sanservino@ogletreedeakins.com
*Attorneys for Defendant DNA Security, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:07-CV-00739

| | |
|---|---|
| DAVID F. EVANS; COLLIN FINNERTY; and READE SELIGMANN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; MARK GOTTLIEB; BENJAMIN HIMAN; DAVID ADDISON; LINWOOD WILSON; STEVEN CHALMERS; BEVERLY COUNCIL; RONALD HODGE; JEFF LAMB; STEPHEN MIHAICH; MICHAEL RIPBERGER; LEE RUSS; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF APPEARANCE was electronically filed today with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Brendan V. Sullivan, Jr., Esq.
Robert M. Cary, Esq.
Christopher N. Manning, Esq.
Charles Davant IV, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005
*Attorneys for Plaintiffs David F. Evans and Collin Finnerty*

David S. Rudolf, Esq.
Rudolf Widenhouse & Fialko
312 W. Franklin Street
Chapel Hill, NC 27516
*Attorneys for Plaintiff Reade Seligmann*

Reginald B. Gillespie, Jr., Esq.
Faison & Gillespie
PO Box 5517
Durham, NC  27717
*Attorneys for City of Durham, NC*

James B. Craven, III, Esq.
PO Box 136
Durham, NC  27702
*Attorney for Defendant Michael B. Nifong*

Edwin M. Speas, Jr., Esq.
Poyner & Spruill, LLP
PO Box 10096
Raleigh, NC  27605-0096
*Attorneys for Defendant Mark Gottlieb*

Joel Miller Craig, Esq.
Kennon Craver Belo Craig & McKee
PO Box 51579
Durham, NC  27717-1579
*Attorneys for Defendant Benjamin Himan*

James B. Maxwell, Esq.
Maxwell Freeman & Bowman, PA
PO Box 52396
Durham, NC  27717
*Attorneys for Defendant David Addison*

Patricia P. Kerner, Esq.
Troutman Sanders, LLP
PO Drawer 1389
Raleigh, NC  27602
*Attorneys for Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger and Lee Russ*

Robert James King, III, Esq.
Kearns Davis, Esq.
Brooks Pierce McLendon Humphrey & Leonard
PO Box 26000
Greensboro, NC  27420
*Attorneys for DNA Security, Inc. and Richard Clark*

I further certify that a copy of the foregoing was served today upon the following non-CM/ECF participants by United States mail, postage prepaid, addressed as follows:

Richard D. Emery, Esq.
Emery, Celli, Brinkerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY  10019
*Attorneys for Plaintiff Reade Seligmann*

Barry C. Scheck, Esq.
Attn: Elizabeth Vaca
100 Fifth Avenue
New York, NY  10011
*Attorney for Plaintiff Reade Seligmann*

Paul R. Dickinson, Jr., Esq.
Lewis & Roberts PLLC
5960 Fairview Road, Suite 102
Charlotte, NC  28210-3103
*Attorneys for Defendant Brian Meehan*

Roger E. Warin, Esq.
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, DC  20036
*Attorneys for City of Durham, NC*

James A. Roberts, III, Esq.
Lewis & Roberts PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC  27609
*Attorneys for Defendant Brian Meehan*

Respectfully submitted this 14th day of November, 2007.

    OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.

By:   /s/ Nicholas J. Sanservino, Jr.
      Robert A. Sar
      N.C. State Bar No. 22306
      Nicholas J. Sanservino, Jr.
      N.C. State Bar No. 36557
      P.O. Box 31608 (27622)
      2301 Sugar Bush Road, Suite 600
      Raleigh, North Carolina 27612
      Telephone:  919.787.9700
      Facsimile:  919.783.9412
      Bob.Sar@ogletreedeakins.com
      Nicholas.Sanservino@ogletreedeakins.com
      *Attorneys for Defendant DNA Security*

5332857.1