# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DURHAM, N.C., et al., <br><br> Defendants. | Case No. 1:07CV739 |

## JOINT MOTION OF ALL PARTIES TO EXTEND PAGE LIMITATIONS AND ESTABLISH BRIEFING SCHEDULE

The parties respectfully move this Court for leave to exceed the page limitations set forth in Local Rule 7.3 and to establish a briefing schedule for Defendants' anticipated motions to dismiss.[1] In support of this Motion, the parties state as follows:

1. On October 5, 2007, Plaintiffs filed their Complaint in the above-captioned matter. The Complaint is 148 pages in length, consists of 559 paragraphs, and alleges 22 causes of action.

2. As of November 13, 2007, the following Defendants or groups of Defendants had retained separate counsel to represent them in this matter:

    a.    The City of Durham;
    b.    Michael B. Nifong;
    c.    Mark Gottlieb;

---

[1] Defendant Linwood Wilson has not yet retained counsel, but he has reviewed and approved this Joint Motion and also consents to the relief requested herein.

      d.      Benjamin Himan;

      e.      David Addison;

      f.      Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ (collectively, the "Supervisory Defendants");

      g.      DNA Security, Inc. and Richard Clark; and

      h.      Brian Meehan.

As of November 13, 2007, Defendant Linwood Wilson had not yet retained counsel.

      2.      On November 13, 2007, the parties' counsel conferred by telephone, with Defendant Linwood Wilson participating *pro se*. During this conference, Defendants' counsel stated their intention to file motions to dismiss on behalf of their respective clients.

      3.      Due to the length of the Complaint and the number of causes of action alleged therein, Defendants have requested and Plaintiffs consent, subject to the Court's approval, that each of the Defendants or groups of Defendants enumerated below should have up to 50 pages to brief their respective motions to dismiss, and up to 25 pages to brief their respective reply memoranda:

      a.      The City of Durham;

      b.      Michael B. Nifong;

      c.      Mark Gottlieb;

      d.      Benjamin Himan;

      e.      David Addison;

      f.      Linwood Wilson;

      g.      The Supervisory Defendants;

      h.      DNA Security, Inc. and Richard Clark; and

      i.      Brian Meehan.

4. In return, the parties have agreed, subject to the Court's approval, that the Plaintiffs may have up to 50 pages to respond to each motion to dismiss. Plaintiffs would prefer to address Defendants' arguments as efficiently as possible for the Court and, to that end, may file a consolidated opposition brief or a combination of a consolidated brief and individual briefs, but having not yet seen Defendants' motions, Plaintiffs cannot yet determine whether and to what extent they can do so. Therefore, the parties have also agreed, subject to the Court's approval, that Plaintiffs may have in excess of 50 pages for a consolidated brief that responds to common issues and/or multiple motions, so long as no more than 50 pages of briefing are devoted to arguments exclusively raised by a single Defendant's or group of Defendants' motion.

5. To accommodate the number and length of Defendants' anticipated motions to dismiss, the parties have agreed, subject to the Court's approval, to the following briefing schedule:

   a. Motions or answers due: January 15, 2008;
   b. Opposition(s) due: 90 days after filing of Motions; and
   c. Replies due: 30 days after filing of Opposition(s).

WHEREFORE, the parties respectfully request that the Court approve the requested page limitations and briefing schedule. A proposed order is attached.

Dated: November 27, 2007                    Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By:   ___/s/ Charles Davant IV_____
      Brendan V. Sullivan, Jr.*
      Robert M. Cary*
      Christopher N. Manning*
      Charles Davant IV
      North Carolina Bar #28489
      725 Twelfth Street, N.W.
      Washington, D.C. 20005
      Tel.   (202) 434-5000
      Email  cmanning@wc.com
      Email  cdavant@wc.com

*Attorneys for Plaintiffs*
 *David F. Evans and Collin Finnerty*

(* admitted *pro hac vice*)

**RUDOLF WIDENHOUSE & FIALKO**

By:   ___/s/ David S. Rudolf_____
      David S. Rudolf
      North Carolina Bar #8587
      312 West Franklin Street
      Chapel Hill, NC 27516
      Tel.   (919) 967-4900
      Email  dsrudolf@rwf-law.com

