## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, et al.,

        Plaintiffs,

           v.                             Case No. 1:07CV739

CITY OF DURHAM, N.C., et al.,

        Defendants.

## <u>ORDER</u>

Upon consideration of the Joint Motion of All Parties to Extend Page Limitations and To Establish Briefing Schedule ("Joint Motion"), for good cause shown and with the agreement of all parties, it is hereby ORDERED that

1.      The Joint Motion is GRANTED;

2.      Each of the following Defendants or groups of Defendants enumerated below shall have up to and including 50 pages to brief their respective motions to dismiss, and up to and including 25 pages to brief their respective reply memoranda:

        a.      The City of Durham;

        b.      Michael B. Nifong;

        c.      Mark Gottlieb;

        d.      Benjamin Himan;

        e.      David Addison;

        f.      Linwood Wilson;

          g.      Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ ("Supervisory Defendants");

          h.      DNA Security, Inc. and Richard Clark; and

          i.      Brian Meehan.

3.      Plaintiffs shall have up to and including 50 pages to respond to each motion to dismiss. Plaintiffs may file a consolidated brief in excess of 50 pages to respond to common issues and/or multiple motions, so long as no more than 50 pages of briefing are devoted to arguments exclusively raised by a single Defendant's or group of Defendants' motion.

4.      The following briefing schedule shall apply to Defendants' motions to dismiss:

| | | |
|---|---|---|
| a. | Motions or answers due: | January 15, 2008; |
| b. | Opposition(s) due: | 90 days after filing of Motions; and |
| c. | Replies due: | 30 days after filing of Opposition(s). |

It is so ORDERED this _____ day of _____, 2007.


_____
United States Magistrate Judge