THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF DURHAM, N.C., et al.,<br><br>    Defendants. | Case No. 1:07CV739 |

## ORDER

Upon consideration of the Joint Motion of All Parties to Extend Page

Limitations and To Establish Briefing Schedule ("Joint Motion"), for good cause shown

and with the agreement of all parties, it is hereby ORDERED that

1.    The Joint Motion is GRANTED;

2.    Each of the following Defendants or groups of Defendants

enumerated below shall have up to and including 50 pages to brief their respective

motions to dismiss, and up to and including 25 pages to brief their respective reply

memoranda:

        a.    The City of Durham;

        b.    Michael B. Nifong;

        c.    Mark Gottlieb;

        d.    Benjamin Himan;

        e.    David Addison;

        f.    Linwood Wilson;

g.   Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ ("Supervisory Defendants");

h.   DNA Security, Inc. and Richard Clark; and

i.   Brian Meehan.

3.   Plaintiffs shall have up to and including 50 pages to respond to each motion to dismiss.  Plaintiffs may file a consolidated brief in excess of 50 pages to respond to common issues and/or multiple motions, so long as no more than 50 pages of briefing are devoted to arguments exclusively raised by a single Defendant's or group of Defendants' motion.

4.   The following briefing schedule shall apply to Defendants' motions to dismiss:

a.   Motions or answers due:   January 15, 2008;
b.   Opposition(s) due:   90 days after filing of Motions; and
c.   Replies due:   30 days after filing of Opposition(s).

It is so ORDERED this 29TH day of November, 2007.


_____
United States District Court Judge