# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, et al.,

    Plaintiffs,

        v.

CITY OF DURHAM, N.C., et al.,

    Defendants.

Case No. 1:07CV739

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT STEPHEN MIHAICH

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs David F. Evans, Collin Finnerty, and Reade Seligmann, by undersigned counsel, hereby dismiss Defendant Stephen Mihaich voluntarily and without prejudice from the above-captioned civil action.

Major Mihaich was named as a defendant in the initial Complaint that was filed on October 5, 2007. Plaintiffs elected not to name him as a defendant in the First Amended Complaint that was filed on December 11, 2007, and by the filing of this Notice voluntarily dismiss him without prejudice from this action.

Dated: January 14, 2008              Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By: ___/s/ Charles Davant IV_____
    Brendan V. Sullivan, Jr.*
    Robert M. Cary*
    Christopher N. Manning*
    Charles Davant IV (N.C. Bar #28489)
    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    Tel. (202) 434-5000
    Email cmanning@wc.com
    Email cdavant@wc.com

*Attorneys for Plaintiffs*
 *David F. Evans and Collin Finnerty*

(* admitted pro hac vice)


-and-


**RUDOLF WIDENHOUSE & FIALKO**

By: ___/s/ David S. Rudolf_____
    David S. Rudolf (N.C. Bar #8587)
    312 West Franklin Street
    Chapel Hill, NC 27516
    Tel. (919) 967-4900
    Email dsrudolf@rwf-law.com

**BARRY C. SCHECK, ESQ.**

 Barry C. Scheck*
 Attn: Elizabeth Vaca
 100 Fifth Avenue
 New York, NY  10011
 Tel.   (212) 364-5390
 Email  bcsinnocence@aol.com

 (* motion for special appearance
  to be filed forthwith)


**EMERY CELLI BRINCKERHOFF &
 ABADY LLP**

 Richard D. Emery*
 75 Rockefeller Plaza, 20th Floor
 New York, NY  10019
 Tel.   (212) 763-5000
 Fax.   (212) 763-5001
 Email  remery@ecbalaw.com

 (* motion for special appearance
  to be filed forthwith)

*Attorneys for Plaintiff Reade Seligmann*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, et al.,

    Plaintiffs,

    v.

CITY OF DURHAM, N.C., et al.,

    Defendants.

Case No. 1:07CV739

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008 I electronically filed the foregoing

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF**

**DEFENDANT MIHAICH** with the Clerk of the Court using the CM/ECF system which

will send notification of such filing to the following:

James B. Craven III
340 West Main Street
P.O. Box 1366
Durham, N.C. 27702

*Counsel for Michael B. Nifong*

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, N.C. 27717-1729

*Counsel for Defendant City of Durham, N.C.*

Joel M. Craig
KENNON CRAVER BELO CRAIG & MCKEE, PLLC
4011 University Drive, Suite 300
P.O. Box 51579
Durham, N.C. 27717-1579

*Counsel for Defendant Benjamin Himan*

James B. Maxwell,
MAXWELL, FREEMAN & BOWMAN, P.A.
P.O. Box 52396
Durham, N.C. 27717-2396

*Counsel for Defendant David Addison*

| | |
|---|---|
| Edwin M. Speas<br>POYNER & SPRUILL, LLP<br>3600 Glenwood Avenue<br>Raleigh, N.C. 27612<br><br>*Counsel for Defendant Mark Gottlieb* | Robert J. King III<br>Kearns Davis<br>BROOKS, PIERCE, McLENDON,<br>HUMPHREY & LEONARD, LLP<br>2000 Renaissance Plaza<br>Post Office Box 26000<br>Greensboro, North Carolina 27420<br><br>*Counsel for Defendant DNA Security, Inc. & Richard Clark* |
| Patricia P. Kerner<br>TROUTMAN SANDERS LLP<br>434 Fayetteville Street, Suite 1900<br>Raleigh, N.C. 27601<br><br>*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Patrick Baker, Michael Ripberger, and Lee Russ* | David S. Rudolf<br>RUDOLF WIDENHOUSE & FIALKO<br>312 West Franklin Street<br>Chapel Hill, NC 27516<br><br>*Counsel for Plaintiff Reade Seligmann* |
| Robert A. Sar<br>Nicholas J. Sanservino, Jr.<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>2301 Sugar Bush Road<br>Suite 600<br>Raleigh, NC 27612<br><br>*Counsel for Defendant DNA Security* | |

I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non CM/ECF participants:

Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036

*Counsel for Defendant City of Durham, N.C.*


Paul R. Dickinson, Jr.
LEWIS & ROBERTS PLLC
5960 Fairview Rd., Ste. 102
Charlotte, N.C. 28210-3103

James A. Roberts, III
LEWIS & ROBERTS PLLC
1305 Navaho Drive, Suite 400
Raleigh, N.C. 27609-7482

*Counsel for Defendant Brian Meehan*

Linwood Wilson
6910 Innesbrook Way
Bahama, N.C. 27503-9700

*Pro se*


Barry C. Scheck
100 Fifth Avenue
New York, NY 10011

Richard D. Emery
EMERY CELLI BRINCKERHOFF & ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

*Counsel for Plaintiff Reade Seligmann*


Respectfully submitted,


/s/ Charles Davant IV
Charles Davant IV (N.C. Bar No. 28489)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Email: cdavant@wc.com

*Attorney for Plaintiffs David F. Evans and Collin Finnerty*