## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID F. EVANS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:07CV739 |
| v. | ) | |
| | ) | |
| CITY OF DURHAM, N.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

### MOTION TO DISMISS

Defendant Brian Meehan, through undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully moves the Court to dismiss plaintiffs' Amended Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

In support of his Motion, Meehan relies upon his Joinder in Brief in Support of Motion to Dismiss of Defendants DNA Security, Inc. and Richard Clark.  For the reasons set forth therein, Meehan respectfully requests that the claims against him be dismissed.

00310679.WPD

Dockets.Justia.com

Respectfully submitted, this the 15th day of January, 2008.

LEWIS & ROBERTS, PLLC

By: /s/ James A. Roberts, III
James A. Roberts, III
N.C. State Bar No. 10495
1305 Navaho Drive, Suite 400 (27609)
P. O. Box 17529
Raleigh, NC 27619
Tel:  919/981-0191
Fax:  919/981-0199
E-m:  jar@lewis-roberts.com

By: /s/ Paul R. Dickinson, Jr.
Paul R. Dickinson, Jr.
N.C. State Bar No. 20510
5960 Fairview Road, Suite 102
Charlotte, NC 28210
Tel:  704/347-8990
Fax:  704/347-8929
E-m:  prd@lewis-roberts.com

*Attorneys for Defendant Brian Meehan*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 15, 2008, I electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Plaintiffs<br>**DAVID F. EVANS**<br>**COLLIN FINNERTY** | represented by | **BRENDAN V. SULLIVAN, JR.**<br>**CHRISTOPHER N. MANNING**<br>**ROBERT M. CARY**<br>**CHARLES DAVANT, IV**<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br>Email:bsullivan@wc.com<br>cmanning@wc.com<br>rcary@wc.com<br>cdavant@wc.com |
|---|---|---|
| Plaintiff<br>**READE SELIGMANN** | represented by | **DAVID S. RUDOLF**<br>Rudolf Widenhouse & Fialko<br>312 W. Franklin Street<br>Chapel Hill, NC 27516<br>Email:dsrudolf@rwf-law.com |
| Defendant<br>**CITY OF DURHAM,**<br>**NORTH CAROLINA** | represented by | **REGINALD B. GILLESPIE, JR.**<br>FAISON & GILLESPIE<br>P. O. Box 51729<br>Durham, NC 27717-1729<br>Email:rgillesie@faison-gillespie.com |
| Defendant<br>**MICHAEL B. NIFONG** | represented by | **JAMES B. CRAVEN, III**<br>P. O. Box 1366<br>Durham, NC 27702<br>Email:jbc64@mindspring.com |
| Defendant<br>**MARK GOTTLIEB** | represented by | **EDWIN M. SPEAS, JR.**<br>POYNER & SPRUILL LLP<br>P. O. Box 10096<br>Raleigh, NC 27605-0096<br>Email:espeas@poynerspruill.com |

| Defendant<br>**BENJAMIN HIMAN** | represented<br>by | **JOEL MILLER CRAIG**<br>KENNON CRAVER BELO CRAIG &<br>MCKEE, PLLC<br>P. O. Box 51579<br>Durham, NC 27717-1579<br>Email:jcraig@kennoncraver.com |
|---|---|---|
| Defendant<br>**DAVID ADDISON** | represented<br>by | **JAMES B. MAXWELL**<br>MAXWELL FREEMAN & BOWMAN,<br>P.A.<br>P. O. Box 52396<br>Durham, NC 27717-2396<br>Email:jmaxwell@mfbpa.com |
| Defendants<br>**STEVEN W. CHALMERS**<br>**BEVERLY COUNCIL**<br>**RONALD HODGE**<br>**JEFF LAMB**<br>**PATRICK BAKER**<br>**MICHAEL RIPBERGER**<br>**LEE RUSS** | represented<br>by | **PATRICIA P. KERNER**<br>TROUTMAN SANDERS, LLP<br>P. O. Drawer 1389<br>Raleigh, NC 27602-1389<br>Email:<br>tricia.kerner@troutmansanders.com |
| Defendant<br>**DNA SECURITY, INC.** | represented<br>by | **ROBERT JAMES KING, III**<br>**KEARNS DAVIS**<br>BROOKS PIERCE MCLENDON<br>HUMPHREY & LEONARD<br>P. O. Box 26000<br>Greensboro, NC 27420-6000<br>Email:rking@brookspierce.com<br>     kdavis@brookspierce.com<br>**ROBERT A. SAR**<br>**NICHOLAS J. SANSERVINO**<br>OGLETREE DEAKINS NASH SMOAK<br>& STEWART, P.C.<br>P. O. Box 31608<br>Raleigh, NC 27622<br>Email:<br>nicholas.sanservino@ogletreedeakins.com<br>robert.sar@ogletreedeakins.com |

| Defendant<br>**RICHARD CLARK** | represented<br>by | **ROBERT JAMES KING, III**<br>**KEARNS DAVIS**<br>BROOKS PIERCE MCLENDON<br>HUMPHREY & LEONARD<br>P. O. Box 26000<br>Greensboro, NC 27420-6000<br>Email:rking@brookspierce.com |
| --- | --- | --- |

  I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non CM/ECF participants:

| Plaintiff<br>**READE SELIGMANN** | represented<br>by | Barry C. Scheck<br>100 Fifth Avenue<br>New York, NY 10011<br><br>Richard D. Emery<br>EMERY CELLI BRINCKERHOFF &<br>ABADY LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, NY 10019 |
| --- | --- | --- |
| Defendant<br>**CITY OF DURHAM,**<br>**NORTH CAROLINA** | represented<br>by | Roger E. Warin<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave., N.W.<br>Washington, D.C. 20036 |
| Defendant<br>**LINWOOD WILSON** | *pro se* | Linwood Wilson<br>6910 Innesbrook Way<br>Bahama, NC 27503-9700 |

Respectfully submitted,

LEWIS & ROBERTS, PLLC


By: /s/ James A. Roberts, III
N.C. State Bar No. 10495
1305 Navaho Drive, Suite 400 (27609)
P. O. Box 17529
Raleigh, NC 27619
Tel:   919/981-0191
Fax:   919/981-0199
E-m:   jar@lewis-roberts.com

*Attorneys for Defendant Brian Meehan*