# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:07CV739 |
| CITY OF DURHAM, N.C., et al., | ) |
| Defendants. | ) |

## DEFENDANT BRIAN MEEHAN'S JOINDER IN BRIEF IN SUPPORT OF MOTION TO DISMISS OF DEFENDANTS DNA SECURITY, INC. AND RICHARD CLARK

COMES NOW defendant Brian Meehan ("Meehan") and hereby joins in and adopts by reference the Brief in Support of Motion to Dismiss of Defendants DNA Security, Inc. and Richard Clark ("DSI's Brief"). At the time of the events alleged in the Amended Complaint, Meehan was the Laboratory Director for defendant DNA Security, Inc. ("DSI"), the DNA testing laboratory retained by the State of North Carolina. *See* Amended Complaint ¶¶ 30, 32. Accordingly, the legal arguments set forth in DSI's Brief, which refer to Meehan, DSI and Clark collectively as "the DSI Defendants," apply with equal force to Meehan.

After having read and considered each legal argument raised in DSI's Brief and in order to avoid burdening the Court with repetitious and duplicative legal memoranda, Meehan adopts by reference DSI's Brief pursuant to Rule 10(c), Fed. R. Civ. P. *See also*,

00310674.WPD

5A C. Wright & A. Miller, *Federal Practice & Procedure* § 1326 (3d ed. 2007). For the reasons set forth therein, Meehan respectfully requests that the claims against him be dismissed.

Respectfully submitted, this the 15th day of January, 2008.

        LEWIS & ROBERTS, PLLC

        By: /s/ James A. Roberts, III
        James A. Roberts, III
        N.C. State Bar No. 10495
        Lewis & Roberts, PLLC
        1305 Navaho Drive, Suite 400 (27609)
        P. O. Box 17529
        Raleigh, NC 27619
        Tel: 919/981-0191
        Fax: 919/981-0199
        E-m: jar@lewis-roberts.com

        By: /s/ Paul R. Dickinson, Jr.
        Paul R. Dickinson, Jr.
        N.C. State Bar No. 20510
        Lewis & Roberts, PLLC
        5960 Fairview Road, Suite 102
        Charlotte, NC 28210
        Tel: 704/347-8990
        Fax: 704/347-8929
        E-m: prd@lewis-roberts.com

        *Attorneys for Defendant Brian Meehan*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 15, 2008, I electronically filed the foregoing **DEFENDANT BRIAN MEEHAN'S JOINDER IN BRIEF IN SUPPORT OF MOTION TO DISMISS OF DEFENDANTS DNA SECURITY, INC. AND RICHARD CLARK** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| **Plaintiffs**<br>**DAVID F. EVANS**<br>**COLLIN FINNERTY** | represented by | **BRENDAN V. SULLIVAN, JR.**<br>**CHRISTOPHER N. MANNING**<br>**ROBERT M. CARY**<br>**CHARLES DAVANT, IV**<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br>Email:bsullivan@wc.com<br>cmanning@wc.com<br>rcary@wc.com<br>cdavant@wc.com |
| **Plaintiff**<br>**READE SELIGMANN** | represented by | **DAVID S. RUDOLF**<br>Rudolf Widenhouse & Fialko<br>312 W. Franklin Street<br>Chapel Hill, NC 27516<br>Email:dsrudolf@rwf-law.com |
| **Defendant**<br>**CITY OF DURHAM,**<br>**NORTH CAROLINA** | represented by | **REGINALD B. GILLESPIE, JR.**<br>FAISON & GILLESPIE<br>P. O. Box 51729<br>Durham, NC 27717-1729<br>Email:rgillesie@faison-gillespie.com |
| **Defendant**<br>**MICHAEL B. NIFONG** | represented by | **JAMES B. CRAVEN, III**<br>P. O. Box 1366<br>Durham, NC 27702<br>Email:jbc64@mindspring.com |

| | | |
|---|---|---|
| **Defendant**<br>**MARK GOTTLIEB** | represented by | **EDWIN M. SPEAS, JR.**<br>POYNER & SPRUILL LLP<br>P. O. Box 10096<br>Raleigh, NC 27605-0096<br>Email:espeas@poynerspruill.com |
| **Defendant**<br>**BENJAMIN HIMAN** | represented by | **JOEL MILLER CRAIG**<br>KENNON CRAVER BELO CRAIG & MCKEE, PLLC<br>P. O. Box 51579<br>Durham, NC 27717-1579<br>Email:jcraig@kennoncraver.com |
| **Defendant**<br>**DAVID ADDISON** | represented by | **JAMES B. MAXWELL**<br>MAXWELL FREEMAN & BOWMAN, P.A.<br>P. O. Box 52396<br>Durham, NC 27717-2396<br>Email:jmaxwell@mfbpa.com |
| **Defendants**<br>**STEVEN W. CHALMERS**<br>**BEVERLY COUNCIL**<br>**RONALD HODGE**<br>**JEFF LAMB**<br>**PATRICK BAKER**<br>**MICHAEL RIPBERGER**<br>**LEE RUSS** | represented by | **PATRICIA P. KERNER**<br>TROUTMAN SANDERS, LLP<br>P. O. Drawer 1389<br>Raleigh, NC 27602-1389<br>Email:<br>tricia.kerner@troutmansanders.com |
| **Defendant**<br>**DNA SECURITY, INC.** | represented by | **ROBERT JAMES KING, III**<br>**KEARNS DAVIS**<br>BROOKS PIERCE MCLENDON HUMPHREY & LEONARD<br>P. O. Box 26000<br>Greensboro, NC 27420-6000<br>Email:rking@brookspierce.com<br>      kdavis@brookspierce.com<br><br>(continued) |

|  |  | ROBERT A. SAR<br>NICHOLAS J. SANSERVINO<br>OGLETREE DEAKINS NASH SMOAK<br>& STEWART, P.C.<br>P. O. Box 31608<br>Raleigh, NC 27622<br>Email:<br>nicholas.sanservino@ogletreedeakins.com<br>robert.sar@ogletreedeakins.com |
|---|---|---|
| **Defendant**<br>**RICHARD CLARK** | represented by | **ROBERT JAMES KING, III**<br>**KEARNS DAVIS**<br>BROOKS PIERCE MCLENDON<br>HUMPHREY & LEONARD<br>P. O. Box 26000<br>Greensboro, NC 27420-6000<br>Email:rking@brookspierce.com |

I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non CM/ECF participants:

| **Plaintiff**<br>**READE SELIGMANN** | represented by | Barry C. Scheck<br>100 Fifth Avenue<br>New York, NY 10011<br><br>Richard D. Emery<br>EMERY CELLI BRINCKERHOFF &<br>ABADY LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, NY 10019 |
|---|---|---|
| **Defendant**<br>**CITY OF DURHAM,**<br>**NORTH CAROLINA** | represented by | Roger E. Warin<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave., N.W.<br>Washington, D.C. 20036 |
| **Defendant**<br>**LINWOOD WILSON** | *pro se* | Linwood Wilson<br>6910 Innesbrook Way<br>Bahama, NC 27503-9700 |

Respectfully submitted,

LEWIS & ROBERTS, PLLC


By: /s/ James A. Roberts, III
N.C. State Bar No. 10495
1305 Navaho Drive, Suite 400 (27609)
P. O. Box 17529
Raleigh, NC 27619
Tel: 919/981-0191
Fax: 919/981-0199
E-m: jar@lewis-roberts.com

*Attorneys for Defendant Brian Meehan*