# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS; COLLIN FINNERTY;
and READE SELIGMANN,

    Plaintiffs,

          v.                         Case No. 1:07-CV739

THE CITY OF DURHAM, NORTH
CAROLINA; MICHAEL B. NIFONG;
MARK GOTTLIEB; BENJAMIN HIMAN;
DAVID ADDISON; LINWOOD WILSON;
PATRICK BAKER; STEVEN CHALMERS;
BEVERLY COUNCIL; RONALD HODGE;
JEFF LAMB; MICHAEL RIPBERGER;
LEE RUSS; DNA SECURITY, INC.;
RICHARD CLARK; and BRIAN MEEHAN,

    Defendants.

---

## MOTION TO DISMISS BY DNA SECURITY, INC. AND RICHARD CLARK

Come now Defendants DNA Security, Inc. and Richard Clark, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and Local Rule 7.3, and move the Court to dismiss the Amended Complaint in this matter. In support of this Motion, Movants show that the Amended Complaint fails to state a claim upon which relief can be granted as to the Movants, that affirmative defenses bar the claims of the Movants, and that Plaintiffs lack standing to seek injunctive relief. The bases for the present Motion are discussed in detail in the Brief in Support of Motion to Dismiss filed contemporaneously herewith.

WHEREFORE, Defendants DNA Security, Inc. and Richard Clark respectfully request that the Court dismiss all claims asserted against the Movants.

Respectfully submitted,

<u>/s/ Robert J. King III</u>
Robert J. King III
N.C. State Bar No. 15946
Kearns Davis
N.C. State Bar No. 22014
Brooks, Pierce, McLendon, Humphrey, &
  Leonard, L.L.P.
Post Office Box 26000
Greensboro, North Carolina 27420
Telephone: 336-373-8850
Facsimile: 336-378-1001

*Counsel for Defendants DNA Security, Inc. and Richard Clark*

Robert A. Sar
N.C. State Bar No. 22306
Nicholas J. Sanservino, Jr.
N.C. State Bar No. 36557
2301 Sugar Bush Road, Suite 600
Raleigh, North Carolina 27612
Telephone: (919) 787-9700
Facsimile: (919) 783-9412

*Counsel for Defendant DNA Security, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, I electronically filed the foregoing **MOTION TO DISMISS BY DNA SECURITY, INC. AND RICHARD CLARK** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Davant IV
Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC  20005
*Counsel for Plaintiffs David F. Evans and Collin Finnerty*

David S. Rudolf
RUDOLF WIDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC  27516

*Counsel for Plaintiff Reade Seligmann*

James B. Craven III
340 West Main Street
PO Box 1366
Durham, NC  27702

*Counsel for Michael B. Nifong*

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000
PO Box 51729
Durham, NC  27717-1729

*Counsel for Defendant City of Durham, NC*

Edwin M. Speas
POYNER & SPRUILL, LLP
3600 Glenwood Avenue
Raleigh, NC  27612

*Counsel for Defendant Mark Gottlieb*

James B. Maxwell
MAXWELL FREEMAN & BOWMAN, PA
PO Box 52396
Durham, NC  27717-2396

*Counsel for Defendant David Addison*

Patricia P. Kerner
TROUTMAN SANDERS, LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC  27601

*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Patrick Baker, Michael Ripberger, and Lee Russ*

Robert A. Sar
Nicholas J. Sanservino, Jr.
OGLETREE DEAKINS NASH SMOAK & STEWART, PC
2301 Sugar Bush Road, Suite 600
Raleigh, NC  27612

Joel M. Craig
KENNON CRAVER BELO CRAIG
& McKEE, PLLC
4011 University Drive, Suite 300
PO Box 51579
Durham, NC 27717-1579

*Counsel for Defendant Benjamin Himan*

I further certify that I caused the foregoing document to be served by first-class mail, postage-prepaid, to the following non CM/ECF participants:

Barry C. Scheck
100 Fifth Avenue
New York, NY 10011

Richard D. Emery
EMERY CELLI BRINCKERHOFF
& ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

*Counsel for Plaintiff Reade Seligmann*

Paul R. Dickinson, Jr.
LEWIS & ROBERTS PLLC
5960 Fairview Road, Ste. 102
Charlotte, NC 28210-3103

James A. Roberts, III
LEWIS & ROBERTS PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482

*Counsel for Defendant Brian Meehan*

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

*Pro se*

Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036

*Counsel for Defendant City of Durham, NC*

Respectfully Submitted,

/s/ Robert J. King III