IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, COLLIN FINNERTY, and READE SELIGMANN, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF DURHAM, NORTH CAROLINA, MICHAEL B. NIFONG, MARK GOTTLIEB, BENJAMIN HIMAN, DAVID ADDISON, LINWOOD WILSON, PATRICK BAKER, STEVEN CHALMERS, BEVERLY COUNCIL, RONALD HODGE, JEFF LAMB, MICHAEL RIPBERGER, LEE RUSS, DNA SECURITY, INC, RICHARD CLARK, and BRIAN MEEHAN, <br><br> Defendants. | Case No. 1:07-CV-00739 |

---

**MOTION TO DISMISS OF
DEFENDANTS BAKER, CHALMERS, COUNCIL, HODGE,
LAMB, RIPBERGER, and RUSS
FED. R. CIV. P. 12(b)(6)**

---

Defendants Patrick Baker, Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Michael Ripberger, and Lee Russ ("Defendants") respectfully move the Court, pursuant to FED. R. CIV. P. 12(b)(6), to dismiss Plaintiffs' First Amended Complaint for failure to state a claim upon which relief can be granted. In support thereof, Defendants' submit their accompanying Brief in Support of Motion to Dismiss filed pursuant to Local Rule 7.1(a), 7.2, and 7.3(a). Because of complexity of the causes of action at issue in this

case, Defendants request oral argument be scheduled on their Motion to Dismiss pursuant to Local Rule 7.3(c)(1).

Respectfully submitted, this the 15th day of January, 2008.

TROUTMAN SANDERS LLP

By: /s/ Patricia P. Kerner
    Patricia P. Kerner
N.C. State Bar No. 13005
    Hannah G. Styron
N.C. State Bar No. 28824
    D. Martin Warf
N.C. State Bar No. 32982
*Attorneys for Defendants Baker, Chalmers, Council, Hodge, Lamb, Ripberger, and Russ*
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Telephone: (919) 835-4100
Facsimile: (919) 829-8714
tricia.kerner@troutmansanders.com
hannah.styron@troutmansanders.com
martin.warf@troutmansanders.com

# CERTIFICATE OF SERVICE

The undersigned attorney for Defendants Baker, Chalmers, Council, Hodge, Lamb, Ripberger, and Russ hereby certifies that on January 15, 2008, the foregoing Brief in Support of Defendants' Motion to Dismiss was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Charles Davant IV
Williams & Connolly, L.L.P.
725 Twelfth Street, N.W.
Washington, DC 200005
*Attorneys for Plaintiffs Evans
   And Finnerty*

Reginald B. Gillespie, Jr.
Faison & Gillespie
5517 Chapel Hill Blvd., Suite 2000
Durham, NC 27717-1729
*Attorneys for Defendant City
City of Durham*

Joel M. Craig
Kennon, Craver, Belo,
   Craig & McKee, PLLC
4011 University Drive, Suite 300
Post Office Box 51579
Durham, NC 27717-1579
*Attorneys for Defendant Himan*

Nicholas J. Sanservino
Robert A. Sar
Ogletree Deakins Nash Smoak
& Stewart, P.C.
PO Box 31608
Raleigh, NC 27622
*Attorneys for Defendant DNA
Security, Inc*.

David S. Rudolf
Rudolf, Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
*Attorneys for Plaintiff Seligmann*

Robert J. King, III
Kearns Davis
Brooks, Pierce, McLendon,
Humphrey & Leonard, L.L.P.
Post Office Box 26000
Greensboro, NC 27420
*Attorneys for Defendants DNA
Security, Inc. and Richard Clark*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
Post Office Box 52396
Durham, NC 27717
*Attorneys for Defendant Addison*

Edwin M. Speas
Poyner & Spruill, L.L.P.
3600 Glenwood Avenue
Raleigh, NC 27612
*Attorneys for Defendant Gottlieb*

James B. Craven, III
Post Office Box 1366
Durham, NC 27702
*Attorney for Defendant Nifong*

The undersigned attorney further certifies that on January 15, 2008, a copy of the foregoing Defendants' Brief in Support of Motion to Dismiss was served upon each of the following non-CM/ECF participants by United States mail, postage prepaid, addressed as follows:

Barry C. Scheck
100 Fifth Avenue
New York, NY 10011
bcsinnocence@aol.com
*Attorneys Plaintiff Seligmann*

Richard D. Emery
Emery, Celli, Brinkerhoff & Abady, L.L.P.
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
*Attorneys for Plaintiff Seligmann*

Roger E. Warin
Steptoe & Johnson, L.L.P.
1330 Connecticut Ave. N.W.
Washington, DC 20036
*Attorneys for Defendant City of Durham, NC*

Paul R. Dickinson, Jr.
Lewis & Roberts, P.L.L.C.
5960 Fairview Road; Suite 102
Charlotte, NC 28210-3103
*Attorneys for Brian Meehan*

James A. Roberts, III
Lewis & Roberts, P.L.L.C.
1305 Navaho Drive; Suite 400
Raleigh, NC 27609-7482
*Attorneys for Brian Meehan*

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700
*Pro Se*

By: /s/ Patricia P. Kerner
  Patricia P. Kerner
N.C. State Bar No. 13005
*Attorneys for Defendants Baker, Chalmers, Council, Hodge, Lamb, Ripberger, and Russ*
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Telephone: (919) 835-4100
Facsimile: (919) 829-8714
tricia.kerner@troutmansanders.com