UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:07-CV-739-JAB-WWD

| | |
|---|---|
| DAVID F. EVANS, COLLIN FINNERTY, and READE SELIGMANN, )<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE CITY OF DURHAM, NORTH )<br>CAROLINA, MICHAEL B. NIFONG, )<br>MARK GOTTLIEB, BENJAMIN HIMAN, )<br>DAVID ADDISON, LINWOOD WILSON, )<br>PATRICK BAKER, STEVEN CHALMERS, )<br>BEVERLY COUNCIL, RONALD HODGE, )<br>JEFF LAMB, MICHAEL RIPBERGER, )<br>LEE RUSS, DNA SECURITY, INC., )<br>RICHARD CLARK, and BRIAN MEEHAN, )<br>)<br>Defendants. ) | **DEFENDANT BENJAMIN HIMAN'S MOTION TO DISMISS** |

_____

Defendant Benjamin Himan ("Investigator Himan"), through his undersigned attorney, moves pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing this action in its entirety as to this Defendant upon the grounds that the Amended Complaint fails to state a claim upon which relief may be granted and, in the alternative, that all claims asserted against Investigator Himan are barred by the doctrines of qualified and public officer immunity.

KCBCM:242957

In support of this Motion, Defendant submits the accompanying memorandum of law.

WHEREFORE, Defendant Benjamin Himan prays that all claims against him in this action be dismissed with prejudice.

This the 15th day of January, 2008.

    KENNON, CRAVER, BELO,
     CRAIG & MCKEE, PLLC

By:   */s/ Joel M. Craig*
     North Carolina State Bar No. 9179
     Attorneys for Defendant Benjamin Himan
     4011 University Drive, Suite 300
     P.O. Box 51579
     Durham, NC 27717-1579
     (919) 490-0500
     jcraig@kennoncraver.com

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that I electronically filed the foregoing Defendant Benjamin Himan's Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher N. Manning
Robert M. Cary
Charles Davant, IV
Brendan V. Sullivan, Jr.
Williams & Connolly LLP
725 12th St. N.W.
Washington, DC 20005
*Attorneys for Plaintiffs Collin Finnerty and David F. Evans*

David S. Rudolf
Rudolf, Widenhouse & Fialko
312 W. Franklin St.
Chapel Hill, NC 27516
*Attorney for Plaintiff Reade Seligmann*

James B. Craven, III
P.O. Box 1366
Durham, NC 27702
*Attorney for Defendant Michael B. Nifong*

*Robert James King, III*
Kearns Davis
Brooks, Pierece, McClendon, Humphrey & Leonard, LLP
P.O. Box 26000
Greensboro, NC 27420-6000
*Attorneys for Defendants DNA Security, Inc. and Richard Clark*

Nicholas J. Sanservino
Robert A. Sar
Ogletree Deakins Nash Smoak & Stewart, P.C.
P.O. Box 31608
Raleigh, NC 27622
*Attorneys for DNA Security, Inc.*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P. O. Box 51729
Durham, NC 27717-1729
*Attorney for Defendant City of Durham, North Carolina*

Patricia P. Kerner
Troutman Sanders, LLP
P.O. Box 1389
Raleigh, NC 27602-1389
*Attorney for Defendants Beverly Council, Jeff Lamb, Michael Ripberger, Ronald Hodge, Steven W. Chalmers and Patrick Baker*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717-2396
*Attorney for Defendant David Addison*

Edwin M. Speas, Jr.
Poyner & Spruill LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Attorney for Defendant Mark Gottlieb*

This the 15th day of January, 2008.

           KENNON, CRAVER, BELO,
           CRAIG & MCKEE, PLLC

By: */s/ Joel M. Craig*
   North Carolina State Bar No. 9179
   Attorneys for Defendant Benjamin Himan
   4011 University Drive, Suite 300
   P.O. Box 51579
   Durham, NC 27717-1579
   (919) 490-0500
   jcraig@kennoncraver.com