# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al., | |
| Plaintiffs, | |
| v. | Case No. 1:07CV739 |
| CITY OF DURHAM, N.C., et al., | |
| Defendants. | |

## DEFENDANT MARK GOTTLIEB'S MOTION TO DISMISS

Defendant Mark Gottlieb, appearing through the undersigned counsel, hereby moves the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss all claims asserted in the Amended Complaint against him (specifically, claims 1-3, 7-10, 13-16, and 18) on grounds that these claims, as they apply to Defendant Gottlieb, fail to state a claim upon which relief can be granted. This Motion is supported by the Memorandum in Support of Defendant Mark Gottlieb's Motion to Dismiss, which is being filed simultaneously herewith.

This the 15th day of January, 2008.

**POYNER & SPRUILL LLP**

By: /s/Edwin M. Speas, Jr.
     Edwin M. Speas, Jr.
     North Carolina Bar #4112
     Eric P. Stevens
     North Carolina Bar # 17609
     P.O. Box 10096
     Raleigh, N.C. 27605-0096
     Tel.   (919) 783-6400
     Fax   (919) 783-1075
     Email  espeas@poynerspruill.com
     Email: estevens@poyners.com

*Attorneys for Defendant Mark Gottlieb*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 15, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Charles Davant IV
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC  20005
*Attorneys for Plaintiffs David F. Evans and Collin Finnerty*

Richard D. Emery
Emery, Celli, Brinkerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Foor
New York, NY  10019
*Attorney for Plaintiff Reade Seligmann*

David S. Rudolf
Rudolf, Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC  27516
*Attorney for Plaintiff Reade Seligmann*

Barry C. Sheck
100 Fifth Avenue
New York NY 10011
*Attorney for Plaintiff Reade Seligmann*

James B. Craven, III
P.O. Box 1366
Durham, NC  27702
*Attorney for Defendant Michael B. Nifong*

Joel Miller Craig
Kennon Craver Belo Craig & McKee, PLLC
P.O. Box 51579
Durham, NC  27717-1579
*Attorney for Benjamin Himan*

Robert James King, III
Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard
P.O. Box 26000
Greensboro, NC  27420-6000
*Attorney for Defendant DNA Security, Inc. and Richard Clark*

Mr. James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC  27717
*Attorney for Defendant David Addison*

Ms. Patricia P. Kerner
Troutman Sanders, LLP
434 Fayetteville Street Mall
Two Hannover Square, Suite 1100
Raleigh, NC  27601
*Attorneys for Defendants Steven Chalmers, Beverly Council, Ronald Holdge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ*

| | |
|---|---|
| Mr. James A. Roberts, III<br>Mr. Paul R. Dickinson, Jr.<br>Lewis & Roberts, PLLC<br>1305 Navaho Drive, Suite 400<br>Raleigh, NC  27609<br>*Attorneys for Defendants DNA Security, Inc. and Brian Meehan* | Linwood Wilson<br>*Pro Se*<br>120 East Parrish Street, Suite 210<br>P.O. Box 2301<br>Durham, NC  27702 |

Robert A. Sar
Nicholas J. Sanservino, Jr.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612

*Counsel for Defendant DNA Security*

January 15, 2008

By:  /s/ Edwin M. Speas, Jr.
      Edwin M. Speas, Jr.