## **EXHIBIT 1**

TO

DEFENDANT CITY OF DURHAM,
NORTH CAROLINA'S
MOTION TO DISMISS
FIRST AMENDED COMPLAINT

FILE COPY



# OFFICE OF THE DISTRICT ATTORNEY
State Of North Carolina
Fourteenth Prosecutorial District
201 East Main Street, Sixth Floor
Durham, North Carolina 27701

*Michael B. Nifong*
*District Attorney*

Tel. (919) 564-7100
Fax (919) 560-3220

06 JUN -5 PM 4:49
DURHAM COUNTY, C.S.C.

May 17, 2006

Judge Ralph Walker
Director
Administrative Office of the Courts
P. O. Box 2448
Raleigh, NC 27602

Re: Payment of bill in <u>State v. Collin Finnerty, Reade William Seligmann, and Dave Forker Evans</u>

Dear Judge Walker:

Enclosed herein you will find an order signed by Judge Stephens with attached invoice from DNA Security, Inc. This expense was incurred regarding the prosecution of a criminal superior court sexual assault case in Durham County, against the above-named defendants. We would appreciate your forwarding payment as soon as possible.

Thank you for your assistance.

Very truly yours,

Michael B. Nifong
District Attorney

MBN/sge
Encl.

**A TRUE COPY**
CLERK OF SUPERIOR COURT
DURHAM COUNTY
By _____
Assistant Deputy, Clerk Superior Court

*Visit us on the web at http://www.ncdistrictattorney.org/mikenifong/your_district_attorney.htm*

STATE OF NORTH CAROLINA  
COUNTY OF DURHAM

IN THE GENERAL COURT OF JUSTICE  
SUPERIOR COURT DIVISION  
FILE NOS. 06 CRS 4331-4336;  
               06 CRS 5581-5583

STATE OF NORTH CAROLINA

V

COLLIN FINNERTY,  
READE WILLIAM SELIGMANN,  
DAVE FORKER EVANS,  
    Defendants

ORDER

THIS CAUSE coming on to be heard and being heard before the undersigned Judge, upon request of Michael B. Nifong, District Attorney, that State of North Carolina pay certain expenses incurred in preparation for the upcoming trial in the above-referenced case; and it appearing to this Court that payment for these expenses is appropriate;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Administrative Office of the Courts shall send payment in the amount of $22,850.00 to:  
DNA Security, Inc.  
2609 Tucker Street Ext.  
Burlington, NC 27215

These monies shall be forwarded to the above-referenced address immediately upon receipt of this Order and shall be taxed as costs in the above-referenced case.

This the 17th day of May, 2005.

_____  
Ronald L. Stephens  
Judge Presiding

A TRUE COPY  
CLERK OF SUPERIOR COURT  
DURHAM COUNTY  
By _____  
Assistant Deputy, Clerk Superior Court



A Subsidiary of American Media International

# DNA SECURITY INC.
Solving the Mysteries of Identity

09 Tucker Street Ext. • Burlington, NC 27215
(336) 229-7101

**INVOICE**

| | |
|---|---|
| INVOICE DATE | 5/15/06 |
| INVOICE NO. | 000070 |
| SHIP DATE | |
| CUSTOMER NO. | DU0002 |
| SALES PERSON | M0003 |
| PAGE | 1 |

**SOLD TO:**

Admin. Office of the Court
Durham Co. District Attorney
C/O Mike Nifong
201 E Main St
Durham, NC 27701

**SHIPPED TO:**

Admin. Office of the Court
Durham Co. District Attorney
C/O Mike Nifong
201 E Main St
Durham, NC 27701

| F.O.B. POINT | CUSTOMER ORDER NO. | SHIP VIA | TERMS | OUR ORDER NO. |
|---|---|---|---|---|
| | | | Net 30 | 000070 |

| ITEM NO./SERIAL NO. | UNIT | ORDERED | BACKORDERED | SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| DNA Analysis, Report, Secure Evidence (DSI # 20629) | | | | | | |
| 505000008000001 Evidence Specimens | EACH | 23.00 | 0.00 | 23.00 | 450.00000 | 10350.00 |
| 505000008000001 Reference Specimens | EACH | 50.00 | 0.00 | 50.00 | 250.00000 | 12500.00 |

A TRUE COPY
CLERK OF SUPERIOR COURT
DURHAM COUNTY
By *[signature]*
Assistant Deputy, Clerk Superior Court

| | |
|---|---|
| Sales Total | 22850.00 |
| Trade Discount | 0.00 |
| Freight | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| **TOTAL** | **22850.00** |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE HEREOF.

