# UNITED STATE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

### File No. 1:07-CV-00739-JAB-WWD

| | |
|---|---|
| DAVID F. EVANS, COLLIN FINNERTY; and READE SELIGMANN,<br><br>             Plaintiffs,<br><br>vs.<br><br>THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; MARK GOTTLIEB; BENJAMIN HIMAN; DAVID ADDISON; LINWOOD WILSON; STEVEN CHALMERS; BEVERLY COUNCIL; RONALD HODGE; JEFF LAMB; STEPHEN MIHAICH; MICHAEL RIPBERGER; LEE RUSS; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN,<br><br>             Defendants. | **NOTICE OF APPEARANCE** |

NOW COMES Eric P. Stevens of the law firm Poyner & Spruill LLP and hereby enters his appearance as counsel of record on behalf of Defendant Mark Gottlieb.

It is respectfully requested that all future documents, including, but, not limited to pleadings, notices, motions and discovery upon the undersigned as counsel for Defendant.

This the 16th day of January, 2008.

                              **POYNER & SPRUILL LLP**

                                   /s/ Eric P. Stevens
                              Eric P. Stevens
                              NC Bar No. 17609
                              Post Office Box 10096
                              Raleigh, NC 27605-0096
                              Telephone: (919) 783-6400
                              Facsimile:  (919) 783-1075
                              Email:  estevens@poyners.com

**CERTIFICATE OF SERVICE**

        The undersigned attorney hereby certifies that on January 16, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Charles Davant IV
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005
*Attorneys for Plaintiffs David F. Evans and Collin Finnerty*

Barry C. Sheck
100 Fifth Avenue
New York NY 10011
*Attorney for Plaintiff Reade Seligmann*

Joel Miller Craig
Kennon Craver Belo Craig & McKee, PLLC
P.O. Box 51579
Durham, NC 27717-1579
*Attorney for Benjamin Himan*

Mr. James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717
*Attorney for Defendant David Addison*

Richard D. Emery
Emery, Celli, Brinkerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Foor
New York, NY 10019
*Attorney for Plaintiff Reade Seligmann*

David S. Rudolf
Rudolf, Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
*Attorney for Plaintiff Reade Seligmann*

James B. Craven, III
P.O. Box 1366
Durham, NC 27702
*Attorney for Defendant Michael B. Nifong*

Robert James King, III
Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard
P.O. Box 26000
Greensboro, NC 27420-6000
*Attorney for Defendant DNA Security, Inc. and Richard Clark*

Ms. Patricia P. Kerner
Troutman Sanders, LLP
434 Fayetteville Street Mall
Two Hannover Square, Suite 1100
Raleigh, NC 27601
*Attorneys for Defendants Steven Chalmers, Beverly Council, Ronald Holdge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ*

Mr. James A. Roberts, III
Mr. Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609
*Attorneys for Defendants DNA
Security, Inc. and Brian Meehan*

Robert A. Sar
Nicholas J. Sanservino, Jr.
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612

*Counsel for Defendant DNA Security*

Linwood Wilson, *Pro Se*
120 East Parrish Street, Suite 210
P.O. Box 2301
Durham, NC 27702

This the 16th day of January, 2008.

          By: /s/ Eric P. Stevens
             Eric P. Stevens