# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:07cv739 |
| ) | |
| CITY OF DURHAM, N.C., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

IT APPEARING TO THE COURT that the individual defendant MICHAEL B. NIFONG has filed a voluntary petition in a Bankruptcy Court which may become dispositive of this litigation;

**IT IS ORDERED** that the Clerk of Court terminate this action administratively in his records as to the individual defendant MICHAEL B. NIFONG and that any party shall have the right to reopen this case for any purpose on motion and notice to all other parties, without prejudice to the rights of any of the parties, at any time prior to the 90th day after the final termination of the bankruptcy proceedings.

This the 28th day of January, 2008.

_____
United States District Court Judge