# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS; COLLIN FINNERTY; and READE SELIGMANN, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF DURHAM, NORTH )<br>CAROLINA; MICHAEL B. NIFONG; )<br>MARK GOTTLIEB; BENJAMIN HIMAN; )<br>DAVID ADDISON; LINWOOD WILSON; )<br>PATRICK BAKER; STEVEN CHALMERS; )<br>BEVERLY COUNCIL; RONALD HODGE; )<br>JEFF LAMB; MICHAEL RIPBERGER; )<br>LEE RUSS; DNA SECURITY, INC.; )<br>RICHARD CLARK; and BRIAN MEEHAN, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:07-CV739 |

## NOTICE OF APPEARANCE

The undersigned provides Notice of Appearance pursuant to L.R. 83.1 of the Local Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina as attorney for defendant Brian Meehan and requests that all parties serve copies of all notices and papers, including, but not limited to, pleadings, motions, applications, memoranda and other documents required or permitted to be served or filed in the above-captioned case, upon the following:

> Paul R. Dickinson, Jr.
> Lewis & Roberts, PLLC
> 5960 Fairview Road, Suite 102
> Charlotte, NC 28210
> pauldickinson@lewis-roberts.com

This the 30th day of January, 2008.

                                      LEWIS & ROBERTS, PLLC


                                      s/Paul R. Dickinson, Jr.
                                      Paul R. Dickinson, Jr.
                                      N.C. State Bar No. 20510
                                      Email: pauldickinson@lewis-roberts.com
                                      5960 Fairview Road, Suite 102
                                      Charlotte, NC 28210
                                      Telephone:   704-347-8990
                                      Facsimile:    704-347-8929

                                      *Counsel for Defendant Brian Meehan*

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, I caused the foregoing Notice of Appearance to be filed electronically with the Clerk of Court through ECF, and that service will be accomplished by ECF sending an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| **Plaintiffs**<br>**DAVID F. EVANS**<br>**COLLIN FINNERTY** | represented by | **BRENDAN V. SULLIVAN, JR.**<br>**CHRISTOPHER N. MANNING**<br>**ROBERT M. CARY**<br>**CHARLES DAVANT, IV**<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br>Email:bsullivan@wc.com<br>cmanning@wc.com<br>rcary@wc.com<br>cdavant@wc.com |
| **Plaintiff**<br>**READE SELIGMANN** | represented by | **DAVID S. RUDOLF**<br>Rudolf Widenhouse & Fialko<br>312 W. Franklin Street<br>Chapel Hill, NC 27516<br>Email:dsrudolf@rwf-law.com |
| **Defendant**<br>**CITY OF DURHAM,**<br>**NORTH CAROLINA** | represented by | **REGINALD B. GILLESPIE, JR.**<br>FAISON & GILLESPIE<br>P. O. Box 51729<br>Durham, NC 27717-1729<br>Email:rgillesie@faison-gillespie.com |
| **Defendant**<br>**MICHAEL B. NIFONG** | represented by | **JAMES B. CRAVEN, III**<br>P. O. Box 1366<br>Durham, NC 27702<br>Email:jbc64@mindspring.com |
| **Defendant**<br>**MARK GOTTLIEB** | represented by | **EDWIN M. SPEAS, JR.**<br>POYNER & SPRUILL LLP<br>P. O. Box 10096<br>Raleigh, NC 27605-0096<br>Email:espeas@poynerspruill.com |

| | | |
|---|---|---|
| **Defendant**<br>**BENJAMIN HIMAN** | represented by | **JOEL MILLER CRAIG**<br>KENNON CRAVER BELO CRAIG & MCKEE, PLLC<br>P. O. Box 51579<br>Durham, NC 27717-1579<br>Email:jcraig@kennoncraver.com |
| **Defendant**<br>**DAVID ADDISON** | represented by | **JAMES B. MAXWELL**<br>MAXWELL FREEMAN & BOWMAN, P.A.<br>P. O. Box 52396<br>Durham, NC 27717-2396<br>Email:jmaxwell@mfbpa.com |
| **Defendants**<br>**STEVEN W. CHALMERS**<br>**BEVERLY COUNCIL**<br>**RONALD HODGE**<br>**JEFF LAMB**<br>**PATRICK BAKER**<br>**MICHAEL RIPBERGER**<br>**LEE RUSS** | represented by | **PATRICIA P. KERNER**<br>TROUTMAN SANDERS, LLP<br>P. O. Drawer 1389<br>Raleigh, NC 27602-1389<br>Email: tricia.kerner@troutmansanders.com |
| **Defendant**<br>**DNA SECURITY, INC.** | represented by | **ROBERT JAMES KING, III**<br>**KEARNS DAVIS**<br>BROOKS PIERCE MCLENDON HUMPHREY & LEONARD<br>P. O. Box 26000<br>Greensboro, NC 27420-6000<br>Email:rking@brookspierce.com<br>kdavis@brookspierce.com<br><br>**ROBERT A. SAR**<br>**NICHOLAS J. SANSERVINO**<br>OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.<br>P. O. Box 31608<br>Raleigh, NC 27622<br>Email: nicholas.sanservino@ogletreedeakins.com<br>robert.sar@ogletreedeakins.com |

| **Defendant** **RICHARD CLARK** | represented by | **ROBERT JAMES KING, III** **KEARNS DAVIS** BROOKS PIERCE MCLENDON HUMPHREY & LEONARD P. O. Box 26000 Greensboro, NC 27420-6000 Email:rking@brookspierce.com |
|---|---|---|

I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non CM/ECF participants:

| **Plaintiff** **READE SELIGMANN** | represented by | Barry C. Scheck 100 Fifth Avenue New York, NY 10011 Richard D. Emery EMERY CELLI BRINCKERHOFF & ABADY LLP 75 Rockefeller Plaza, 20th Floor New York, NY 10019 |
|---|---|---|
| **Defendant** **CITY OF DURHAM, NORTH CAROLINA** | represented by | Roger E. Warin STEPTOE & JOHNSON LLP 1330 Connecticut Ave., N.W. Washington, D.C. 20036 |
| **Defendant** **LINWOOD WILSON** | *pro se* | Linwood Wilson 6910 Innesbrook Way Bahama, NC 27503-9700 |

This the 30th day of January, 2008.

                                      s/Paul R. Dickinson, Jr.
                                      Paul R. Dickinson, Jr.