IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, COLLIN FINNERTY, )
and READE SELIGMANN, )
　)
　　　Plaintiffs, )
　)
　　　v. )  Case No. 1:07-CV-739-JAB-WWD
　)
THE CITY OF DURHAM, NORTH CAROLINA, )
MICHAEL B. NIFONG, MARK GOTTLIEB, )
BENJAMIN HIMAN, DAVID ADDISON, )
LINWOOD WILSON, PATRICK BAKER, )
STEVEN CHALMERS, BEVERLY COUNCIL, )
RONALD HODGE, JEFF LAMB, MICHAEL )
RIPBERGER, LEE RUSS, DNA SECURITY, INC., )
RICHARD CLARK, and BRIAN MEEHAN, )
　)
　　　Defendants. )

**NOTICE OF APPEARANCE**

The undersigned hereby gives notice of his appearance as counsel of record for Defendants Patrick Baker, Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Michael Ripberger, and Lee Russ. All further pleadings, motions, and notices should be served on the undersigned as counsel for these Defendants. The undersigned counsel certifies that he is admitted to practice before this Court.

This the 11th day of March, 2008.

                          TROUTMAN SANDERS LLP

                          By:  /s/ D. Martin Warf
                               D. Martin Warf
                          N.C. State Bar No. 32982
                          Attorneys for Defendants Patrick Baker, Steven
                          Chalmers, Beverly Council, Ronald Hodge, Jeff
                          Lamb, Michael Ripberger, and Lee Russ
                          434 Fayetteville Street, Suite 1900
                          Raleigh, North Carolina 27601
                          Telephone: (919) 835-4123
                          Facsimile: (919) 829-8721
                          martin.warf@troutmansanders.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed today with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Charles Davant IV
Williams & Connolly, L.L.P.
725 Twelfth Street, N.W.
Washington, DC 200005
*Attorneys for Plaintiffs Evans
   And Finnerty*

James B. Craven, III
Post Office Box 1366
Durham, NC 27702
*Attorneys for Defendant Nifong*

Robert J. King, III
Kearns Davis
Brooks, Pierce, McLendon,
   Humphrey & Leonard, L.L.P.
Post Office Box 26000
Greensboro, NC 27420
*Attorneys for Defendants DNA
   Security, Inc. and Richard Clark*

Joel M. Craig
Kennon, Craver, Belo,
   Craig & McKee, PLLC
4011 University Drive, Suite 300
Post Office Box 51579
Durham, NC 27717-1579
*Attorneys for Defendant Himan*

James A. Roberts, III
Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 276-9
*Attorneys for Defendants DNA
Security, Inc. and Brian Meehan*

David S. Rudolf
Rudolf, Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
*Attorneys for Plaintiff Seligmann*

Richard D. Emery
Emery, Celli, Brinkerhoff & Abady, L.L.P.
75 Rockefeller Plaza, 20th Floor
New York, NY  10019
*Attorneys for Plaintiff Seligmann*

Reginald B. Gillespie, Jr.
Faison & Gillespie
5517 Chapel Hill Blvd., Suite 2000
Post Office Box 51729
Durham, NC  27717-1729
*Attorney for Defendant City of Durham*

Edwin M. Speas
Eric P. Stevens
Poyner & Spruill, L.L.P.
3600 Glenwood Avenue
Raleigh, NC  27612
*Attorneys for Defendant Gottlieb*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
Post Office Box 52396
Durham, NC  27717
*Attorney for Defendant Addison*

Robert A. Saar
Nicholas J. Sanservino, Jr.
Ogletree Deakins Nash Smoak
& Stewart, PC
2301 Sugar Bush Road, Suite 600
Raleigh, NC  27612
*Attorneys for Defendant DNA Security*

I further certify that a copy of the foregoing was served today upon each of the following non-CM/ECF participants by United States mail, postage prepaid, addressed as follows:

Roger E. Warin
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Attorneys for Defendant City of Durham, NC*

Barry C. Scheck
100 Fifth Avenue
New York, NY 10011
bcsinnocence@aol.com
*Attorneys Plaintiff Seligmann*

Linwood Wilson
c/o 120 East Parrish Street – Suite 210
Post Office Box 2301
Durham, NC 27702
*Pro Se*

This the 11th day of March, 2008.

       /s/ D. Martin Warf
       D. Martin Warf