IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| READE SELIGMANN,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF DURHAM, NORTH CAROLINA; STEVEN CHALMERS; BEVERLY COUNCIL; RONALD HODGE; JEFF LAMB; STEPHEN MIHAICH; MICHAEL RIPBERGER; LEE RUSS; DAVID ADDISON; MARK GOTTLIEB; BENJAMIN HIMAN; DNA SECURITY, INC.; RICHARD CLARK; BRIAN MEEHAN; LINWOOD WILSON; and MICHAEL B. NIFONG,<br><br>Defendants. | CIVIL ACTION NO. 07-739 |

## MOTION FOR ADMITTANCE PRO HAC VICE

The undersigned counsel moves this Court for admittance pro hac vice of Richard D. Emery, and Ilann M. Maazel pursuant to Local Rule 83.1, and in support thereof, the undersigned counsel states as follows:

1. Richard D. Emery is a licensed attorney and a member in good standing of the U.S. District Court, Southern, Eastern and Northern Districts of New York; Eastern and Western Districts of Washington. He also has been admitted to the Supreme Court of the United States and the U.S. Court of Appeals for the Second, Ninth, and Federal Circuits. He is a partner in the law firm of Emery Celli Brinckerhoff & Abady LLP, 75 Rockefeller Plaza, 20th Floor, New York, NY 10019.

2. Ilann M. Maazel is a licensed attorney and a member in good standing of the U.S. District Court, Southern, Eastern, and Northern Districts of New York; New York; and Massachusetts. He also has been admitted to the Supreme Court of the United States and the U.S. Court of Appeals for the Second Circuit. He is a partner in the law firm of Emery Celli Brinckerhoff & Abady LLP, 75 Rockefeller Plaza, 20th Floor, New York, NY 10019.

3. Messrs. Emery and Maazel agree that they will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials and other proceedings and that they submit to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, it is hereby requested that Richard D. Emery, and Ilann M. Maazel be admitted to this Court pro hac vice, and that they, David S. Rudolf and the law firm of Rudolf Widenhouse & Fialko be noted as counsel of record for Plaintiff Reade Seligmann in this proceeding. A proposed order is submitted with this motion.

Respectfully submitted, this 28th day of March, 2008.

David S. Rudolf (NC Bar # 8587)
RUDOLF WIDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC 27516

*Attorney for Plaintiff Reade Seligmann*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| READE SELIGMANN,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CITY OF DURHAM, NORTH CAROLINA; STEVEN CHALMERS; BEVERLY COUNCIL; RONALD HODGE; JEFF LAMB; STEPHEN MIHAICH; MICHAEL RIPBERGER; LEE RUSS; DAVID ADDISON; MARK GOTTLIEB; BENJAMIN HIMAN; DNA SECURITY, INC.; RICHARD CLARK; BRIAN MEEHAN; LINWOOD WILSON; and MICHAEL B. NIFONG,<br><br>    Defendants. | Case No. 1:07CV739 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2008 I electronically filed the foregoing Motion for Admittance Pro Hac Vice and any attachments with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


James B. Craven III
340 West Main Street
P.O. Box 1366
Durham, N.C. 27702

*Counsel for Michael B. Nifong*

3

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, N.C. 27717-1729

*Counsel for Defendant City of Durham, N.C.*


Joel M. Craig
KENNON CRAVER BELO CRAIG & MCKEE, PLLC
4011 University Drive, Suite 300
P.O. Box 51579
Durham, N.C. 27717-1579

*Counsel for Defendant Benjamin Himan*


James B. Maxwell,
MAXWELL, FREEMAN & BOWMAN, P.A.
P.O. Box 52396
Durham, N.C. 27717-2396

*Counsel for Defendant David Addison*


Edwin M. Speas
Eric P. Stevens
POYNER & SPRUILL, LLP
3600 Glenwood Avenue
Raleigh, N.C. 27612

*Counsel for Defendant Mark Gottlieb*


Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
TROUTMAN SANDERS LLP
434 Fayetteville Street, Suite 1900
Raleigh, N.C. 27601

*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Patrick Baker, Michael Ripberger, and Lee Russ*


Robert A. Sar
Nicholas J. Sanservino, Jr.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2301 Sugar Bush Road
Suite 600
Raleigh, NC 27612

*Counsel for Defendant DNA Security*


Robert J. King III
Kearns Davis
BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
Post Office Box 26000
Greensboro, North Carolina 27420

*Counsel for Defendant DNA Security, Inc. & Richard Clark*


Paul R. Dickinson, Jr.
James A. Roberts, III
LEWIS & ROBERTS PLLC
1305 Navaho Drive, Suite 400
Raleigh, N.C.  27609-7482

*Counsel for Defendant Brian Meehan*

Charles Davant IV
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Tel.    (202) 434-5000
Email: cdavant@wc.com

*Counsel for Plaintiffs David F. Evans and Collin Finnerty*

I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non CM/ECF participants

Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036

*Counsel for Defendant City of Durham, N.C.*

Linwood Wilson
6910 Innesbrook Way
Bahama, N.C. 27503-9700
*Pro se*

Barry C. Scheck
100 Fifth Avenue
New York, NY 10011

*Counsel for Plaintiff Reade Seligmann*

Respectfully submitted,

/s/ David S. Rudolf
David S. Rudolf (NC Bar # 8587)
RUDOLF WIDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC 27516