READE SELIGMANN,

       Plaintiffs,

       v.

THE CITY OF DURHAM, NORTH
CAROLINA; STEVEN CHALMERS;
BEVERLY COUNCIL; RONALD HODGE;
JEFF LAMB; STEPHEN MIHAICH;
MICHAEL RIPBERGER; LEE RUSS; DAVID
ADDISON; MARK GOTTLIEB; BENJAMIN
HIMAN; DNA SECURITY, INC.; RICHARD
CLARK; BRIAN MEEHAN; LINWOOD
WILSON; and MICHAEL B. NIFONG,

       Defendants.

**CIVIL ACTION NO. 07-739**

## **ORDER GRANTING MOTION TO BE ADMITTED PRO HAC VICE**

       FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Ilann M.
Maazel, and Richard D. Emery be, and thereby are, admitted to this Court, pro hac vice,
and that Ilann M. Maazel, and Richard D. Emery, David S. Rudolf and the law firm
Rudolf, Widenhouse & Fialko be noted as counsel of record for Plaintiff Reade
Seligmann.

**Date:**_____          _____