MDNC 3/02

# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the United States District Court for the Middle District of North Carolina



Anthony Leon Hoover
_____
(Enter above full name of plaintiff—only one plaintiff)
permitted per complaint)

v.

Thomas J. Keith
Pansy O. Glanton
_____
_____

(Enter above full name of defendant or defendants)

1:04CV01047

I. Previous law suits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to preview lawsuit:
         Plaintiffs: _____

         Defendants: _____

      2. Court (if federal court, name the district; if state court, name the county): _____

      3. Docket number:_____
      4. Name of judge assigned to case: _____
      5. Disposition (for example, was the case dismissed? appealed? is it still pending?)
_____

      6. Approximate date of filing lawsuit: _____

II. Previous *in forma pauperis* lawsuits

   A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed *in forma pauperis* (without prepayment of fees)?
      ( ) Yes   (✓) No
      1. Name the court and docket number for each: _____

B. Were any of these cases dismissed under 28 U.S.C. § 1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted? Yes ( )  No (✓)
  1. If yes, how many? _____
  2. Name the court and docket number for each: _____

III. Exhaustion of Inmate Administrative Remedies

  A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure? Yes (✓) No ( )
  B. If your answer is Yes:
    1. When did you file your grievance?  1-8-04 until 1-23-04
    2. What was your grievance?  Is on Forsyth County detention center and the court administration an, I would like for this grievance to go to Raleigh North Carolina to be investiged by the grievance Co
    3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ( ) No (✓)
       If yes, when was the decision and what was the result?  you may write a letter grievance and mail to Raleigh we will not do it for you.
  C. If your answer to A is no, identify the claim(s) and explain why not:  look on old law sue file that I had to do over case number: 1:04CV00864

IV. Parties

  A. Plaintiff(s)

     Name of plaintiff: Anthony Leon Hoover
     Current address (place of confinement): hanesboro Corr. P.O. Box 280 Polkton, North Carolina 28135
     (You may lose important legal rights unless you immediately notify the court of any address change.)

  B. Defendant(s)   (NOTICE: A person must be identified in this subsection B in order to be considered and served as a defendant.)

     Name of defendant 1: Thomas J. Keith
     Position: District Attorney Hall of Justice
     Place of employment: 200 N. Main St. Winston-Salem, North Carolina 27101
     Current address: _____

     Additional defendant(s) (provide name, position, place of employment, and current address for each)
     Defendant 2: Pansy D. Glanton Assistant District Attorney 200 N. Main St. Winston-Salem, North Carolina 27101
     Defendant 3: _____
     Defendant 4: _____

-2-

(Continue on a separate sheet if necessary.)

V. Statement of Claim

State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section III.B. above is personally involved in depriving you of your rights. Include relevant times, dates, and places. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach extra sheets if necessary.)

(1.) District Attorney Thomas J. Keith an Assiatant District Attorney Pansy O. Glanter an my backup lawer Elizabeth Toomes is doing malfeasance, an Special malice on profiling me to make there self lock good from 1-7-03 until 9-9-04 by taking this case to court over 23 time an hadn't seen the court room either time but 5 time on bond hearing and Motion hearing they have depriving me my rights by detaining me in jail on medical attention for a fractional fragment rotarty cup and a swollen hand by not giveing me the right medical attention, Ass. Pansy O. Glanter is Malicicus Practiceing law on me by being biased an barbaric upon misuseing of Priveledge an power by doing miscarrage of Justice.

(2.) See fileing case number 1:04CV00864

(3.) Ass. District Attorney these case to court on 1-24-03 3-7-03, 4-3-03 first setting 4-7-03, second setting 5-5-03 an trial day 9-29-03 violation of the due Process Clause and bring up Constitation rights.

(4.) On 10-7-03, 11-17-03, 11-19-03, 12-8-03, 12-15-03, 1-19-04 on a Holday, 3-15-04, 4-19-04, 4-29-04, 5-3-04, 5-10-04 an 5-13-04, Ass. District Attorney Pansy D. Glanter had put these cases off until she got mischieties Judge by having a misccndust Kangaroo Court an a hanging jury with no direct evidence, no indispenable evidence, no credible evidence, no merit or no elements to the case.

(5.) Ass District Attorney Pansy O. Glanter have violated my Constitation rights, citizinship rights, an Civil Rights

-3-

Case 1:04-cv-01047-JAB   Document 2   Filed 11/09/2004   Page 3 of 4

By profiling me on this wheel conspiracy with other to railroad me in prison for my life an liberty upon obstruction of Justice, obstruction of legal mail, double Geopardy, due process standsard, malice, an malfeasance by being a Sham presector for the State of North Carolina by putting innocence people in prison.

VI. Relief

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

I would like to have my record sponge an a full in investigation on the Hoover estate an then you will see the wheel conspiracy on the money trail by the money serial number an then you will see the 15,000,000,000 that the estate took or steal from the Hoover family exstate and you think I don't know that you took 10,000,000,000 from me in 1998 so what is going on with this conspiracy that no one want to investigate, so I am asking the federal Court to do a full investigation on the Hoover exstate an on these false allegation that the state put on me case number: 01-CR-060588 case number: 02-CRS-062235, and case number: 02-CRS-062237, to take away my liberty an you will see what, I am writting is the truth, and the truth will set you free, and also what go on in the dark will come to the light.

Signed this 21 day of October, 2004.

Prison No. 4865        Signature Anthony Leon Hoover

Sworn & subscribed before me this
21 day of October, 2004.
Joanne F. Hyatt
My commission expires 2/17/09.

-4-