UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:07-CV-739-JAB-WWD

| | |
|---|---|
| DAVID F. EVANS, COLLIN FINNERTY, and READE SELIGMANN, )<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE CITY OF DURHAM, NORTH CAROLINA, )<br>MICHAEL B. NIFONG, MARK GOTTLIEB, )<br>BENJAMIN HIMAN, DAVID ADDISON, )<br>LINWOOD WILSON, STEVEN CHALMERS, )<br>BEVERLY COUNCIL, RONALD HODGE, )<br>JEFF LAMB, STEPHEN MIHAICH, )<br>MICHAEL RIPBERGER, LEE RUSS, )<br>DNA SECURITY, INC., RICHARD CLARK, )<br>and BRIAN MEEHAN, )<br>)<br>Defendants. ) | **NOTICE OF APPEARANCE** |

Pursuant to Local Rule LR83.1(c), the undersigned gives notice of appearance as attorney of record for the Defendant Benjamin Himan.

This the 22nd day of April, 2008.

    KENNON, CRAVER, BELO,
     CRAIG & MCKEE, PLLC

By: */s/ Henry W. Sappenfield*
    North Carolina State Bar No. 37419
    Attorneys for Defendant Benjamin Himan
    4011 University Drive, Suite 300
    P.O. Box 51579
    Durham, NC 27717-1579
    (919) 490-0500
    hsappenfield@kennoncraver.com

KCBCM: 246237.1

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that I electronically filed the foregoing Notice of Appearance on behalf of Defendant Benjamin Himan with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher N. Manning
Robert M. Cary
Charles Davant, IV
Brendan V. Sullivan, Jr.
Williams & Connolly LLP
725 12th St. N.W.
Washington, DC 20005
*Attorneys for Plaintiffs Collin Finnerty and David F. Evans*

David S. Rudolf
Rudolf, Widenhouse & Fialko
312 W. Franklin St.
Chapel Hill, NC 27516
*Attorneys for Plaintiff Reade Seligmann*

James B. Craven, III
P.O. Box 1366
Durham, NC 27702
*Attorney for Defendant Michael B. Nifong*

Robert James King, III
Kearns Davis
Brooks, Pierece, McClendon, Humphrey & Leonard, LLP
P.O. Box 26000
Greensboro, NC 27420-6000
*Attorneys for Defendants DNA Security, Inc. and Richard Clark*

Nicholas J. Sanservino
Robert A. Sar
Ogletree Deakins Nash Smoak & Stewart, P.C.
P.O. Box 31608
Raleigh, NC 27622
*Attorneys for DNA Security, Inc.*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P. O. Box 51729
Durham, NC 27717-1729
*Attorneys for Defendant City of Durham, North Carolina*

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
Troutman Sanders, LLP
P.O. Box 1389
Raleigh, NC 27602-1389
*Attorneys for Defendants Beverly Council, Jeff Lamb, Michael Ripberger, Ronald Hodge, Steven W. Chalmers, Lee Russ and Patrick Baker*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717-2396
*Attorneys for Defendant David Addison*

Edwin M. Speas, Jr.
Eric P. Stevens
Poyner & Spruill LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Attorneys for Defendant Mark Gottlieb*

James Avery Roberts, III
Lewis & Roberts, PLLC
P.O. Box 17529
Raleigh, NC 27619

Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
5960 Fairview Road, suite 102
Charlotte, NC 28210
*Attorneys for Defendant Brian Meehan*

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

This the 22nd day of April, 2008.

         KENNON, CRAVER, BELO,
         CRAIG & MCKEE, PLLC

By: */s/ Henry W. Sappenfield*
   North Carolina State Bar No. 37419
   Attorneys for Defendant Benjamin Himan
   4011 University Drive, Suite 300
   P.O. Box 51579
   Durham, NC 27717-1579
   (919) 490-0500
   hsappenfield@kennoncraver.com