**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07-CV-00739**

| | |
|---|---|
| **DAVID F. EVANS,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | **MOTION FOR** |
| ) | **ENLARGEMENT OF** |
| **v.** ) | **TIME TO FILE REPLY** |
| ) | **BRIEF IN SUPPORT OF** |
| ) | **MOTION TO DISMISS** |
| **THE CITY OF DURHAM, NORTH CAROLINA,** ) | **FIRST AMENDED** |
| *et al.*, ) | **COMPLAINT** |
| ) | |
| **Defendants.** ) | |

NOW COME Defendants City of Durham, North Carolina, David Addison, Patrick Baker, Steven Chalmers, Beverly Council, Mark Gottlieb, Benjamin Himan, Ronald Hodge, Jeff Lamb, Michael Ripberger, and Lee Russ (the "City of Durham Defendants"), herein by and through their attorneys, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR6.1(a) and LR7.3(h), MDNC, move the Court to enlarge by seven days, through and including May 9, 2008, the time within which the City of Durham Defendants may file and serve reply briefs in support of their motions to dismiss.

IN SUPPORT WHEREOF, the City of Durham Defendants respectfully show the Court the following:

1.      Pursuant to the Court's briefing/scheduling order, the City of Durham Defendants must file and serve reply briefs on or before May 2, 2008. Thus, this Motion is made before the expiration of the time allowed.

2. The undersigned counsel to the City of Durham Defendants show the Court that, because of the number and complexity of the questions presented additional time is needed by counsel to prepare, file, and serve a reply brief.

3. The undersigned further show the Court that they have consulted with counsel to Plaintiffs concerning this Motion and that counsel to Plaintiffs consent to the enlargement of time herein requested.

4. The undersigned counsel to the City of Durham Defendants respectfully submit that the foregoing request for a brief enlargement of time is reasonable, justified, and will not unduly, if at all, delay the ultimate disposition of this action.

5. The undersigned further respectfully submit that fairness and the interests of justice fully warrant allowing this motion and granting the enlargement of time herein requested.

WHEREFORE, Defendants City of Durham, North Carolina, David Addison, Patrick Baker, Steven Chalmers, Beverly Council, Mark Gottlieb, Benjamin Himan, Ronald Hodge, Jeff Lamb, Michael Ripberger, and Lee Russ respectfully pray that this motion be granted, and that they be allowed the enlargement of time herein requested.

.

This the 28th day of April, 2008.

| | |
|---|---|
| FAISON & GILLESPIE | STEPTOE & JOHNSON LLP |
| By: /s/ Reginald B. Gillespie, Jr.<br>　　Reginald B. Gillespie, Jr.<br>　　North Carolina State Bar No. 10895<br><br>　　*Attorneys for Defendant the City of*<br>　　　*Durham, North Carolina*<br>　　Post Office Box 51729 [27717-1729]<br>　　5517 Chapel Hill Blvd., Suite 2000<br>　　Durham, North Carolina 27707<br>　　Telephone: (919) 489-9001<br>　　Fax: (919) 489-5774<br>　　E-Mail:rgillespie@faison-gillespie.com | By: /s/ Roger E. Warin<br>　　Roger E. Warin*<br>　　Michael A. Vatis*<br>　　John P. Nolan*<br>　　Ana H. Voss*<br><br>　　*Attorneys for Defendant the City of*<br>　　　*Durham, North Carolina*<br>　　1330 Connecticut Avenue, NW<br>　　Washington, DC 20035<br>　　Telephone: (202) 429-3000<br>　　Fax: (202) 429-3902<br>　　E-Mail: rwarin@steptoe.com<br>　*(Motion for Special Appearance to<br>　　　be filed) |
| POYNER & SPRUILL LLP | |
| By:/s/ Edwin M. Speas<br>　　Edwin M. Speas<br>　　North Carolina State Bar No. 4112<br><br>　　Attorneys for Defendant Mark<br>　　　Gottlieb<br>　　3600 Glenwood Avenue<br>　　Raleigh, North Carolina 27612<br>　　Telephone: (919) 783-6400<br>　　Fax: (919) 783-1075<br>　　E-Mail: espeas@poynerspruill.com | |
| MAXWELL, FREEMAN & BOWMAN, P.A. | |
| By: /s/ James B. Maxwell<br>　　James B. Maxwell<br>　　North Carolina State Bar No. 2933<br>　　Attorneys for Defendant David Addison<br>　　Post Office Box 52396<br>　　Durham, North Carolina 27717<br>　　Telephone: (919) 493-6464<br>　　Fax: (919) 493-1218<br>　　E-Mail: jmaxwell@mfbpa.com | |

***SIGNATURES OF COUNSEL CONCLUDED ON NEXT PAGE***

| | |
|---|---|
| TROUTMAN SANDERS LLP | KENNON, CRAVER, BELO, CRAIG & & McKEE, PLLC |
| By:/s/ Patricia P. Kerner | |
|    Patricia P. Kerner | By: /s/ Joel M. Craig |
|    North Carolina State Bar No. 13005 |    Joel M. Craig |
| |    North Carolina State Bar No. 9179 |
|    Attorneys for Defendants Patrick | |
|      Baker, Steven Chalmers, Ronald |    Attorneys for Defendant Benjamin |
|      Hodge, Lee Russ, Stephen Mihaich, |      Himan |
|      Beverly Council, Jeff Lamb, and |    4011 University Drive, Suite 300 |
|      Michael Ripberger |    Post Office Box 51579 |
|    434 Fayetteville Street Mall |    Durham, NC  27717-1579 |
|    Two Hannover Square, Suite 1100 |    Telephone:  (919) 490-0500 |
|    Raleigh, North Carolina  27601 |    Fax: (919) 490-0873 |
|    Telephone:  (919) 835-4100 |    E-Mail: jcraig@kennoncraver.com |
|    Fax: (919) 829-8714 | |
|    E-Mail: tricia.kerner@troutmansanders.com | |

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

The undersigned hereby certifies that, pursuant to Rule 5 of the Federal Rules of Civil Procedure and LR5.3 and LR5.4, MDNC, the foregoing pleading, motion, affidavit, notice, or other document/paper has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filing (NEF) to the undersigned filing user and registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered user of record, to each of whom the NEF will be transmitted, except that, with respect to the following parties, a copy is being transmitted via first class mail to the address listed below:

   Mr. Linwood Wilson
   *Pro Se*
   [Home Address redacted per LR 7.1(b), MDNC and ECF P&P Manual, part J]

This the 28th day of April, 2008.

                                  FAISON & GILLESPIE

                                  By: /s/ Reginald B. Gillespie, Jr.
                                      Reginald B. Gillespie, Jr.

8838-32\P\006 MFOET