IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07-CV-00739

| | |
|---|---|
| DAVID F. EVANS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>THE CITY OF DURHAM, )<br>NORTH CAROLINA, et al., )<br>)<br>Defendants. )<br>) | **MOTION FOR ENLARGEMENT<br>OF TIME TO FILE REPLY<br>BRIEF IN SUPPORT OF<br>MOTION TO DISMISS<br>FIRST AMENDED COMPLAINT** |

NOW COME Defendants DNA Security, Inc. and Richard Clark (the "DSI Defendants"), herein by and through their attorneys, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR6.1(a) and LR7.3(h), MDNC, move the Court to enlarge by seven days, through and including May 9, 2008, the time within which the DSI Defendants may file and serve a reply brief in support of their motion to dismiss.

IN SUPPORT HEREOF, the DSI Defendants respectfully show the Court the following:

1. Pursuant to the Court's briefing/scheduling order, the DSI Defendants must file and serve a reply brief on or before May 2, 2008. Thus, this Motion is made before the expiration of the time allowed.

2. Because of the number and complexity of the questions presented, additional time is needed by counsel to prepare, file, and serve a reply brief.

3. The City of Durham and the defendants related thereto have filed a similar Motion for Enlargement of Time. Granting the present Motion would allow the parties to remain on the same briefing schedule.

EVANS et al v. DURHAM, NORTH CAROLINA, CITY OF et al　　　　　　　　　　Doc. 54

Dockets.Justia.com

4. The undersigned states that he has consulted with counsel for Plaintiffs concerning this Motion and that counsel for Plaintiffs consent to the enlargement of time herein requested.

4. The foregoing request for a brief enlargement of time is reasonable, justified, and will not unduly, if at all, delay the ultimate disposition of this action.

5. The undersigned further respectfully submits that fairness and the interests of justice fully warrant allowing this motion and granting the enlargement of time herein requested.

WHEREFORE, Defendants DNA Security, Inc. and Richard Clark respectfully pray that this motion be granted, and that they be allowed the enlargement of time herein requested.

This the 30th day of April, 2008.

Respectfully submitted,

/s/ Robert J. King III
Robert J. King III
N.C. State Bar No. 15946
Kearns Davis
N.C. State Bar No. 22014
Brooks, Pierce, McLendon, Humphrey, &
  Leonard, L.L.P.
Post Office Box 26000
Greensboro, North Carolina 27420
Telephone: 336-373-8850
Facsimile: 336-378-1001

*Counsel for Defendants DNA Security, Inc. and Richard Clark*

Robert A. Sar
N.C. State Bar No. 22306
Nicholas J. Sanservino, Jr.
N.C. State Bar No. 36557
2301 Sugar Bush Road, Suite 600
Raleigh, North Carolina 27612
Telephone: (919) 787-9700
Facsimile: (919) 783-9412

*Counsel for Defendant DNA Security, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed the foregoing **MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Davant IV
Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
*Counsel for Plaintiffs David F. Evans and Collin Finnerty*

David S. Rudolf
RUDOLF WIDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC 27516

*Counsel for Plaintiff Reade Seligmann*

James B. Craven III
340 West Main Street
PO Box 1366
Durham, NC 27702

*Counsel for Michael B. Nifong*

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000
PO Box 51729
Durham, NC 27717-1729

*Counsel for Defendant City of Durham, NC*

Edwin M. Speas
POYNER & SPRUILL, LLP
3600 Glenwood Avenue
Raleigh, NC 27612

*Counsel for Defendant Mark Gottlieb*

James B. Maxwell
MAXWELL FREEMAN & BOWMAN, PA
PO Box 52396
Durham, NC 27717-2396

*Counsel for Defendant David Addison*

Patricia P. Kerner
TROUTMAN SANDERS, LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601

*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Patrick Baker, Michael Ripberger, and Lee Russ*

Robert A. Sar
Nicholas J. Sanservino, Jr.
OGLETREE DEAKINS NASH SMOAK & STEWART, PC
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612

Joel M. Craig
KENNON CRAVER BELO CRAIG
& McKEE, PLLC
4011 University Drive, Suite 300
PO Box 51579
Durham, NC 27717-1579

*Counsel for Defendant Benjamin Himan*

I further certify that I caused the foregoing document to be served by first-class mail, postage-prepaid, to the following non CM/ECF participants:

| | |
|---|---|
| Barry C. Scheck<br>100 Fifth Avenue<br>New York, NY 10011 | Linwood Wilson<br>6910 Innesbrook Way<br>Bahama, NC 27503-9700 |
| Richard D. Emery<br>EMERY CELLI BRINCKERHOFF<br>& ABADY LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, NY 10019<br><br>*Counsel for Plaintiff Reade Seligmann* | *Pro se*<br><br>Roger E. Warin<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036<br><br>*Counsel for Defendant City of Durham, NC* |

Paul R. Dickinson, Jr.
LEWIS & ROBERTS PLLC
5960 Fairview Road, Ste. 102
Charlotte, NC 28210-3103

James A. Roberts, III
LEWIS & ROBERTS PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482

*Counsel for Defendant Brian Meehan*

Respectfully Submitted,

/s/ Robert J. King III

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07-CV-00739

| | |
|---|---|
| DAVID F. EVANS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER ENLARGING TIME** |
| THE CITY OF DURHAM, ) | **FOR REPLY BRIEF** |
| NORTH CAROLINA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

FOR CAUSE SHOWN, on motion of Defendants DNA Security, Inc. and Richard Clark, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR6.2(a), MDNC, it is hereby ordered that the time within which the moving Defendants may file and serve their reply brief in support of their motion to dismiss be, and such time hereby is, enlarged, through and including May 9, 2008.

This the _____ day of _____, 2008.

_____
Magistrate Judge/Judge
United States District Court
Middle District of North Carolina