# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CIVIL ACTION NO. 1:07CV739

| | |
|---|---|
| **DAVID F. EVANS**, *et al.*, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER ENLARGING** |
| | ) **TIME FOR REPLY** |
| | ) **BRIEFS** |
| **THE CITY OF DURHAM, NORTH CAROLINA,** *et al.*, | ) |
| **Defendants.** | ) |

FOR CAUSE SHOWN, on motion of Defendants City of Durham, North Carolina, David Addison, Patrick Baker, Steven Chalmers, Beverly Council, Mark Gottlieb, Benjamin Himan, Ronald Hodge, Jeff Lamb, Michael Ripberger, and Lee Russ, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR6.1(a), MDNC, it is hereby ordered that the time within which the moving Defendants may file and serve reply briefs in support of their motions to dismiss be, and such time hereby is, enlarged, through and including May 9, 2008.

This the 30th day of April, 2008.

_____
United States District Judge