IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:07CV739

|  |  |
|---|---|
| DAVID F. EVANS, et al. | ) |
|  | ) |
| *Plaintiffs*, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| THE CITY OF DURHAM, NC; | ) |
| STEVEN CHALMERS; BEVERLY | ) |
| COUNCIL; RONALD HODGE; | ) |
| JEFF LAMB; STEPHEN MIHAICH; | ) |
| MICHAEL RIPBERGER; LEE RUSS; | ) |
| DAVID ADDISON; MARK | ) |
| GOTTLIEB; BENJAMIN HIMAN; | ) |
| DNA SECURITY, INC.; RICHARD | ) |
| CLARK; BRIAN MEEHAN; | ) |
| LINWOOD WILSON; and | ) |
| MICHAEL B. NIFONG, | ) |
|  | ) |
| *Defendants*. | ) |

## **ORDER GRANTING MOTION TO BE ADMITTED PRO HAC VICE**

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Ilann M. Maazel, and Richard D. Emery be, and thereby are, admitted to this Court, pro hac vice, and that Ilann M. Maazel, and Richard D. Emery, David S. Rudolf and the law firm Rudolf, Widenhouse & Fialko be noted as counsel of record for Plaintiff Reade Seligmann.

This the 30th day of April, 2008.

_____
United States District Judge