IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07CV739

DAVID F. EVANS, et al.,                        )
                                               )
            Plaintiffs,                        )
                                               )  **ORDER ENLARGING TIME**
            v.                                 )  **FOR REPLY BRIEF**
                                               )
THE CITY OF DURHAM,                            )
NORTH CAROLINA, et al.,                        )
                                               )
            Defendants.                        )
_____                )

FOR CAUSE SHOWN, on motion of Defendants DNA Security, Inc. and Richard Clark, and

pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR6.2(a), MDNC, it is hereby

ordered that the time within which the moving Defendants may file and serve their reply brief in

support of their motion to dismiss be, and such time hereby is, enlarged, through and including May

9, 2008.

        This the 30th day of April, 2008.


                                               _____
                                               United States District Judge