# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CIVIL ACTION NO. 1:07CV739

| | |
|---|---|
| **DAVID F. EVANS**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER ENLARGING TIME** |
| ) | **FOR REPLY BRIEFS** |
| **THE CITY OF DURHAM,** ) | |
| **NORTH CAROLINA,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

FOR CAUSE SHOWN, on motion of defendant Brian Meehan and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR6.1(a), MDNC, it is hereby ORDERED that the time within which the moving defendant may file and serve his reply brief in support of his motion to dismiss be, and such time hereby is, enlarged through and including May 9, 2008.

This 1st day of May, 2008.

_____
United States District Judge