IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, *et al,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:07-CV-00739 |
| | ) |
| THE CITY OF DURHAM, *et al,* | ) |
| | ) |
| Defendants. | ) |

_____

**AMENDED CERTIFICATE OF SERVICE**
_____

The undersigned certifies that on May 9, 2008, Defendants Baker, Chalmers, Council, Hodge, Ripberger, and Russ timely filed and served the Reply of Defendants Baker, Chalmers, Council, Hodge, Lamb, Ripberger, and Russ in Support of Motion to Dismiss to all counsel of record through the CM/ECF system. Due to a clerical error, copies of the Reply were not mailed that same day, as stated in the Certificate of Service attached to the Reply, to the non CM/ECF participants.

The undersigned further certifies that a copy of the Reply was served today upon each of the following non CM/ECF participants by United States mail, postage prepaid, addressed as follows:

>Richard D. Emery
>Ilann M. Maazel
>EMERY, CELLI, BRINKERHOFF &
>ABADY, LLP
>75 Rockefeller Plaza, 20th Floor
>New York, NY
>*Attorneys for Plaintiff Seligmann*

1

Barry C. Scheck
100 Fifth Avenue
New York, NY 10011
*Attorneys for Plaintiff Seligmann*

Linwood Wilson
Post Office Box 2301
Durham, NC 27702
*Pro Se*

Roger E. Warrin
Michael A. Vatis
John P. Nolan
Ana H. Voss
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave. N.W.
Washington, DC 20036
*Attorneys for Defendant City of Durham*


This the 15th day of May, 2008.

        Respectfully submitted,

        By: /s/ D. Martin Warf
           D. Martin Warf
        N.C. State Bar No. 32982
        *Attorneys for Defendants Baker, Chalmers,*
        *Council, Hodge, Lamb, Ripberger, and Russ*
        434 Fayetteville Street, Suite 1900
        Raleigh, North Carolina 27601
        Telephone: (919) 835-4100
        Facsimile: (919) 829-8714
        martin.warf@troutmansanders.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-00739 |
| ) | |
| THE CITY OF DURHAM, *et al*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Charles Davant IV
WILLIAMS &CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, DC 20005
*Attorneys for Plaintiffs Evans and Finnerty*

David S. Rudoph
RUDOLPH, WIDENHOUSE & FIALKO
312 W. Franklin Street
Chapel Hill, NC 27516
*Attorneys for Plaintiff Seligmann*

Robert J. King, III
Kearns Davis
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
Post Office Box 26000
Greensboro, NC 27420
*Attorneys for Defendants DNA Security, Inc. and Richard Clark*

Robert A. Saar
Nicholas J. Sanservino, Jr.
OGLETREE DEAKINS NASH SMOAK
& STEWART, PC
2301 Sugar Bush Rd., Suite 600
Raleigh, NC 27612
*Attorneys for DNA Security*

| | |
|---|---|
| James A. Roberts, III<br>LEWIS & ROBERTS, PLLC<br>1305 Navaho Drive, Suite 400<br>Raleigh, NC 27605<br>*Attorneys for Brian Meehan* | Paul R. Dickinson, Jr.<br>LEWIS & ROBERTS, PLLC<br>590 Fairview Rd., Suite 102<br>Charlotte, NC 28210<br>*Attorneys for Brian Meehan* |
| Reginald B. Gillespie, Jr.<br>FAISON & GILLESPIE<br>Post Office Box 51729<br>Durham, NC 27717<br>*Attorneys for Defendant City of Durham* | Joel M. Craig<br>Henry W. Sappenfield<br>KENNON, CRAVER, BELO, CRAIG &<br>MCKEE, PLLC<br>Post Office Box 51579<br>*Attorneys for Defendant Himan* |
| Edwin M. Speas<br>Eric P. Stevens<br>POYNER & SPRUILL, LLP<br>3600 Glenwood Avenue<br>Raleigh, NC 27612<br>*Attorneys for Defendant Gottlieb* | James B. Maxwell<br>MAXWELL, FREEMAN & BOWMAN,<br>P.A.<br>Post Office Box 52396<br>Durham, NC 27717<br>*Attorneys for Defendant Addison* |

I further certify that a copy of the foregoing was served today upon each of the following non CM/ECF participants by United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Richard D. Emery<br>Ilann M. Maazel<br>EMERY, CELLI, BRINKERHOFF &<br>ABADY, LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, NY<br>*Attorneys for Plaintiff Seligmann* | Barry C. Scheck<br>100 Fifth Avenue<br>New York, NY 10011<br>*Attorneys for Plaintiff Seligmann* |
| Linwood Wilson<br>Post Office Box 2301<br>Durham, NC 27702<br>*Pro Se* | Roger E. Warrin<br>Michael A. Vatis<br>John P. Nolan<br>Ana H. Voss<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Ave. N.W.<br>Washington, DC 20036<br>*Attorneys for Defendant City of Durham* |

This the 15th day of May, 2008.

                                      Respectfully submitted,

By: /s/ D. Martin Warf
     D. Martin Warf
N.C. State Bar No. 32982
*Attorneys for Defendants Baker, Chalmers, Council, Hodge, Lamb, Ripberger, and Russ*
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Telephone: (919) 835-4100
Facsimile: (919) 829-8714
martin.warf@troutmansanders.com