IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, et al.,

    Plaintiffs,

        v.

CITY OF DURHAM, N.C., et al.,

    Defendants.

Civil Action No. 1:07-CV-739

**PLAINTIFFS' NOTICE OF LINWOOD WILSON'S OPPOSITION TO
MOTION TO COMPEL DEFENDANTS TO CONFER UNDER RULE 26(f)**

Plaintiffs David F. Evans, Collin Finnerty, and Reade Seligmann hereby file this Notice concerning their pending Motion to Compel Defendants to Confer under Rule 26(f) (Docket No. 67). Plaintiffs' Motion did not seek relief as to Defendant Linwood Wilson because, in response to Plaintiffs' proposal of dates and times for the Rule 26(f) conference, Defendant Wilson responded as follows: "Linwood Wilson is available for any of the times. Please advise what is best for everyone else and I will be available." Ex. 6, Wilson E-Mail. After Plaintiffs filed their Motion, however, Defendant Wilson sent a letter to Plaintiffs notifying them that he "do[es] not agree to a Rule 26(f) conference," and that he "will be filing a response to your Motion." Ex. 7, Wilson Ltr.[1] Accordingly, Plaintiffs respectfully request that their Motion to Compel be construed to seek relief as to all Defendants, including Defendant Wilson.

---

[1] In his letter, Defendant Wilson explained that he had believed that Plaintiffs were proposing dates for a conference to discuss the scheduling of a Rule 26(f) conference, rather than dates for the Rule 26(f) conference itself. Ex. 7, Wilson Ltr.

Dated: July 1, 2008                     Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By:     /s/ Charles Davant IV
      Brendan V. Sullivan, Jr. (pro hac vice)
      Robert M. Cary (pro hac vice)
      Christopher N. Manning (pro hac vice)
      Charles Davant IV (N.C. Bar #28489)
      725 Twelfth Street, N.W.
      Washington, D.C. 20005
      Tel.  (202) 434-5000
      Email cdavant@wc.com

*Attorneys for Plaintiffs*
 *David F. Evans and Collin Finnerty*

-and-

**RUDOLF WIDENHOUSE & FIALKO**

By:     /s/ David S. Rudolf
      David S. Rudolf (N.C. Bar #8587)
      312 West Franklin Street
      Chapel Hill, NC 27516
      Tel.  (919) 967-4900
      Email dsrudolf@rwf-law.com

**BARRY C. SCHECK, ESQ.**

      Barry C. Scheck*
      Attn: Elizabeth Vaca
      100 Fifth Avenue
      New York, NY 10011
      Tel.  (212) 364-5390
      Email bcsinnocence@aol.com

      (* motion for special appearance
        to be filed)

        **EMERY CELLI BRINCKERHOFF &**
         **ABADY LLP**

               Richard D. Emery (pro hac vice)
               Ilann M. Maazel (pro hac vice)
               75 Rockefeller Plaza, 20th Floor
               New York, NY  10019
               Tel.    (212) 763-5000
               Fax.   (212) 763-5001
               Email  remery@ecbalaw.com

*Attorneys for Plaintiff Reade Seligmann*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, et al.,

    Plaintiffs,

    v.

CITY OF DURHAM, N.C., et al.,

    Defendants.

Case No. 1:07CV739

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I electronically filed the foregoing **NOTICE OF LINWOOD WILSON'S OPPOSITION TO MOTION TO COMPEL DEFENDANTS TO CONFER UNDER RULE 26(f)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, NC 27717-1729

Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036

*Counsel for Defendant City of Durham*


Joel M. Craig
KENNON CRAVER BELO CRAIG & MCKEE, PLLC
4011 University Drive, Suite 300

P.O. Box 51579
Durham, NC 27717-1579

*Counsel for Defendant Benjamin Himan*


James B. Maxwell,
MAXWELL, FREEMAN & BOWMAN, P.A.
P.O. Box 52396
Durham, NC 27717-2396

*Counsel for Defendant David Addison*


Edwin M. Speas
Eric P. Stevens
POYNER & SPRUILL, LLP
3600 Glenwood Avenue
Raleigh, NC 27612

*Counsel for Defendant Mark Gottlieb*


Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
TROUTMAN SANDERS LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601

*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Patrick Baker, Michael Ripberger, and Lee Russ*


Robert A. Sar
Nicholas J. Sanservino, Jr.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2301 Sugar Bush Road
Suite 600
Raleigh, NC 27612

*Counsel for Defendant DNA Security*

Robert J. King III
Kearns Davis
BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
Post Office Box 26000
Greensboro, NC 27420

*Counsel for Defendant DNA Security, Inc. & Richard Clark*


Paul R. Dickinson, Jr.
James A. Roberts, III
LEWIS & ROBERTS PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC  27609-7482

*Counsel for Defendant Brian Meehan*


David S. Rudolf
RUDOLF WIDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC 27516

*Counsel for Plaintiff Reade Seligmann*


I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following non CM/ECF participants:

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

*Pro se*


James B. Craven III
340 West Main Street
P.O. Box 1366
Durham, NC 27702

*Counsel for Michael B. Nifong*
*(terminated administratively pursuant to order of Jan. 28, 2008)*


Barry C. Scheck
100 Fifth Avenue
New York, NY 10011

Richard D. Emery
EMERY CELLI BRINCKERHOFF & ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

*Counsel for Plaintiff Reade Seligmann*


                                      Respectfully submitted,


                                      /s/ Charles Davant IV
                                      Charles Davant IV (N.C. Bar No. 28489)
                                      WILLIAMS & CONNOLLY LLP
                                      725 Twelfth Street, N.W.
                                      Washington, D.C. 20005
                                      Tel.   (202) 434-5000
                                      Email: cdavant@wc.com

                                      *Attorney for Plaintiffs David F. Evans and*
                                          *Collin Finnerty*