IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07-CV-00739

| | |
|---|---|
| **DAVID F. EVANS**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **THE CITY OF DURHAM,** | ) |
| **NORTH CAROLINA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

DEFENDANT BRIAN MEEHAN'S JOINDER IN
DEFENDANTS DNA SECURITY, INC. AND RICHARD CLARK'S
RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS
TO CONFER UNDER RULE 26(f)

COMES NOW defendant Brian Meehan ("Meehan") and hereby joins in and adopts by reference the Response of Defendants DNA Security, Inc. and Richard Clark (Collectively, "DSI") to Plaintiffs' Motion to Compel Defendants to Confer Under Rule 26(f). At the time of the events alleged in the Complaint, Meehan was the Laboratory Director for Defendant DNA Security, Inc. ("DSI"), the DNA testing laboratory retained by the State of North Carolina. Accordingly, the legal arguments set forth in DSI's Response, which refer to Meehan and DSI collectively as "the DSI Defendants," apply with equal force to Meehan.

After having read and considered each legal argument raised in DSI's Response and in order to avoid burdening the Court with repetitious and duplicative legal memoranda,

Meehan adopts by reference DSI's Response pursuant to Rule 10 (c) , Fed. R. Civ. P. *See also,* 5A C. Wright & A. Miller, *Federal Practice & Procedure* 1326 (3d ed.2007). For the reasons set forth therein, Meehan respectfully requests that Plaintiffs' motion be denied.

Respectfully submitted, this the 17th day of July, 2008.

LEWIS & ROBERTS, PLLC

s/James A. Roberts, III
James A. Roberts, III
N.C. State Bar No. 10495
E-mail: jimroberts@lewis-roberts.com
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: 919-981-0191
Facsimile: 919-981-0199


s/Paul R. Dickinson, Jr.
Paul R. Dickinson, Jr.
N.C. State Bar No. 20510
E-mail: pauldickinson@lewis-roberts.com
5960 Fairview Road, Suite 102
Charlotte, NC 28210
Telephone: 704-347-8990
Facsimile: 704-347-8929

*Attorneys for Defendant Brian Meehan*

# CERTIFICATE OF ELECTRONIC FILING AND SERVICE

The undersigned hereby certifies that, pursuant to Rule 5 of the Rules of Civil Procedure and LR5.3 and LR5.4, MDNC, I electronically filed the foregoing Defendant Brian Meehan's Joinder in Defendants DNA Security, Inc. and Richard Clark's Response to Plaintiffs' Motion to Compel Defendants to Confer Under Rule 26(f) with the Clerk of Court using the CM/ECF system, which system will automatically generate and send Notification of Electronic Filing (NEF) to the undersigned filing user and registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered user of record, to each of whom the NEF will be transmitted, except that with respect to the following parties, a copy is being transmitted via first class mail to the following non CM/ECF participants:

| | |
|---|---|
| Barry C. Scheck, Esq.<br>100 Fifth Avenue<br>New York, NY 10011 | Roger E. Warin, Esq.<br>Steptoe & Johnson, LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036 |
| Richard D. Emery, Esq.<br>Emery Celli Brinckerhoff & Abady, LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, NY 10019<br>*Attorneys for Plaintiff Reade Seligmann* | *Attorney for Defendant City of Durham, NC*<br><br>Linwood Wilson<br>6910 Innesbrook Way<br>Bahama, NC 27503-9700<br>*Defendant Pro Se* |

Respectfully submitted,

LEWIS & ROBERTS, PLLC

s/Paul R. Dickinson, Jr.
Paul R. Dickinson, Jr.
N.C. State Bar No. 20510
Email: pauldickinson@lewis-roberts.com
5960 Fairview Road, Suite 102
Charlotte, NC 28210
Telephone:   704-347-8990
Facsimile:   704-347-8929

*Attorneys for Defendant Brian Meehan*