IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:07-cv-739



DAVID F. EVANS; COLLIN FINNERTY; and
READE SELIGMANN,

Plaintiffs,

v.

THE CITY OF DURHAM, NORTH CAROLINA;
MICHAEL B. NIFONG; MARK GOTTLIEB;
BENJAMIN HIMAN; DAVID ADDISON; LINWOOD
WILSON; STEVEN CHALMERS; BEVERLY
COUNCIL; RONALD HODGE; JEFF LAMB;
STEPHEN MIHAICH; MICHAEL RIPBERGER; LEE
RUSS; DNA SECURITY, INC.; RICHARD CLARK;
and BRIAN MEEHAN,

Defendants.

Motion To Allow Defendant
Linwood Wilson To Use the
CM/ECF System To File
Documents Electronically

**Motion To Allow Defendant Linwood Wilson To Use the CM/ECF System To File
Documents Electronically**

Defendant Linwood Wilson moves the court to allow him to use the CM/ECF System as

stated in Section B #2 of the Administrative Polices & Procedural Manual.

(2) Upon the approval of the assigned Judge, a party to a case who is not

represented by an attorney may register as an ECF Filing User in the ECF

System soley for the purpose of the action. Registration is in a form prescribed

by the Clerk of Court and requires identification of the case as well as the

name, address, telephone number and Internet e-mail address of the party. If,

during the course of the case, the party retains an attorney who appears on the

1

party's registration as a Filing User upon the attorney's appearance.

Defendant Wilson is acting *Pro Se* in the above referenced action before this court. To grant this motion would enable Defendant Wilson to be on the same footing as the other Defendants and would help reduce the costs of mailings through the United States Postal Service. If approved, Defendant Wilson is willing to attend the training session as provided by the Clerks Office of NCMD.

## CONCLUSION

WHEREFORE, for the reasons stated above, Defendant Linwood Wilson moves the court to allow participation in the CM/ECF System.

Respectfully submitted, this the 28th day of July, 2008.

Linwood Wilson
*Pro Se*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No. 07-739

| | |
|---|---|
| DAVID F. EVANS; COLLIN FINNERTY; and READE SELIGMANN,<br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; MARK GOTTLIEB; BENJAMIN HIMAN; DAVID ADDISON; LINWOOD WILSON; STEVEN CHALMERS; BEVERLY COUNCIL; RONALD HODGE; JEFF LAMB; STEPHEN MIHAICH; MICHAEL RIPBERGER; LEE RUSS; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN,<br>    Defendants. | Motion To Allow Defendant Linwood Wilson To Use the CM/ECF System To File Documents Electronically |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2008, I filed the foregoing **Motion To Allow Defendant Linwood Wilson To Use the CM/ECF System To File Documents Electronically** with the Clerk of the Court using the USPS Mail. I further certify that I caused the foregoing document to be served by first-class mail, postage prepaid, to the following:

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
P.O. Box 51729
Durham, NC 27717-1729

Joel M. Craig
KENNON CRAVER BELO CRAIG &
MCKEE, PLLC
P.O. Box 51579

Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036
*Counsel for Defendant City of Durham*

3

Durham, NC 27717-1579
*Counsel for Defendant Benjamin Himan*

James B. Maxwell,
MAXWELL, FREEMAN & BOWMAN,
P.A.
P.O. Box 52396
Durham, NC 27717-2396
*Counsel for Defendant David Addison*

Edwin M. Speas
Eric P. Stevens
POYNER & SPRUILL, LLP
3600 Glenwood Avenue
Raleigh, NC 27612
*Counsel for Defendant Mark Gottlieb*

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
TROUTMAN SANDERS LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Patrick Baker, Michael Ripberger, and Lee Russ*

Robert A. Sar
Nicholas J. Sanservino, Jr.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2301 Sugar Bush Road Suite 600
Raleigh, NC 27612
*Counsel for Defendant DNA Security*

Paul R. Dickinson, Jr.
James A. Roberts, III
LEWIS & ROBERTS PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
*Counsel for Defendant Brian Meehan*

David S. Rudolf
RUDOLF WIDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC 27516
*Counsel for Plaintiff Reade Seligmann*

James B. Craven III
P.O. Box 1366
Durham, NC 27702
*Counsel for Michael B. Nifong (terminated administratively pursuant to order of Jan. 28, 2008)*

Barry C. Scheck
100 Fifth Avenue
New York, NY 10011

Richard D. Emery
Ilann M. Maazel
EMERY CELLI BRINCKERHOFF & ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
*Counsel for Plaintiff Reade Seligmann*

Robert J. King III
Kearns Davis
BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP
Post Office Box 26000
Greensboro, NC 27420
*Counsel for Defendant DNA Security, Inc. & Richard Clark*

Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Charles Davant IV
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
*Attorneys for Plaintiffs David F. Evans and Collin Finnerty*

Respectfully submitted,

*[signature]*

Linwood Wilson
Pro Se