IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS; COLLIN FINNERTY; and READE SELIGMANN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) 1:07CV739 |
| THE CITY OF DURHAM, et al., | ) ) ) |
| Defendants. | ) |

ORDER

This matter is before the Court on a Motion [Document #73] by Defendant Linwood Wilson, who is *pro se*, requesting approval to register as a Filing User in the Court's Electronic Case Filing System solely for the purpose of the present action. Defendant Wilson has agreed to attend the training sessions offered by the Clerk's Office regarding the ECF system. Having considered Defendant Wilson's request, the Court concludes that the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant Linwood Wilson's Motion [Document #73] is GRANTED, and after Defendant Wilson completes the training required by the Clerk's Office, Defendant Wilson may register as a Filing User in the Court's Electronic Case Filing System with respect solely to the present action.

This, the 9th day of September, 2008.

                                                                United States District Judge