UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No.  1:07-CV-739

| | |
|---|---|
| DAVID F. EVANS, et al., <br><br>                                           Plaintiffs, <br><br>    v. <br><br> CITY OF DURHAM, N.C., et al., <br><br>                                         Defendants. | **NOTICE OF CHANGE <br> OF ADDRESS** |

Please be advised that our address and firm name has changed, effective Monday, 13 October 2008.

| **From:** | **To:** |
|---|---|
| Mailing Address: | Mailing Address: |
| Poyner & Spruill LLP <br> P.O. Box 10096 <br> Raleigh, NC 27605-0096 | Poyner Spruill LLP <br> P.O. Box 1801 <br> Raleigh, NC 27602-1801 |
| Physical Address: | Physical Address: |
| Poyner & Spruill LLP <br> 3600 Glenwood Avenue <br> Raleigh, NC 27612 | Poyner Spruill, LLP <br> 301 Fayetteville Street, Suite 1900 <br> Raleigh, NC 27602-1801 |

This the 17th day of October, 2008.

**POYNER & SPRUILL LLP**

By:  /s/Edwin M. Speas, Jr.
           Edwin M. Speas, Jr.
           North Carolina Bar #4112
           Eric P. Stevens
           North Carolina Bar # 17609
           P.O. Box 1801
           Raleigh, N.C. 27602-1801
           Tel.   (919) 783-6400
           Fax   (919) 783-1075
           Email  espeas@poynerspruill.com
           Email: estevens@poyners.com

*Attorneys for Defendant Mark Gottlieb*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney hereby certifies that on October 17, 2008, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Charles Davant IV
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005
*Attorneys for Plaintiffs David F. Evans and Collin Finnerty*

Richard D. Emery
Emery, Celli, Brinkerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Foor
New York, NY 10019
*Attorney for Plaintiff Reade Seligmann*

David S. Rudolf
Rudolf, Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
*Attorney for Plaintiff Reade Seligmann*

Barry C. Sheck
100 Fifth Avenue
New York NY 10011
*Attorney for Plaintiff Reade Seligmann*

James B. Craven, III
P.O. Box 1366
Durham, NC 27702
*Attorney for Defendant Michael B. Nifong*

Joel Miller Craig
Kennon Craver Belo Craig & McKee, PLLC
P.O. Box 51579
Durham, NC 27717-1579
*Attorney for Benjamin Himan*

Robert James King, III
Kearns Davis
Brooks, Pierce, McLendon, Humphrey & Leonard
P.O. Box 26000
Greensboro, NC 27420-6000
*Attorney for Defendant DNA Security, Inc. and Richard Clark*

Mr. James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717
*Attorney for Defendant David Addison*

Ms. Patricia P. Kerner
Troutman Sanders, LLP
434 Fayetteville Street Mall
Two Hannover Square, Suite 1100
Raleigh, NC 27601
*Attorneys for Defendants Steven Chalmers, Beverly Council, Ronald Holdge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ*

Mr. James A. Roberts, III
Mr. Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC  27609
*Attorneys for Defendants DNA Security,*
*Inc. and Brian Meehan*

Linwood Wilson
*Pro Se*
6910 Innesbrook Way
Bahama, NC 27503-9700

Robert A. Sar
Nicholas J. Sanservino, Jr.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612

*Counsel for Defendant DNA Security*

      This the 17th day of October, 2008.


                  /s/Edwin M. Speas, Jr.