# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| DAVID F. EVANS, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>THE CITY OF DURHAM, <br>NORTH CAROLINA, *et al.*, <br><br>    Defendants. | ) <br>) <br>) <br>) <br>) <br>)  Civil Action No. 1:07-CV-00739 <br>) <br>) <br>) <br>) <br>) <br>) |

## AFFIDAVIT OF AMY M. DeLORENZE

AMY M. DeLORENZE, appearing before the undersigned notary public and being first duly sworn, deposes and says the following:

  1.  I am over eighteen years of age, suffer from no disability, and am competent to testify to the matters set forth herein, all of which are based upon personal knowledge.

  2.  I am an attorney licensed to practice law in the Commonwealth of Massachusetts (inactive status due to relocation to North Carolina) and in the State of North Carolina (North Carolina State Bar No. 35250), and am admitted to practice in all State Courts in the State of North Carolina.

  3.  I am employed by Faison & Gillespie who, through Reginald B. Gillespie, Jr., appear for and represent the City of Durham, North Carolina in the above-referenced action.

4. On December 11, 2008, using Faison & Gillespie's PACER account Login and Password, I downloaded the Supplemental Affidavit of Everette Arnold, and its two exhibits, as the same were electronically filed in this Court via its CM/ECF system on May 1, 2008, in the case of *Pettiford v. City of Greensboro*, Civil Action No. 1:06-cv-01057, and bearing the following Document numbers: 33, 33-2, and 33-3.

5. A true copy of the Supplemental Affidavit of Everette Arnold and its two exhibits that are described in the preceding paragraph are attached hereto collectively as Exhibit 1.

This the 11th day of December, 2008.

_____
AMY M. DeLORENZE

Sworn to and subscribed before me
this the 11th day of December, 2008.

_____
Notary Public
My commission expires: 03-03-2012

(Official Stamp or Seal)

8838-32\P\017 Aff AMD Pettiford Policy