IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, ET AL., )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>THE CITY OF DURHAM, )<br>NORTH CAROLINA, ET AL., )<br>)<br>Defendants ) | No. 1:07 CV 739<br><br>MOTION TO DISMISS OF<br>MICHAEL B. NIFONG |

The defendant, Michael B. Nifong, by his counsel, respectfully shows the Court pursuant to Rules 12(b)(1) and 12(b)(6), Federal Rules of Civil Procedure, and Local Rule 7.3, that:

A. The Amended Complaint fails to state a claim against Michael B. Nifong upon which relief can be granted.

B. The plaintiffs lack standing to seek injunctive relief.

C. All actions of Michael B. Nifong referenced in the Amended Complaint were done in his role as District Attorney and as such are entitled to absolute immunity.

WHEREFORE the defendant Michael B. Nifong respectfully prays the Court for dismissal of all claims against him.

Respectfully submitted,

/s/ James B. Craven III
James B. Craven III
Attorney for the Defendant
P.O. Box 1366
Durham, NC 27702
(919)688-8295
NCSB 997

CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2009, I electronically filed this motion with the Clerk, through the CM/ECF system which will send notification of such filing to the following:

Charles Davant, IV, Esquire
Brenden V. Sullivan, Jr., Esquire
Robert M. Clay, Esquire
Christopher N. Manning, Esquire
WILLIAMS & CONNOLLY
725 Twelfth Street, NW
Washington, DC 20005

David S. Rudolf, Esquire
RUDOLF, WIDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC 27516

Reginald B. Gillespie, Jr., Esquire
FAISON & GILLESPIE
5518-Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, NC 27717-1729

Edwin M. Speas, Esquire
POYNER & SPRUILL
3600 Glenwood Avenue
Raleigh, NC 27612

James B. Maxwell, Esquire
MAXWELL, FREEMAN & BOWMAN
P.O. Box 52396
Durham, NC 27717-2396

Patricia P. Kerner, Esquire
TROUTMAN SANDERS
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601

Robert A. Star, Esquire
Nicholas J. Sanservino, Jr., Esquire
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612

Joel M. Craig, Esquire
KENNON, CRAVER, BELO, CRAIG
& McKEE
4011 University Drive, Suite 300
P.O. Box 51579
Durham, NC 27717-1579

I further certify that I mailed copies as well to the following:

Barry C. Scheck, Esquire
100 Fifth Avenue
New York, NY 10011

Richard D. Emery, Esquire
EMERY, CELLI, BRINCKERHOFF
& ABADY
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

Paul R. Dickinson, Jr., Esquire
LEWIS & ROBERTS
5960 Fairview Road, Ste. 102
Charlotte, NC 28210-3103

James A. Roberts, III, Esquire
LEWIS & ROBERTS
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

Roger E. Warin, Esquire
STEPTOE & JOHNSON
1330 Connecticut Ave., NW
Washington, DC 20036

        Respectfully submitted,

        /s/ James B. Craven III

This 15th day of January 2009.