IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, ET AL., )
                          ) No. 1:07 CV 739
       Plaintiffs )
                          )
  vs. ) MEMORANDUM IN SUPPORT
                          )    OF MOTION TO DISMISS
THE CITY OF DURHAM, )
NORTH CAROLINA, ET AL., )
                          )
       Defendants )

       The defendant Michael B. Nifong, by his counsel, respectfully incorporates by reference in pertinent part, in support of his motion to dismiss filed today, the memoranda filed herein on January 15, 2008 by the defendants Linwood Wilson and by the defendants DNA Security, Inc. and Richard Clark.

                                                  Respectfully submitted,

                                                  /s/ James B. Craven III
                                                  James B. Craven III
                                                  Attorney for the Defendant
                                                  P.O. Box 1366
                                                  Durham, NC 27702
                                                  (919)688-8295
                                                  NCSB 997

CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2009, I electronically filed this memorandum with the Clerk, through the CM/ECF system which will send notification of such filing to the following:

    Charles Davant, IV, Esquire
    Brenden V. Sullivan, Jr., Esquire
    Robert M. Clay, Esquire
    Christopher N. Manning, Esquire
    WILLIAMS & CONNOLLY
    725 Twelfth Street, NW
    Washington, DC 20005

    David S. Rudolf, Esquire
    RUDOLF, WIDENHOUSE & FIALKO
    312 West Franklin Street
    Chapel Hill, NC 27516

    Reginald B. Gillespie, Jr., Esquire
    FAISON & GILLESPIE
    5518-Durham-Chapel Hill Blvd., Ste. 2000
    P.O. Box 51729
    Durham, NC 27717-1729

    Edwin M. Speas, Esquire
    POYNER & SPRUILL
    3600 Glenwood Avenue
    Raleigh, NC 27612

    James B. Maxwell, Esquire
    MAXWELL, FREEMAN & BOWMAN
    P.O. Box 52396
    Durham, NC 27717-2396

    Patricia P. Kerner, Esquire
    TROUTMAN SANDERS
    434 Fayetteville Street, Suite 1900
    Raleigh, NC 27601

    Robert A. Star, Esquire
    Nicholas J. Sanservino, Jr., Esquire
    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART

2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612


Joel M. Craig, Esquire
KENNON, CRAVER, BELO, CRAIG
& McKEE
4011 University Drive, Suite 300
P.O. Box 51579
Durham, NC 27717-1579

I further certify that I mailed copies as well to the following:

Barry C. Scheck, Esquire
100 Fifth Avenue
New York, NY 10011

Richard D. Emery, Esquire
EMERY, CELLI, BRINCKERHOFF
& ABADY
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

Paul R. Dickinson, Jr., Esquire
LEWIS & ROBERTS
5960 Fairview Road, Ste. 102
Charlotte, NC 28210-3103

James A. Roberts, III, Esquire
LEWIS & ROBERTS
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

Roger E. Warin, Esquire
STEPTOE & JOHNSON
1330 Connecticut Ave., NW
Washington, DC 20036

                         Respectfully submitted,

                         /s/ James B. Craven III

This 15th day of January 2009.