## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | |
|---|---|
| DAVID F. EVANS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF DURHAM, N.C., et al., <br><br> Defendants. | DOCKET NO. 1:07-CV-739 |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND SUBSTITUTION OF COUNSEL

NOW COMES David W. Long of the law firm of Poyner Spruill LLP and pursuant to Local Rule 83.1(e) gives notice of his appearance as counsel for Defendant Mark Gottlieb in the above-referenced action. Mr. Long appears in place of Edwin M. Speas, Jr., who has withdrawn from Poyner Spruill LLP to serve as Counsel to North Carolina Governor Beverly Perdue. The undersigned hereby requests that all pleadings, motions, notices, correspondence and other papers relating to the above-captioned action be sent to the undersigned at the address listed below.

This the 27th day of February, 2009.

                                                            **POYNER SPRUILL LLP**

                                                            By: /s/ David W. Long
                                                                 David W. Long
                                                                 N.C. State Bar No. 2779
                                                                Eric P. Stevens
                                                                N.C. State Bar No. 17609
                                                                P.O. Box 1801
                                                                Raleigh, NC 27602-1801
                                                                Telephone: 919.783.6400
                                                                Facsimile: 919.783.1075
                                                                Email: dlong@poynerspruill.com
                                                                estevens@poynerspruill.com
                                                                ATTORNEYS FOR DEFENDANT
                                                                MARK GOTTLIEB

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL*, with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| ROBERT M. CARY: | rcary@wc.com |
| JOEL MILLER CRAIG: | jcraig@kennoncraver.com |
| | rrogers@kennoncraver.com |
| | hsappenfield@kennoncraver.com |
| CHARLES DAVANT, IV: | cdavant@wc.com |
| KEARNS DAVIS: | kdavis@brookspierce.com |
| | pmiller@brookspierce.com |
| | amccoin@brookspierce.com |
| PAUL R. DICKINSON, JR: | pauldickinson@lewis-roberts.com |
| REGINALD B. GILLESPIE, JR: | rgillespie@faison-gillespie.com |
| | mherrington@steptoe.com |
| | lquadrino@steptoe.com |
| | diane.taylor@faison-gillespie.com |
| | susan.veasey@faison-gillespie.com |
| | Kelly.Troy@durhamnc.gov |
| | Kimberly.Grantham@durhamnc.gov |
| | JPNolan@steptoe.com |
| | RWarin@steptoe.com |
| | Beverly.Thompson@durhamnc.gov |
| | mvatis@steptoe.com |
| PATRICIA P. KERNER: | tricia.kerner@troutmansanders.com |
| | melissa.bowling@troutmansanders.com |
| | tracy.bowling@troutmansanders.com |
| ROBERT JAMES KING, III: | rking@brookspierce.com |
| | mhardin@brookspierce.com |
| CHRISTOPHER N. MANNING: | cmanning@wc.com |
| JAMES B. MAXWELL: | jmaxwell@mfbpa.com |
| | lrosemond@mfbpa.com |
| JAMES AVERY ROBERTS, III: | jimroberts@lewis-roberts.com |
| | debbiewhaley@lewis-roberts.com |
| DAVID S RUDOLF: | dsrudolf@rwf-law.com |
| | chenry@rwf-law.com |
| NICHOLAS J. SANSERVINO: | nicholas.sanservino@ogletreedeakins.com |
| | elena.diamond@odnss.com |

| | |
|---|---|
| HENRY W. SAPPENFIELD: | hsappenfield@kennoncraver.com<br>rrogers@kennoncraver.com |
| ROBERT A. SAR: | Robert.Sar@ogletreedeakins.com<br>Melanie.Mosier@ogletreedeakins.com |
| HANNAH GRAY STYRON: | hannah.styron@troutmansanders.com<br>nella.johnson@troutmansanders.com |
| BRENDAN V. SULLIVAN, JR: | bsullivan@wc.com |
| D. MARTIN WARF: | martin.warf@troutmansanders.com<br>nella.johnson@troutmansanders.com |
| LINWOOD WILSON: | LinwoodW@aol.com |

This the 27th day of February, 2009

/s/ David W. Long
David W. Long