## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **DAVID F. EVANS**, *et al.*,  | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:07-CV-00739 |
| **THE CITY OF DURHAM, NORTH CAROLINA**, *et al.*, | ) |
| Defendants. | ) |

### FIRST SUPPLEMENT TO MOTION FOR PARTIAL SUMMARY JUDGMENT (GOVERNMENTAL IMMUNITY)

NOW COMES Defendant the City of Durham, North Carolina (the "City"), herein by and through its attorneys, and offers for the Court's consideration in connection with the City's pending motion for partial summary judgment (doc. no. 78, filed October 22, 2008) the accompanying Exhibit 1, which consists of a certified copy of a letter from Everest National Insurance Company to the City, dated January 8, 2009.

This the 22nd day of March, 2009.

        FAISON & GILLESPIE

        By: /s/ Reginald B. Gillespie, Jr.
           Reginald B. Gillespie, Jr.
           North Carolina State Bar No. 10895
           5517 Chapel Hill Boulevard, Suite 2000
           Post Office Box 51729
           Durham, North Carolina  27717-1729
           Telephone:  (919) 489-9001
           Fax: (919) 489-5774
           E-Mail: rgillespie@faison-gillespie.com

        *Attorneys for Defendant City of Durham, North Carolina*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

The undersigned hereby certifies that, pursuant to Rule 5 of the Federal Rules of Civil Procedure and LR5.3 and LR5.4, MDNC, the foregoing pleading, motion, affidavit, notice, or other document/paper has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filing (NEF) to the undersigned filing user and registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered user of record (or that the party is a registered user of record), to each of whom the NEF will be transmitted.

This the 22nd day of March, 2009.

        FAISON & GILLESPIE

        By: /s/ Reginald B. Gillespie, Jr.
         Reginald B. Gillespie, Jr.
         North Carolina State Bar No. 10895

8838-32\P\020 Supp