IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
-----------------------------------------------------------------------X
DAVID F. EVANS; COLLIN FINNERTY; and
READE SELIGMANN,

                                        Plaintiffs,            07 Civ. 739

       v.

                                                                  <u>NOTICE OF APPEARANCE</u>

THE CITY OF DURHAM, NORTH
CAROLINA; MICHAEL B. NIFONG;
MARK GOTTLIEB; BENJAMIN HIMAN;
DAVID ADDISON; LINWOOD WILSON;
PATRICK BAKER; STEVEN CHALMERS;
BEVERLY COUNCIL; RONALD HODGE;
JEFF LAMB; MICHAEL RIPBERGER;
LEE RUSS; DNA SECURITY, INC.;
RICHARD CLARK; and BRIAN MEEHAN,

                Defendants.
-----------------------------------------------------------------------X

        PLEASE TAKE NOTICE that Ilann M. Maazel (**IMM 5724**) of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for PLAINTIFF, Reade Seligmann in the above-entitled action and requests that all papers filed through the ECF system be served upon him by e-mail.

Dated: New York, New York
         June 29, 2009

                                          By: _____
                                                    Ilann M. Maazel (IMM 5724)

                                           EMERY CELLI BRINCKERHOFF
                                              & ABADY LLP
                                         75 Rockefeller Plaza, 20th Floor
                                         New York, New York 10019
                                         (212) 763-5000

                                *Attorneys for PLAINTIFF READE SELIGMANN*

Dockets.Justia