IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
------------------------------------------------------------------------X
DAVID F. EVANS; COLLIN FINNERTY; and
READE SELIGMANN,

          Plaintiffs,    07 Civ. 739

  v.

                  NOTICE OF APPEARANCE

THE CITY OF DURHAM, NORTH
CAROLINA; MICHAEL B. NIFONG;
MARK GOTTLIEB; BENJAMIN HIMAN;
DAVID ADDISON; LINWOOD WILSON;
PATRICK BAKER; STEVEN CHALMERS;
BEVERLY COUNCIL; RONALD HODGE;
JEFF LAMB; MICHAEL RIPBERGER;
LEE RUSS; DNA SECURITY, INC.;
RICHARD CLARK; and BRIAN MEEHAN,

          Defendants.
------------------------------------------------------------------------X

  PLEASE TAKE NOTICE that Richard D. Emery **(RE 5181)** of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for PLAINTIFF, Reade Seligmann in the above-entitled action and requests that all papers filed through the ECF system be served upon him by e-mail.

Dated: New York, New York
   June 29, 2009

           By: _____/s/_____
             Richard D. Emery (RE 5181)

           EMERY CELLI BRINCKERHOFF
             & ABADY LLP
           75 Rockefeller Plaza, 20th Floor
           New York, New York 10019
           (212) 763-5000

       *Attorneys for PLAINTIFF READE SELIGMANN*

Dockets.Justia