IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
------------------------------------------------------------------------X
DAVID F. EVANS; COLLIN FINNERTY; and
READE SELIGMANN,

                                Plaintiffs,        07 Civ. 739

       v.

                                                  NOTICE OF APPEARANCE

THE CITY OF DURHAM, NORTH
CAROLINA; MICHAEL B. NIFONG;
MARK GOTTLIEB; BENJAMIN HIMAN;
DAVID ADDISON; LINWOOD WILSON;
PATRICK BAKER; STEVEN CHALMERS;
BEVERLY COUNCIL; RONALD HODGE;
JEFF LAMB; MICHAEL RIPBERGER;
LEE RUSS; DNA SECURITY, INC.;
RICHARD CLARK; and BRIAN MEEHAN,

                                Defendants.
------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that Ilann M. Maazel **(IMM 5724)** of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for PLAINTIFF, Reade Seligmann in the above-entitled action and requests that all papers filed through the ECF system be served upon him by e-mail.

Dated: New York, New York
       June 30, 2009

                                         By:         /s/
                                                **ILANN M. MAAZEL (IMM 5724)**

                                             EMERY CELLI BRINCKERHOFF
                                                 &amp; ABADY LLP
                                           75 Rockefeller Plaza, 20th Floor
                                           New York, New York 10019
                                           (212) 763-5000

                                     By:         /s/

                                           **DAVID S RUDOLF (DR 8587)**
                                           RUDOLF WIDENHOUSE & FIALKO
                                           312 W. FRANKLIN ST.
                                           CHAPEL HILL , NC 27516
                                           919-967-4900

                                           *Attorneys for Plaintiff, Reade Seligmann*

Dockets.Justia