IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
------------------------------------------------------------------------X
DAVID F. EVANS; COLLIN FINNERTY; and
READE SELIGMANN,

                                Plaintiffs,        07 Civ. 739
     v.

                                                      NOTICE OF APPEARANCE

THE CITY OF DURHAM, NORTH
CAROLINA; MICHAEL B. NIFONG;
MARK GOTTLIEB; BENJAMIN HIMAN;
DAVID ADDISON; LINWOOD WILSON;
PATRICK BAKER; STEVEN CHALMERS;
BEVERLY COUNCIL; RONALD HODGE;
JEFF LAMB; MICHAEL RIPBERGER;
LEE RUSS; DNA SECURITY, INC.;
RICHARD CLARK; and BRIAN MEEHAN,

                                Defendants.
------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that Richard D. Emery (**RE 5181**) of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for PLAINTIFF, Reade Seligmann in the above-entitled action and requests that all papers filed through the ECF system be served upon him by e-mail.

Dated: New York, New York
       June 30, 2009

                                            By:      /s/
                                                  **RICHARD D. EMERY (RE 5181)**

                                                  EMERY CELLI BRINCKERHOFF
                                                       & ABADY LLP
                                                 75 Rockefeller Plaza, 20th Floor
                                                 New York, New York 10019
                                                 (212) 763-5000

                                     By:      /s/

                                                 **DAVID S RUDOLF (DR 8587)**
                                                 RUDOLF WIDENHOUSE & FIALKO
                                                 312 W. FRANKLIN ST.
                                                 CHAPEL HILL , NC 27516
                                                 919-967-4900

                                                 *Attorneys for Plaintiff, Reade Seligmann*

Dockets.Justia