IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID F. EVANS, ET AL., | ) | |
| | ) | |
| Plaintiffs | ) | No. 1:07 CV 739 |
| | ) | |
| vs. | ) | |
| | ) | SECOND SUPPLEMENTAL |
| THE CITY OF DURHAM, | ) | MEMORANDUM ON BEHALF |
| NORTH CAROLINA, ET AL., | ) | OF MICHAEL B. NIFONG |
| | ) | |
| Defendants | ) | |

This supplemental memorandum is submitted on behalf of the defendant Michael B. Nifong. On November 4, 2009 the Supreme Court heard oral argument in <u>Pottawattomie County, Iowa v.McGhee</u>, No. 08-1065. Certiorari had been granted on this issue:

> Whether a prosecutor is subject to personal liability under 42 U.S.C. 1983 for a wrongful conviction and incarceration where the prosecutor allegedly procured false testimony during the criminal investigation and then introduced that same testimony against the criminal defendant at trial to obtain a conviction.

A number of amicus briefs were filed in support of the Iowa prosecutors, the petitioners, including those by the United States, the National Association of Assistant United States Attorneys, and the National District Attorneys Association. Attached and incorporated herein is a copy of the amicus brief filed July 20, 2009 by Roy Cooper, Attorney General of North Carolina, and the chief law enforcement officers of 26 other states and the District of Columbia,

in support of the Iowa prosecutors/petitioners, i.e. in support of a position of absolute immunity for them. We suggest that if the Supreme Court rules in favor of the Iowa prosecutors/petitioners on the immunity case, such a ruling would likely apply to the defendant Michael B. Nifong in this case.

                                              Respectfully submitted,

                                              <u>/s/ James B. Craven III</u>
                                              James B. Craven III
                                              Attorney for Michael B. Nifong
                                              NCSB 997
                                              (919) 688-8295
                                              P.O. Box 1366
                                              Durham, NC 27702

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2009 I electronically filed this memorandum with the Clerk, through the CM/ECF system which will send notification of such filing to the following:

Charles Davant IV, Esquire
Brenden V. Sullivan, Jr., Esquire
Robert M. Clay, Esquire
Christopher M. Manning, Esquire
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005

David S. Rudolf, Esquire
RUDOLF, WIDENHOUSE & FIALKO
213 West Franklin Street
Chapel Hill, NC 27516

Reginald B. Gillespie, Jr., Esquire
FAISON & GILLESPIE
5518-Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, NC 27717-1729

Edwin M. Speas, Esquire
POYNER & SPRUILL
3600 Glenwood Avenue
Raleigh, NC 27612

James B. Maxwell, Esquire
MAXWELL, FREEMAN & BOWMAN
P.O. Box 52396
Durham, NC 27717-2396

Patricia P. Kerner, Esquire
TROUTMAN SANDERS
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601

Robert A. Star, Esquire
Nicholas J. Sanservino Jr., Esquire
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612

Joel M. Craig, Esquire
KENNON, CRAVER, BELO, CRAIG & McKEE
4011 University Drive, Suite 300
P.O. Box 51579
Durham, NC 27707-1579

I further certify that I mailed copies as well to the following:

Barry C. Scheck, Esquire
100 Fifth Avenue
New York, NC 10011

Richard D. Emery, Esquire
EMERY, CELLI, BRINCKERHOFF & ABADY
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

Paul R. Dickinson, Jr., Esquire
LEWIS & ROBERTS
5960 Fairview Road, Ste. 102
Charlotte, NC 28210-3103

James A. Roberts III, Esquire
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612-5540

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

Roger E. Warin, Esquire
STEPTOE & JOHNSON
1330 Connecticut Ave., NW
Washington, DC 20036

         /s/ James B. Craven III
         James B. Craven III