IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF DURHAM, N.C., et al.,<br><br>  Defendants. | Civil Action No. 1:07-CV-739 |

**NOTICE CONCERNING DISMISSAL OF PENDING
UNITED STATES SUPREME COURT CASE**

Plaintiffs David F. Evans, Collin Finnerty, and Reade Seligmann hereby respectfully advise the Court that the United States Supreme Court has dismissed, without decision, *Pottawattomie County, Iowa v. McGhee*, No. 08-1065.

On November 18, 2009, Defendant Michael B. Nifong submitted a "Second Supplemental Memorandum" (Doc. No. 112) in support of his pending Motion to Dismiss (Docket No. 90, consolidated into a single Motion to Dismiss designated as Docket No. 42). Nifong stated that the Supreme Court had granted certiorari in *Pottawattomie County* on the issue of

> [w]hether a prosecutor is subject to personal liability under 42 U.S.C. § 1983 for a wrongful conviction and incarceration where the prosecutor allegedly procured false testimony during the criminal investigation and then introduced that same testimony against the criminal defendant at trial to obtain a conviction.

Nifong 2d Suppl. Mem. at 1. Nifong further stated that "if the Supreme Court rules in favor of the Iowa prosecutors/petitioners on the immunity case, such a ruling would likely apply to the defendant Michael B. Nifong in this case." *Id.* at 2.

After the November 4, 2009 oral argument before the Supreme Court, the parties to *Pottawattomie County* agreed to a $12 million settlement of the petitioners' civil rights claims. *See* Ex. 1 (Press Release). The *Pottawattomie County* parties filed an agreed dismissal, and on January 4, 2010, the Clerk of the Supreme Court entered an order of dismissal. *See* Ex. 2 (Supreme Court Docket for No. 08-1065).

Dated: January 5, 2010

Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By: ___/s/ Charles Davant IV_____
Brendan V. Sullivan, Jr. (*pro hac vice*)
Robert M. Cary (*pro hac vice*)
Christopher N. Manning (*pro hac vice*)
Charles Davant IV (N.C. Bar #28489)
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000
E-mail: cdavant@wc.com

*Attorneys for Plaintiffs David F. Evans and Collin Finnerty*

-and-

**RUDOLF WIDENHOUSE & FIALKO**

By: ___/s/ David S. Rudolf_____
David S. Rudolf (N.C. Bar #8587)
312 West Franklin Street
Chapel Hill, NC 27516
Tel.: (919) 967-4900
E-mail: dsrudolf@rwf-law.com

2

**BARRY C. SCHECK, ESQ.**

    Barry C. Scheck*
    Attn: Elizabeth Vaca
    100 Fifth Avenue
    New York, NY 10011
    Tel.: (212) 364-5390
    E-mail: bcsinnocence@aol.com

    (* motion for special appearance
      to be filed)

**EMERY CELLI BRINCKERHOFF &**
 **ABADY LLP**

    Richard D. Emery (*pro hac vice*)
    Ilann M. Maazel (*pro hac vice*)
    75 Rockefeller Plaza, 20th Floor
    New York, NY 10019
    Tel.: (212) 763-5000
    Fax: (212) 763-5001
    E-mail: remery@ecbalaw.com

*Attorneys for Plaintiff Reade Seligman*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF DURHAM, N.C., et al.,<br><br>  Defendants. | Case No. 1:07CV739 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2010 I electronically filed the foregoing **NOTICE CONCERNING DISMISSAL OF PENDING UNITED STATES SUPREME COURT CASE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Reginald B. Gillespie, Jr.
*Counsel for Defendant City of Durham*

Joel M. Craig
Henry W. Sappenfield
*Counsel for Defendant Benjamin Himan*

James B. Maxwell,
*Counsel for Defendant David Addison*

Edwin M. Speas
Eric P. Stevens
*Counsel for Defendant Mark Gottlieb*

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Patrick Baker, Michael Ripberger, and Lee Russ*

Robert A. Sar
Nicholas J. Sanservino, Jr.
*Counsel for Defendant DNA Security*

Robert J. King III
Kearns Davis
*Counsel for Defendant DNA Security, Inc. & Richard Clark*

Paul R. Dickinson, Jr.
James A. Roberts, III
*Counsel for Defendant Brian Meehan*

Linwood Wilson
*Pro se*

James B. Craven III
*Counsel for Michael B. Nifong*

              Respectfully submitted,

              <u>/s/ Charles Davant IV</u>
              Charles Davant IV (N.C. Bar No. 28489)
              WILLIAMS & CONNOLLY LLP
              725 Twelfth Street, N.W.
              Washington, DC  20005
              Tel.:  (202) 434-5000
              Email: cdavant@wc.com

              *Attorney for Plaintiffs David F. Evans and Collin Finnerty*