**EXHIBIT 2**

No. 08-1065
Title:    Pottawattamie County, Iowa, et al., Petitioners
v.
Curtis W. McGhee, Jr., et al.

Docketed: February 20, 2009
Lower Ct: United States Court of Appeals for the Eighth Circuit
  Case Nos.: (07-1453, 07-1524)
  Decision Date: November 21, 2008

Questions Presented

~~~Date~~~   ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~

Feb 17 2009   Application (08A711) for a stay pending the filing and disposition of a petition for a writ of certiorari, submitted to Justice Alito.

Feb 18 2009   Petition for a writ of certiorari filed. (Response due March 23, 2009)

Feb 19 2009   Response to application from respondents Curtis W. McGhee, Jr., et al. filed.

Feb 19 2009   Reply of applicant Pottawattamie County, Iowa, et al. filed.

Feb 20 2009   Response to application from respondents Terry J. Harrington, et al. filed.

Feb 20 2009   Application (08A711) granted by Justice Alito. The proceedings in the United States District for the Southern District of Iowa, in case Nos. 4:05-cv-00255 and 4:05-cv-00178, are stayed pending disposition of the petition for a writ of certiorari. Should the petition for a writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for a writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

Mar 17 2009   Brief of respondent Terry J. Harrington in opposition filed.

Mar 17 2009   Brief of respondent Curtis W. McGhee, Jr. in opposition filed.

Mar 23 2009   Motion for leave to file amici brief filed by National Association of Assistant United States Attorneys, et al.

Mar 31 2009   Reply of petitioners Pottawattamie County, Iowa, et al. filed.

Apr 1 2009   DISTRIBUTED for Conference of April 17, 2009.

Apr 20 2009   Motion for leave to file amici brief filed by National Association of Assistant United States Attorneys, et al. GRANTED.

Apr 20 2009   Petition GRANTED.

May 6 2009   The time within which to file the joint appendix and petitioners' brief on the merits is extended to and including July 6, 2009.

May 27 2009   The time within which to file respondents' briefs on the merits is extended to and including September 11, 2009.

Jun 19 2009   The time within which to file the joint appendix and petitioners' brief on the merits is further extended to and including July 13, 2009.

Jul 13 2009   Joint appendix filed (statement of costs received).

Jul 13 2009   Brief of petitioners Pottawattamie County, Iowa, Joseph Hrvol, and David Richter filed.

Jul 20 2009   Brief amicus curiae of United States filed.

Jul 20 2009   Brief amici curiae of National Association of Assistant United States Attorneys, et al. filed.

Jul 20 2009   Brief amici curiae of National Association of Counties, et al. filed.

Jul 20 2009   Brief amicus curiae of Cook County filed.

| Date | Entry |
|---|---|
| Jul 20 2009 | Brief amici curiae of Colorado, et al. filed. |
| Aug 4 2009 | Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument filed. |
| Aug 17 2009 | SET FOR ARGUMENT ON Wednesday, November 4, 2009 |
| Aug 17 2009 | CIRCULATED. |
| Sep 3 2009 | Record received from U.S.C.A. for 8th Circuit. (1 envelope) |
| Sep 4 2009 | Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument GRANTED. |
| Sep 6 2009 | Record for the U.S.D.C. for Southern District of Iowa is electronic. |
| Sep 11 2009 | Brief of respondents Curtis W. McGhee, Jr., et al. filed. (Distributed) |
| Sep 16 2009 | Motion to allow Stephen S. Sanders to argue pro hac vice filed by petitioners Pottawattamie County, Iowa, et al. |
| Sep 18 2009 | Brief amicus curiae of Black Cops Against Police Brutality filed. (Distributed) |
| Sep 18 2009 | Brief amicus curiae of The Center on the Administration of Criminal Law filed. (Distributed) |
| Sep 18 2009 | Brief amici curiae of National Association of Criminal Defense Lawyers, et al. filed. (Distributed) |
| Sep 30 2009 | Motion to allow Stephen S. Sanders to argue pro hac vice filed by petitioners GRANTED. |
