IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID F. EVANS, ET AL., | ) | |
| Plaintiffs | ) | No. 1:07 CV 739 |
| vs. | ) | MOTION TO DISMISS OF |
| THE CITY OF DURHAM, NORTH CAROLINA, ET AL., | ) | MICHAEL D. NIFONG |
| Defendants | ) | |

The defendant Michael B. Nifong, by his counsel, respectfully shows the Court pursuant to RuleS 12(b)(1) and 12(b)(6), Federal Rules of Civil Procedure, and Local Rule 7.3, that:

A. The Second Amended Complaint filed February 18, 2010 fails to state a claim against Michael B. Nifong upon which relief can be granted.

B. The plaintiffs lack standing to seek injunctive relief.

C. All actions of Michael B. Nifong referenced in the Second Amended Complaint were done in his role as District Attorney and as such are entitled to absolute immunity.

WHEREFORE the defendant Michael B. Nifong respectfully prays the Court for dismissal of all claims against him.

Respectfully submitted,

/s/ James B. Craven III
James B. Craven III
Attorney for Michael B. Nifong
NCSB 997
(919) 688-8295
P.O. Box 1366
Durham, NC 27702

CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2010 I electronically filed this motion with the Clerk, through the CM/ECF system which will send notification of such filing to the following:

    Charles Davant IV, Esquire
    Brendan V. Sullivan, Jr., Esquire
    Robert M. Clay, Esquire
    Christopher M. Manning, Esquire
    Williams & Connolly
    725 Twelfth Street, NW
    Washington, DC 20005

    David S. Rudolf, Esquire
    RUDOLF, WIDENHOUSE & FIALKO
    213 West Franklin Street
    Chapel Hill, NC 27516

    Reginald B. Gillespie, Jr., Esquire
    FAISON & GILLESPIE
    5518-Durham-Chapel Hill Blvd., Ste. 2000
    P.O. Box 51729
    Durham, NC 27717-1729

    Eric P. Stevens, Esquire
    POYNER & SPRUILL
    3600 Glenwood Avenue
    Raleigh, NC 27612

    James B. Maxwell, Esquire
    MAXWELL, FREEMAN & BOWMAN
    P.O. Box 52396
    Durham, NC 27717-2396

    Patricia P. Kerner, Esquire
    TROUTMAN SANDERS
    434 Fayetteville Street, Suite 1900
    Raleigh, NC 27601

    Robert A. Star, Esquire
    Nicholas J. Sanservino Jr., Esquire
    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART
    2301 Sugar Bush Road, Suite 600
    Raleigh, NC 27612

Joel M. Craig, Esquire
KENNON, CRAVER, BELO, CRAIG & McKEE
4011 University Drive, Suite 300
P.O. Box 51579
Durham, NC 27707-1579

I further certify that I mailed copies as well to the following:

Barry C. Scheck, Esquire
100 Fifth Avenue
New York, NC 10011

Richard D. Emery, Esquire
EMERY, CELLI, BRINCKERHOFF & ABADY
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

Paul R. Dickinson, Jr., Esquire
LEWIS & ROBERTS
5960 Fairview Road, Ste. 102
Charlotte, NC 28210-3103

James A. Roberts III, Esquire
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612-5540

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

Roger E. Warin, Esquire
STEPTOE & JOHNSON
1330 Connecticut Ave., NW
Washington, DC 20036

                                              /s/ James B. Craven III
                                              James B. Craven III