IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID F. EVANS, ET AL., | ) | |
| Plaintiffs | ) | No. 1:07 CV 739 |
| vs. | ) | |
| THE CITY OF DURHAM, NORTH CAROLINA, ET AL., | ) | <u>MEMORANDUM IN SUPPORT OF MOTION TO DISMISS</u> |
| Defendants | ) | |

The defendant Michael B. Nifong, by his counsel, respectfully incorporates by reference in pertinent part, in support of his motion to dismiss the Second Amended Complaint filed today, the memoranda filed herein on January 15, 2008 by the defendants Linwood Wilson (#29) and by the defendants DNA Security, Inc. and Richard Clark (#33). Also incorporated by reference are the memoranda filed on behalf of the defendant Michael B. Nifong, as follows:

    #91   January 15, 2009
    #97   June 24, 2009
    #108  August 12, 2009

 

Respectfully submitted,

/s/ James B. Craven III
James B. Craven III
Attorney for Michael B. Nifong
NCSB 997
(919) 688-8295
P.O. Box 1366
Durham, NC 27702

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2010, I electronically filed this memorandum with the Clerk, through the CM/ECF system which will send notification of such filing to the following:

Charles Davant IV, Esquire
Brendan V. Sullivan, Jr., Esquire
Robert M. Clay, Esquire
Christopher M. Manning, Esquire
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005

David S. Rudolf, Esquire
RUDOLF, WIDENHOUSE & FIALKO
213 West Franklin Street
Chapel Hill, NC 27516

Reginald B. Gillespie, Jr., Esquire
FAISON & GILLESPIE
5518-Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, NC 27717-1729

Eric P. Stevens, Esquire
POYNER & SPRUILL
3600 Glenwood Avenue
Raleigh, NC 27612

James B. Maxwell, Esquire
MAXWELL, FREEMAN & BOWMAN
P.O. Box 52396
Durham, NC 27717-2396

Patricia P. Kerner, Esquire
TROUTMAN SANDERS
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601

2

Robert A. Star, Esquire
Nicholas J. Sanservino Jr., Esquire
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART
2301 Sugar Bush Road, Suite 600
Raleigh, NC 27612

Joel M. Craig, Esquire
KENNON, CRAVER, BELO, CRAIG & McKEE
4011 University Drive, Suite 300
P.O. Box 51579
Durham, NC 27707-1579

I further certify that I mailed copies as well to the following:

Barry C. Scheck, Esquire
100 Fifth Avenue
New York, NC 10011

Richard D. Emery, Esquire
EMERY, CELLI, BRINCKERHOFF & ABADY
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

Paul R. Dickinson, Jr., Esquire
LEWIS & ROBERTS
5960 Fairview Road, Ste. 102
Charlotte, NC 28210-3103

James A. Roberts III, Esquire
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612-5540

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

Roger E. Warin, Esquire
STEPTOE & JOHNSON
1330 Connecticut Ave., NW
Washington, DC 20036

/s/ James B. Craven III
James B. Craven III