IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

| | | |
|---|---|---|
| DAVID F. EVANS, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-00739 |
| | ) | |
| THE CITY OF DURHAM, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT MARK GOTTLIEB'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT FED. R. CIV. P. 12(b)(6)

Defendant Mark Gottlieb respectfully moves the Court, pursuant to FED. R. CIV. P. 12(b)(6), to dismiss all claims in Plaintiffs' Second Amended Complaint against him for failure to state a claim upon which relief can be granted. In support thereof, and pursuant to this Court's February 16, 2010 Order (Docket # 115), Defendant Gottlieb incorporates the arguments and authorities set forth in the Memorandum in support of his original Motion to Dismiss (Docket # 39), the Joint Reply Memorandum in Support of the Motions to Dismiss of Mark Gottlieb and Benjamin Himan (Docket # 61), the Supplemental Brief in Support of the Motions to Dismiss of the City of Durham, North Carolina, Mark Gottlieb, and Benjamin Himan (Docket # 100), and the Suggestion of Subsequent Authority (Docket # 114).

WHEREFORE, Defendant Gottlieb respectfully prays the Court that:

1. The Action against him be dismissed;

2. Judgment be entered for Defendant Gottlieb;

3. Plaintiffs have and recover nothing from Defendant Gottlieb; and

4. Defendant Gottlieb have such other and further relief as the Court shall deem just and proper.

This the 8th day of March, 2010.

                    **POYNER & SPRUILL LLP**

                    By: /s/Eric P. Stevens
                          David W. Long,
                          North Carolina Bar #2779
                          Eric P. Stevens
                          North Carolina Bar # 17609
                          P.O. Box 1801
                          Raleigh, N.C. 27602-1801
                          Tel.  (919) 783-6400
                          Fax  (919) 783-1075
                          Email  dwlong@poyners.com
                          Email: estevens@poyners.com

                    *Attorneys for Defendant Mark Gottlieb*

CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *DEFENDANT MARK GOTTLIEB'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT*, with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| ROBERT M. CARY: | rcary@wc.com |
| JOEL MILLER CRAIG: | jcraig@kennoncraver.com |
| | rrogers@kennoncraver.com |
| | hsappenfield@kennoncraver.com |
| JAMES B. CRAVEN III | Jbc64@mindspring.com |
| CHARLES DAVANT, IV: | cdavant@wc.com |
| KEARNS DAVIS: | kdavis@brookspierce.com |
| | pmiller@brookspierce.com |
| | amccoin@brookspierce.com |
| PAUL R. DICKINSON, JR: | pauldickinson@lewis-roberts.com |
| RICHARD D. EMERY | remery@ecbalaw.com |
| REGINALD B. GILLESPIE, JR: | rgillespie@faison-gillespie.com |
| | mherrington@steptoe.com |
| | lquadrino@steptoe.com |
| | diane.taylor@faison-gillespie.com |
| | susan.veasey@faison-gillespie.com |
| | Kelly.Troy@durhamnc.gov |
| | Kimberly.Grantham@durhamnc.gov |
| | JPNolan@steptoe.com |
| | RWarin@steptoe.com |
| | Beverly.Thompson@durhamnc.gov |
| | mvatis@steptoe.com |
| PATRICIA P. KERNER: | tricia.kerner@troutmansanders.com |
| | melissa.bowling@troutmansanders.com |
| | tracy.bowling@troutmansanders.com |
| ROBERT JAMES KING, III: | rking@brookspierce.com |
| | mhardin@brookspierce.com |
| DAVID W. LONG | dwlong@poyners.com |
| | estevens@poyners.com |
| ILANN M. MAAZEL | imaazel@ecbalaw.com |
| CHRISTOPHER N. MANNING: | cmanning@wc.com |

| | |
|---|---|
| JAMES B. MAXWELL: | jmaxwell@mfbpa.com<br>lrosemond@mfbpa.com |
| JAMES AVERY ROBERTS, III: | jimroberts@lewis-roberts.com<br>debbiewhaley@lewis-roberts.com |
| DAVID S RUDOLF: | dsrudolf@rwf-law.com<br>chenry@rwf-law.com |
| NICHOLAS J. SANSERVINO: | nicholas.sanservino@ogletreedeakins.com<br>elena.diamond@odnss.com |
| HENRY W. SAPPENFIELD: | hsappenfield@kennoncraver.com<br>rrogers@kennoncraver.com |
| ROBERT A. SAR: | Robert.Sar@ogletreedeakins.com<br>Melanie.Mosier@ogletreedeakins.com |
| HANNAH GRAY STYRON: | hannah.styron@troutmansanders.com<br>nella.johnson@troutmansanders.com |
| BRENDAN V. SULLIVAN, JR: | bsullivan@wc.com |
| D. MARTIN WARF: | martin.warf@troutmansanders.com<br>nella.johnson@troutmansanders.com |
| LINWOOD WILSON: | LinwoodW@aol.com |

This the 8th day of March, 2010.

/s/ Eric P. Stevens
Eric P. Stevens

RALEIGH 621585v1