IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:07-CV-00739 |
| vs. ) | |
| ) | |
| THE CITY OF DURHAM, et al, ) | |
| ) | |

**DEFENDANT DAVID ADDISON'S
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
FED. R. CIV. P. 12(b)(6)**

Defendant David Addison ("Defendant") respectfully moves the Court, pursuant to FED. R. CIV. P. 12(b)(6), to dismiss Plaintiffs' Second Amended Complaint for failure to state a claim upon which relief can be granted. In support thereof, and pursuant to this Court's February 16, 2010 Order, (Docket # 115), Defendant incorporates the reasons set forth in his Brief in support of his original Motion to Dismiss, (Docket # 41), his Reply Brief in Support of his Motion to Dismiss, (Docket # 62), his Supplemental Brief in Support of their Motion to Dismiss, (Docket # 99), and his Memorandum of Subsequently Decided Authority, (Docket # 114).

Defendant notes that in their Second Amended Complaint Plaintiffs eliminated causes of action against Defendant in his official capacity where the City was named, as well as state law causes of action against Defendant, save for causes of action for malicious prosecution and intentional infliction of emotional

1

distress. Thus, it is not now necessary for the Court to consider pages 8-9 (regarding official capacity claims) or pages 21-23 (regarding Causes of Action 16 and 19) in Defendant's initial brief (Docket # 41).

Because of the complexity of the causes of action at issue in this case, Defendants request oral argument be scheduled on their Motion to Dismiss pursuant to Local Rule 7.3(c)(1).

WHEREFORE, Defendant Addison respectfully prays the Court that:

1. The Action against this Defendant be dismissed;

2. Judgment be entered for Defendant;

3. Plaintiffs have and recover nothing from Defendant; and

4. Defendant have such other and further relief as the Court shall deem just and proper.

Respectfully submitted, this the 10th day of March, 2010.

MAXWELL, FREEMAN & BOWMAN, P.A.

By: /s/ *James B. Maxwell*
James B. Maxwell
N.C. State Bar No. 2933
*Attorneys for Defendant Addison*
P.O. Box 52396
Durham, North Carolina 27717
Telephone: (919) 493-6464
jmaxwell@mfbpa.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Charles Davant IV
WILLIAMS &CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, DC 20005
*Attorneys for Plaintiffs Evans and Finnerty*

David S. Rudoph
RUDOLPH, WIDENHOUSE & FIALKO
312 W. Franklin Street
Chapel Hill, NC 27516
*Attorneys for Plaintiff Seligmann*

Robert J. King, III
Kearns Davis
BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP
Post Office Box 26000
Greensboro, NC 27420
*Attorneys for Defendants DNA Security, Inc. and Richard Clark*

Robert A. Saar
Nicholas J. Sanservino, Jr.
OGLETREE DEAKINS NASH SMOAK
& STEWART, PC
2301 Sugar Bush Rd., Suite 600
Raleigh, NC 27612
*Attorneys for DNA Security*

James A. Roberts, III
LEWIS & ROBERTS, PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC 27605
*Attorneys for Brian Meehan*

Paul R. Dickinson, Jr.
LEWIS & ROBERTS, PLLC
590 Fairview Rd., Suite 102
Charlotte, NC 28210
*Attorneys for Brian Meehan*

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
Post Office Box 51729
Durham, NC 27717
*Attorneys for Defendant City of Durham*

Joel M. Craig
Henry W. Sappenfield
KENNON, CRAVER, BELO, CRAIG &
MCKEE, PLLC
Post Office Box 51579
*Attorneys for Defendant Himan*

| | |
|---|---|
| David W. Long<br>Eric P. Stevens<br>POYNER & SPRUILL, LLP<br>Post Office Box 1801<br>Raleigh, NC 27602-1801<br>*Attorneys for Defendant Gottlieb* | Patricia P. Kerner<br>Hannah G. Styron<br>D. Martin Warf<br>TROUTMAN SANDERS LLP<br>434 Fayetteville Street, Suite 1900<br>Raleigh, North Carolina 27601<br>*Attorneys for Defendants Baker, Chalmers, Council, Hodge, Lamb, Ripberger, and Russ* |
| Linwood Wilson<br>6910 Innesbrook Way<br>Bahama, NC 27503<br>*Pro Se* | Richard D. Emery<br>Ilann M. Maazel<br>EMERY, CELLI, BRINKERHOFF & ABADY, LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, NY 10019<br>*Attorneys for Plaintiff Seligmann* |
| James B. Craven, III<br>P.O. Box 1366<br>Durham, North Carolina 27702<br>*Attorneys for Michael Nifong* | Roger Warrin<br>Michael Vatis<br>John P. Nolan<br>Leah M. Quadrino<br>STEPTOE & JOHNSON, LLP<br>Washington, DC 20036 |

This the 10th day of March, 2010.

Respectfully submitted,

By: /s/ *James B. Maxwell*
    James B. Maxwell
N.C. State Bar No. 2933
*Attorneys for Defendant Addison*
P.O. Box 52396
Durham, North Carolina 27717
Telephone: (919) 493-6464
jmaxwell@mfbpa.com