IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:07-CV-739

| | |
|---|---|
| DAVID F. EVANS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **MOTION BY DNA SECURITY, INC.** |
| ) | **AND RICHARD CLARK TO** |
| THE CITY OF DURHAM, NORTH ) | **DISMISS SECOND AMENDED** |
| CAROLINA, *et al.*, ) | **COMPLAINT** |
| ) | |
| Defendants. ) | |

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), Defendants DNA Security, Inc. and Richard Clark ("Defendants") respectfully move the Court to dismiss the Second Amended Complaint against these Defendants for lack of standing and for failure to state a claim upon which relief can be granted.

In support thereof, and pursuant to this Court's February 16, 2010 Order [Docket No. 115], Defendants incorporate by reference their previously-filed Brief in Support of Motion to Dismiss [Docket No. 33], Reply Brief in Support of Motion to Dismiss [Docket No. 63], and Supplemental Brief in Support of Motion to Dismiss [Docket No. 98]. For those reasons, Defendants respectfully request that the claims against them be dismissed.

Respectfully submitted, this the 10th day of March, 2010.

/s/ Robert J. King III
Robert J. King III
    N.C. State Bar No. 15946
    rking@brookspierce.com
Kearns Davis
    N.C. State Bar No. 22014
    kdavis@brookspierce.com
Clinton R. Pinyan
    N.C. State Bar No. 22260
    cpinyan@brookspierce.com
Brooks, Pierce, McLendon, Humphrey and
  Leonard, L.L.P.
Post Office Box 26000
Greensboro, North Carolina 27420
Telephone: 336-373-8850
Facsimile: 336-378-1001

*Counsel for Defendants DNA Security, Inc. and Richard Clark*

Robert A. Sar
    N.C. State Bar No. 22306
    robert.sar@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak &
  Stewart, P.C.
2301 Sugar Bush Road, Suite 600
Raleigh, North Carolina 27612
Telephone: (919) 787-9700
Facsimile: (919) 783-9412

*Counsel for Defendant DNA Security, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2010, I electronically filed the foregoing **MOTION BY DNA SECURITY, INC. AND RICHARD CLARK TO DISMISS SECOND AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Charles Davant IV
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005

*Counsel for Plaintiffs David F. Evans and Collin Finnerty*

David S. Rudolf
RUDOLF WIDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC  27516

*Counsel for Plaintiff Reade Seligmann*

Richard D. Emery
Ilann M. Maazel
EMERY CELLI BRICKERHOFF
& ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY  10019

*Counsel for Plaintiff Reade Seligmann*

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, NC  27717-1729

*Counsel for Defendant City of Durham, NC*

James B. Maxwell
MAXWELL FREEMAN &
BOWMAN, P.A.
P.O. Box 52396
Durham, NC  27717-2396

*Counsel for Defendant David Addison*

Patricia P. Kerner
D. Martin Warf
Hannah Gray Styron
TROUTMAN SANDERS, LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC  27601

*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Patrick Baker, Michael Ripberger and Lee Russ*

Paul R. Dickinson, Jr.
LEWIS & ROBERTS PLLC
5960 Fairview Road,  Ste. 102
Charlotte, NC  28210-3103

James A. Roberts, III
LEWIS & ROBERTS PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC  27609-7482

*Counsel for Defendant Brian Meehan*

Joel M. Craig
Henry W. Sappenfield
KENNON CRAVER BELO CRAIG
& McKEE, PLLC
4011 University Drive, Suite 300
P.O Box 51579
Durham, NC 27717-1579

*Counsel for Defendant Benjamin Himan*

James B. Craven, III
340 West Main Street
P.O. Box 1366
Durham, NC 27702

*Counsel for Michael B. Nifong*

David W. Long
Edwin M. Speas, Jr.
Eric P. Stevens
POYNER SPRUILL, LLP
P.O. Box 1801
Raleigh, NC 27602-1801

*Counsel for Defendant Mark Gottlieb*

Linwood Wilson
*Address redacted pursuant to Local Rule

*Pro se*

 

Respectfully Submitted,


/s/ Robert J. King III