IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

| | | |
|---|---|---|
| DAVID F. EVANS, *et al,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-00739 |
| | ) | |
| THE CITY OF DURHAM, *et al,* | ) | |
| | ) | |
| Defendants. | ) | |

_____

**DEFENDANTS
BAKER, CHALMERS, COUNCIL, HODGE, LAMB, RIPBERGER, and RUSS
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
FED. R. CIV. P. 12(b)(6)**
_____

Defendants Patrick Baker, Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Michael Ripberger, and Lee Russ ("Defendants") respectfully move the Court, pursuant to FED. R. CIV. P. 12(b)(6), to dismiss Plaintiffs' Second Amended Complaint, (Docket # 116), for failure to state a claim upon which relief can be granted.  In support thereof, and pursuant to this Court's February 16, 2010 Order, (Docket # 115), Defendants incorporate the reasons set forth in their Brief in Support of their original Motion to Dismiss, (Docket # 35), their Reply Brief in Support of their Motion to Dismiss, (Docket # 60), their Supplemental Brief in Support of their Motion to Dismiss, (Docket # 99), and their Suggestion of Subsequently Decided Authority, (Docket # 114).

Defendants note that in Plaintiffs' Second Amended Complaint, Plaintiffs eliminated causes of action against Defendants in their official capacity where the City

was named, as well as state law causes of action against Defendants, save for an intentional infliction of emotional distress cause of action against Defendant Hodge. Thus, it is not now necessary for the Court to consider sections II (Official Capacity Claims Are Redundant), VII. A. (State Law Claims: Negligence Claims Against Defendants) and VII. B. 3. (State Law Claims: Claims Against Defendant Hodge: Negligence)[1] in Defendants' Initial Brief, (Docket # 35).

Because of the complexity of the causes of action at issue in this case, Defendants request oral argument be scheduled on their Motion to Dismiss pursuant to Local Rule 7.3(c)(1).

WHEREFORE, Defendants Baker, Chalmers, Council, Hodge, Lamb, Ripberger, and Russ respectfully pray the Court that:

    1.    The Action against these Defendants be dismissed;

    2.    Judgment be entered for Defendants;

    3.    Plaintiffs have and recover nothing from Defendants; and

---

[1] Because Plaintiffs have retained their 15th Cause of Action for Intentional Infliction of Emotional Distress against Defendant Hodge, Section VII. B. 1 & 2 (State Law Claims: Claims Against Defendant Hodge: The Statute of Limitations; Intentional Infliction of Emotional Distress) at pages 40-44, remain relevant, and Defendants incorporate those sections as grounds for this Motion.

4. Defendants have such other and further relief as the Court shall deem just and proper.

Respectfully submitted, this the 10th day of March, 2010.

TROUTMAN SANDERS LLP

By: /s/ Patricia P. Kerner
    Patricia P. Kerner
N.C. State Bar No. 13005
    Hannah G. Styron
N.C. State Bar No. 28824
    D. Martin Warf
N.C. State Bar No. 32982
*Attorneys for Defendants Baker, Chalmers, Council, Hodge, Lamb, Ripberger, and Russ*
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Telephone: (919) 835-4117
Facsimile: (919) 829-8714
tricia.kerner@troutmansanders.com
hannah.styron@troutmansanders.com
martin.warf@troutmansanders.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, *et al*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:07-CV-00739 |
| THE CITY OF DURHAM, *et al*, | ) |
| Defendants. | ) |

_____

**CERTIFICATE OF SERVICE**
_____

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Charles Davant IV
WILLIAMS &CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, DC 20005
bsullivan@wc.com
rcary@wc.com
cmanning@wc.com
cdavant@wc.com
*Attorneys for Plaintiffs David Evans and Collin Finnerty*