**BARRY C. SCHECK, ESQ.**

 Barry C. Scheck*
 Attn: Elizabeth Vaca
 100 Fifth Avenue
 New York, NY  10011
 Tel. (212) 364-5390
 Email  bcsinnocence@aol.com

 (* motion for special appearance
  to be filed forthwith)


**EMERY CELLI BRINCKERHOFF &
 ABADY LLP**

 Richard D. Emery*
 75 Rockefeller Plaza, 20th Floor
 New York, NY  10019
 Tel. (212) 763-5000
 Fax. (212) 763-5001
 Email  remery@ecbalaw.com

 (* motion for special appearance
  to be filed forthwith)

*Attorneys for Plaintiff Reade Seligmann*


**FAISON & GILLESPIE**

By: ___/s/ Reginald B. Gillespie, Jr._____
 Reginald B. Gillespie, Jr.
 North Carolina Bar #10895
 5517 Durham Chapel Hill Boulevard
 Suite 2000
 Durham, N.C.  27727-1729
 Tel. (919) 489-9001
 Fax (919) 489-5774
 Email rgillespie@faison-gillespie.com

**STEPTOE & JOHNSON**

    Roger E. Warin*
    1330 Connecticut Avenue, N.W.
    Washington, D.C. 20036
    Tel.   (202) 429-6280
    Fax   (202) 429-3902
    Email rwarin@steptoe.com

    (* motion for special appearance
      to be filed forthwith)

*Attorneys for Defendant City of Durham, N.C.*


**JAMES B. CRAVEN III, ESQ.**

By:   /s/ James B. Craven III
    James B. Craven III
    North Carolina Bar #997
    P.O. Box 1366
    Durham N.C.  27702
    Tel.   (919) 688-8295
    Fax   (919) 688-8295
    Email jbc64@mindspring.com

*Attorney for Defendant Michael Nifong*


**POYNER & SPRUILL LLP**

By:   /s/ Edwin M. Speas, Jr.
    Edwin M. Speas, Jr.
    North Carolina Bar #4112
    P.O. Box 10096
    Raleigh, N.C. 27605-0096
    Tel.   (919) 783-6400
    Fax   (919) 783-1075
    Email  espeas@poynerspruill.com

*Attorney for Defendant Mark Gottlieb*

**KENNON, CRAVER, BELO, CRAIG & McKEE, PLLC**

By: ___/s/ Joel M. Craig____
    Joel M. Craig
    North Carolina Bar #9179
    4011 University Dr., Suite 300
    P.O. Box 51579
    Durham, N.C. 27717-1579
    Tel.   (919) 490-0500
    Fax   (919) 490-0873
    Email  jcraig@kennoncraver.com

*Attorney for Defendant Benjamin Himan*

**MAXWELL FREEMAN & BOWMAN, P.A.**

By: ___/s/ James B. Maxwell____
    James B. Maxwell
    North Carolina Bar #2933
    P.O. Box 52396
    Durham, N.C. 27717-2396
    Tel.   (919) 493-6464
    Fax   (919) 493-1218
    Email  jmaxwell@mfbpa.com

*Attorney for Defendant David Addison*

**TROUTMAN SANDERS LLP**

By: \_\_\_/s/ Patricia P. Kerner\_\_\_\_
    Patricia P. Kerner
    North Carolina Bar #13005
    434 Fayetteville Street, Suite 1900
    Raleigh, N.C. 27601
    Tel.   (919) 835-4117
    Fax   (919) 829-8714
    Email tricia.kerner@troutmansanders.com

*Attorney for Defendants Steven Chalmers*
*Beverly Council, Ronald Hodge,*
*Jeff Lamb, Stephen Mihaich, Michael*
*Ripberger, and Lee Russ*


**BROOKS PIERCE McLENDON**
  **HUMPHREY & LEONARD**

By: \_\_\_/s/ Kearns Davis\_\_\_\_
    Robert J. King III
    North Carolina Bar #15946
    Kearns Davis
    North Carolina Bar #22014
    P.O. Box 26000
    Greensboro, N.C. 27420
    Tel.   (336) 373-8850
    Fax   (336) 378-1001
    Email  rking@brookspierce.com
    Email  kdavis@brookspierce.com