---
PLEASE TEAR ALONG PERFORATION AND RETURN THIS PORTION WITH PAYMENT

Durham Co. District Attorney

Please remit payment to:
**DNA Security, Inc.**
**2609 Tucker Street Ext.**
**Burlington, NC 27215**

| | |
|---|---|
| CUSTOMER NO. | DU0002 |
| INVOICE DATE | 5/15/06 |
| INVOICE NO. | 000070 |
| INVOICE AMOUNT | 22850.00 |

AMOUNT REMITTED



# OFFICE OF THE DISTRICT ATTORNEY

*Michael B. Nifong*
*District Attorney*

*State Of North Carolina*
*Fourteenth Prosecutorial District*
*201 East Main Street, Sixth Floor*
*Durham, North Carolina 27701*

*Tel. (919) 564-7100*
*Fax (919) 560-3220*

October 27, 2006

Judge Ralph Walker
Director
Administrative Office of the Courts
P. O. Box 2448
Raleigh, NC 27602

    Re:    Payment of bill in <u>State v. Collin Finnerty, Reade William Seligmann, and Dave Forker Evans</u>

Dear Judge Walker:

    Enclosed herein you will find an order signed by Judge Smith with attached invoice from DNA Security, Inc. This expense was incurred regarding the prosecution of a criminal superior court sexual assault case in Durham County, against the above-named defendants. We would appreciate your forwarding payment as soon as possible.

    Thank you for your assistance.

                                                    Very truly yours,

                                                    Michael B. Nifong
                                                  District Attorney

MBN/sge
Encl.

**A TRUE COPY**
CLERK OF SUPERIOR COURT
DURHAM COUNTY

By _____
Assistant Deputy, Clerk Superior Court

*Visit us on the web at http://www.ncdistrictattorney.org/mikenifong/your_district_attorney.htm*

STATE OF NORTH CAROLINA  
COUNTY OF DURHAM

IN THE GENERAL COURT OF JUSTICE  
SUPERIOR COURT DIVISION  
FILE NOS. 06 CRS 4331-4333;  
           06 CRS 4334-4336;  
           06 CRS 5581-5583

STATE OF NORTH CAROLINA

V

ORDER

COLLIN FINNERTY,  
READE WILLIAM SELIGMANN,  
DAVE FORKER EVANS,  
    Defendants

THIS CAUSE coming on to be heard and being heard before the undersigned Judge, upon request of Michael B. Nifong, District Attorney, that State of North Carolina pay certain expenses incurred in preparation for the upcoming trial in the above-referenced case; and it appearing to this Court that payment for these expenses is appropriate;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Administrative Office of the Courts shall send payment in the amount of $4,035.00 to:  
DNA Security, Inc.  
2609 Tucker Street Ext.  
Burlington, NC 27215

These monies shall be forwarded to the above-referenced address immediately upon receipt of this Order and shall be taxed as costs in the above-referenced case.

This the 27th day of October, 2006.

W. Osmond Smith, III  
Judge Presiding

A TRUE COPY  
CLERK OF SUPERIOR COURT  
DURHAM COUNTY  
By _____  
Assistant Deputy, Clerk Superior Court



**DNA SECURITY INC.**
*A Subsidiary of American Media International*
Solving the Mysteries of Identity

2609 Tucker Street Ext. • Burlington, NC 27215
(336) 229-7101

# INVOICE

| | |
|---|---|
| INVOICE DATE | 10/18/06 |
| INVOICE NO. | 000100 |
| SHIP DATE | 10/18/06 |
| CUSTOMER NO. | DU0002 |
| SALES PERSON | M0003 |
| PAGE | 1 |

**SOLD TO:**
Durham Co. District Attorney
C/O Mike Nifong
201 E Main St
Durham, NC 27701

**SHIPPED TO:**
Durham Co. District Attorney
C/O Mike Nifong
201 E Main St
Durham, NC 27701

| F.O.B. POINT | CUSTOMER ORDER NO. | SHIP VIA | TERMS | OUR ORDER NO. |
|---|---|---|---|---|
| | #06-8310 | | Net 30 | 000100 |

| ITEM NO./SERIAL NO. | UNIT | ORDERED | BACKORDERED | SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 505000008000001 DISCOVERY REQUEST DOCUMENTATION | EACH | 1.00 | 0.00 | 1.00 | 4035.00000 | 4035.00 |

DSI CASE # 20629, CLIENT CASE # 06-8310

A TRUE COPY
CLERK OF SUPERIOR COURT
DURHAM COUNTY
By _____
Assistant Deputy, Clerk Superior Court

| | |
|---|---|
| Sales Total | 4035.00 |
| Trade Discount | 0.00 |
| Freight | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| **TOTAL** | **4035.00** |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE HEREOF.

---

PLEASE TEAR ALONG PERFORATION AND RETURN THIS PORTION WITH PAYMENT

Durham Co. District Attorney

Please remit payment to:
**DNA Security, Inc.**
**2609 Tucker Street Ext.**
**Burlington, NC 27215**

| | |
|---|---|
| CUSTOMER NO. | DU0002 |
| INVOICE DATE | 10/18/06 |
| INVOICE NO. | 000100 |
| INVOICE AMOUNT | 4035.00 |

AMOUNT REMITTED