| Oct 13 2009 | Reply of petitioners Pottawattamie County, Iowa, et al. filed. (Distributed) |
| Nov 4 2009 | Argued. For petitioners: Stephen Sanders, Chicago, Ill. (Pro hac vice); and Neal K. Katyal, Deputy Solicitor General, Department of Justice, Washington, D.C. (for United States, as amicus curiae.) For respondents: Paul D. Clement, Washington, D.C. |
| Dec 30 2009 | Motion of petitioners to dismiss the writ of certiorari pursuant to Rule 46 received. |
| Jan 4 2010 | Letter of consent to petitioners' motion to dismiss the writ of certiorari pursuant to Rule 46 received. |
| Jan 4 2010 | Petition Dismissed - Rule 46. |

| ~~Name~~ | ~~Address~~ | ~~Phone~~ |
|---|---|---|
| **Attorneys for Petitioners:** | | |
| Jeffrey W. Sarles<br>Counsel of Record | Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL  60606<br>jsarles@mayerbrown.com | (312) 701-7819 |
| Party name: Pottawattamie County, Iowa, et al. | | |
| **Attorneys for Respondents:** | | |
| Paul D. Clement<br>Counsel of Record | King and Spalding L.L.P.<br>1700 Pennsylvania Ave., N.W.<br>Washington, DC  20006 | (202) 737-0500 |
| Party name: Curtis W. McGhee, Jr., et al. | | |

| | | |
|---|---|---|
| Stephen D. Davis | Canel Davis & King | (312) 372-4142 |
| | 10 S. LaSalle Street, Suite 3400<br>Chicago, IL 60603<br>sdd@stevedavislaw.com | |
| Party name: Curtis W. McGhee, Jr. | | |
| J. Douglas McCalla | The Spence Law Firm, LLC | (307) 733-7290 |
| | P.O. Box 548<br>15 S. Jackson St.<br>Jackson, WY 83001 | |
| Party name: Terry J. Harrington | | |
| Alan O. Olson | 3116 Ingersoll Avenue<br>Des Moines, IA 50312 | |
| Party name: Curtis W. McGhee, Jr., et al. | | |
| Gerald Leonard Spence | P.O. Box 548<br>Jackson, WY 83001 | |
| Party name: Curtis W. McGhee, Jr., et al. | | |

**Other:**

| | | |
|---|---|---|
| William Anthony Burck | Weil Gotshal & Manges LLP | (202) 682-7000 |
| | 1300 I Street, N.W.<br>Suite 900<br>Washington, DC 20005 | |
| Party name: The Center on the Administration of Criminal Law | | |
| Paul A. Castiglione | Assistant State's Attorney Cook County | (312) 603-3362 |
| | 500 Richard J. Daley Center<br>Chicago, IL 60602<br>pcastig@cookcountygov.com | |
| Party name: Cook County | | |
| Thomas C. Goldstein | Akin Gump Strauss Hauer & Feld, LLP | (202) 887-4060 |
| | 1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036<br>tgoldstein@akingump.com | |
| Party name: National Association of Assistant United States Attorneys, et al. | | |

| Jeffrey T. Green | Sidley Austin LLP | (202) 736-8000 |
|---|---|---|
| | 1501 K Street, N.W. | |
| | Washington, DC 20005 | |

Party name: National Immigrant Justice Center, et al.

| Mark E. Herrmann | Jones Day | (312) 782-3939 |
|---|---|---|
| | 77 West Wacker Drive | |
| | Chicago, IL 60601 | |
| | mherrmann@jonesday.com | |

Party name: Black Cops Against Police Brutality

| Elena Kagan | Solicitor General | (202) 514-2217 |
|---|---|---|
| | United States Department of Justice | |
| | 950 Pennsylvania Avenue, N.W. | |
| | Washington, DC 20530-0001 | |
| | SupremeCtBriefs@USDOJ.gov | |

Party name: United States

| Neal Kumar Katyal | Deputy Solicitor General | |
|---|---|---|
| | Department of Justice | |
| | Washington, DC 20530 | |

Party name: Pottawattamie County, Iowa, et al. v. Curtis W. McGhee, Jr., et al.

| Richard Ruda | State and Local Legal Center | (202) 434-4850 |
|---|---|---|
| | 444 North Capitol Street, N.W., Suite 309 | |
| | Washington, DC 20001 | |

Party name: National Association of Counties, et al.

| Joel B. Rudin | 200 West 57th Street | (212) 752-7600 |
|---|---|---|
| | New York, NY 10019 | |

Party name: National Association of Criminal Defense Lawyers, et al.

| Kathleen M. Sullivan | Quinn Emanuel Urquhart Oliver & Hedges, LLP | (212) 849-7000 |
|---|---|---|
| | 51 Madison Avenue, 22nd Floor | |

New York, NY 10010
kathleensullivan@quinnemanuel.com

Party name: Colorado, et al.