David S. Rudolf
RUDOLF, WIDENHOUSE & FIALKO
312 W. Franklin Street
Chapel Hill, NC 27516
dsrudolf@rwf-law.com
*Attorneys for Plaintiff Reade Seligmann*

| | |
|---|---|
| Robert J. King, III<br>Kearns Davis<br>Clinton R. Pinyan<br>BROOKS, PIERCE, McLENDON,<br>HUMPHREY & LEONARD, LLP<br>Post Office Box 26000<br>Greensboro, NC 27420<br>rking@brookspierce.com<br>kdavis@brookspierce.com<br>cpinyan@brookspierce.com<br>*Attorneys for Defendants DNA Security, Inc. and Richard Clark* | Robert A. Sar<br>Nicholas J. Sanservino, Jr.<br>OGLETREE DEAKINS NASH SMOAK<br>& STEWART, PC<br>2301 Sugar Bush Rd., Suite 600<br>Raleigh, NC 27612<br>Robert.Sar@ogletreedeakins.com<br>nicolas.sanservino@olgletreedeakins.com<br>*Attorneys for DNA Security* |
| James A. Roberts, III<br>LEWIS & ROBERTS, PLLC<br>1305 Navaho Drive, Suite 400<br>Raleigh, NC 27605<br>jimroberts@lewis-roberts.com<br>*Attorneys for Brian Meehan* | Paul R. Dickinson, Jr.<br>LEWIS & ROBERTS, PLLC<br>590 Fairview Rd., Suite 102<br>Charlotte, NC 28210<br>pauldickinson@lewis-roberts.com<br>*Attorneys for Brian Meehan* |
| Reginald B. Gillespie, Jr.<br>FAISON & GILLESPIE<br>Post Office Box 51729<br>Durham, NC 27717<br>rgillespie@faison-gillespie.com<br>*Attorneys for Defendant City of Durham* | Joel M. Craig<br>Henry W. Sappenfield<br>KENNON, CRAVER, BELO, CRAIG &<br>MCKEE, PLLC<br>Post Office Box 51579<br>jcraig@kennoncraver.com<br>hsappenfield@kennoncraver.com<br>*Attorneys for Defendant Benjamin Himan* |
| David W. Long<br>Eric P. Stevens<br>POYNER & SPRUILL, LLP<br>Post Office Box 1801<br>Raleigh, NC 27602-1801<br>dwlong@poynerspruill.com<br>estevens@poynerspruill.com<br>*Attorneys for Defendant Mark Gottlieb* | James B. Maxwell<br>MAXWELL, FREEMAN & BOWMAN, P.A.<br>Post Office Box 52396<br>Durham, NC 27717<br>jmaxwell@mfbpa.com<br>*Attorneys for Defendant David Addison* |

| | |
|---|---|
| Linwood Wilson<br>6910 Innesbrook Way<br>Bahama, NC 27503<br>LinwoodW@aol.com<br>*Pro Se* | Richard D. Emery<br>Ilann M. Maazel<br>EMERY, CELLI, BRINKERHOFF &<br>ABADY, LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, NY 10019<br>imaazel@ecbalaw.com<br>remery@ecbalaw.com<br>*Attorneys for Plaintiff Reade Seligmann* |
| James B. Craven, III<br>P.O. Box 1366<br>Durham, North Carolina 27702<br>Jbc64@mindspring.com<br>*Attorneys for Defendant Michael Nifong* | |

I further certify that a copy of the foregoing was served today upon each of the following non CM/ECF participants by United States mail, postage prepaid, addressed as follows:

> Roger E. Warrin
> Michael A. Vatis
> John P. Nolan
> Leah M. Quadrino
> STEPTOE & JOHNSON, LLP
> 1330 Connecticut Ave. N.W.
> Washington, DC 20036
> RWarin@steptoe.com
> mvatis@steptoe.com
> JPNolan@steptoe.com
> lquadrino@steptoe.com
> *Attorneys for Defendant City of Durham*

This the  10th  day of March, 2010.

          Respectfully submitted,

          By: /s/ Patricia P. Kerner
             Patricia P. Kerner
             N.C. State Bar No. 13005

*Attorneys for Defendants Baker, Chalmers, Council, Hodge, Lamb, Ripberger, and Russ*
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Telephone: (919) 835-4117
Facsimile: (919) 829-8714
tricia.kerner@troutmansanders.com