*Attorneys for Defendants DNA Security*
  *and Richard Clark*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: ___/s/ Nicholas J. Sanservino, Jr._____
    Bob Sar
    North Carolina Bar #36557
    Nicholas J. Sanservino, Jr.
    North Carolina Bar #22306
    P.O. Box 31608 (27622)
    2301 Sugar Bush Road, Suite 600
    Raleigh, N.C. 27612
    Tel.   (919) 787-9700
    Fax   (919) 783-9412
    Email  Bob.Sar@ogletreedeakins.com,
    Nicholas.Sanservino@ogletreedeakins.com

*Attorneys for Defendant DNA Security*


**LEWIS & ROBERTS PLLC**

By: ___/s/ Paul R. Dickinson Jr._____
    James A. Roberts, III
    North Carolina Bar #10495
    Paul R. Dickinson Jr.
    North Carolina Bar #20510
    1305 Navaho Drive, Suite 400
    Raleigh, N.C. 27605-7482
    Tel.   (919) 981-0191
    Fax   (919) 981-0199
    Email  jimroberts@lewis-roberts.com
    Email  pauldickinson@lewis-roberts.com

*Attorneys for Defendant Brian Meehan*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, et al.,

    Plaintiffs,

v.

CITY OF DURHAM, N.C., et al.,

    Defendants.

Case No. 1:07CV739

## CERTIFICATE OF SERVICE

I hereby certify that, on November 27, 2007, I electronically filed the foregoing **JOINT MOTION OF ALL PARTIES TO EXTEND PAGE LIMITATIONS AND ESTABLISH BRIEFING SCHEDULE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James B. Craven III
340 West Main Street
P.O. Box 1366
Durham, N.C. 27702

*Counsel for Michael B. Nifong*

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, N.C. 27717-1729

*Counsel for Defendant City of Durham, N.C.*

Joel M. Craig
KENNON CRAVER BELO CRAIG & MCKEE, PLLC
4011 University Drive, Suite 300
P.O. Box 51579
Durham, N.C. 27717-1579

*Counsel for Defendant Benjamin Himan*

James B. Maxwell,
MAXWELL, FREEMAN & BOWMAN, P.A.
P.O. Box 52396
Durham, N.C. 27717-2396

*Counsel for Defendant David Addison*

| | |
|---|---|
| Edwin M. Speas<br>POYNER & SPRUILL, LLP<br>3600 Glenwood Avenue<br>Raleigh, N.C. 27612<br><br>*Counsel for Defendant Mark Gottlieb* | Robert J. King III<br>Kearns Davis<br>BROOKS, PIERCE, McLENDON,<br>HUMPHREY & LEONARD, LLP<br>2000 Renaissance Plaza<br>Post Office Box 26000<br>Greensboro, North Carolina 27420<br><br>*Counsel for Defendant DNA Security, Inc. & Richard Clark* |
| Patricia P. Kerner<br>TROUTMAN SANDERS LLP<br>434 Fayetteville Street, Suite 1900<br>Raleigh, N.C. 27601<br><br>*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ* | David S. Rudolf<br>RUDOLF WIDENHOUSE & FIALKO<br>312 West Franklin Street<br>Chapel Hill, NC 27516<br><br>*Counsel for Plaintiff Reade Seligmann* |
| Robert A. Sar<br>Nicholas J. Sanservino, Jr.<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>2301 Sugar Bush Road<br>Suite 600<br>Raleigh, NC 27612<br><br>*Counsel for Defendant DNA Security* | |

I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non CM/ECF participants:

Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036

*Counsel for Defendant City of Durham, N.C.*


Paul R. Dickinson, Jr.
LEWIS & ROBERTS PLLC
5960 Fairview Rd., Ste. 102
Charlotte, N.C. 28210-3103

James A. Roberts, III
LEWIS & ROBERTS PLLC
1305 Navaho Drive, Suite 400
Raleigh, N.C. 27609-7482

*Counsel for Defendant Brian Meehan*

Linwood Wilson
6910 Innesbrook Way
Bahama, N.C. 27503-9700

*Pro se*


Barry C. Scheck
100 Fifth Avenue
New York, NY 10011

Richard D. Emery
EMERY CELLI BRINCKERHOFF & ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

*Counsel for Plaintiff Reade Seligmann*


Respectfully submitted,


/s/ Charles Davant IV
Charles Davant IV (N.C. Bar No. 28489)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Email: cdavant@wc.com

*Attorney for Plaintiffs David F. Evans and Collin Finnerty*