UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:07-CV-739-JAB-WWD

| | | |
|---|---|---|
| DAVID F. EVANS, COLLIN FINNERTY, and READE SELIGMANN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **DEFENDANT BENJAMIN HIMAN'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| THE CITY OF DURHAM, NORTH CAROLINA, MICHAEL B. NIFONG, MARK GOTTLIEB, BENJAMIN HIMAN, DAVID ADDISON, LINWOOD WILSON, PATRICK BAKER, STEVEN CHALMERS, BEVERLY COUNCIL, RONALD HODGE, JEFF LAMB, MICHAEL RIPBERGER, LEE RUSS, DNA SECURITY, INC., RICHARD CLARK, and BRIAN MEEHAN, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

Defendant Benjamin Himan ("Investigator Himan"), through his undersigned attorneys, moves pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing this action in its entirety as to this Defendant upon the grounds that the Second Amended Complaint fails to state a claim upon which relief may be granted and, in the alternative, that all claims asserted against Investigator Himan are barred by the doctrines of qualified and public officer immunity.

In support of this motion, and pursuant to this Court's February 16, 2010 Order, document #115, Investigator Himan hereby incorporates by reference the following previous arguments and authorities in this case:

Defendant Benjamin Himan's Motion to Dismiss, filed January 15, 2008, document #36;

Defendant Benjamin Himan's Brief in Support of Motion to Dismiss, filed January 15, 2008, document #37;

Defendants Mark Gottlieb and Benjamin Himan's Joint Reply Memorandum in Support of Motion to Dismiss, document #61;

Defendants Mark Gottlieb, Benjamin Himan and the City of Durham's Supplemental Brief in Support of Motions to Dismiss, document #100; and

Suggestion of Subsequently Decided Authority, document #114.

WHEREFORE, Defendant Benjamin Himan respectfully prays the Court that:

1. The Action against him be dismissed;

2. Judgment be entered for Defendant Benjamin Himan on all claims against him;

3. Plaintiffs have and recover nothing from Defendant Benjamin Himan; and

4. Defendant Benjamin Himan have such other and further relief as the Court shall deem just and proper.

This the 10th day of March, 2010.

                        KENNON, CRAVER, BELO,
                         CRAIG & MCKEE, PLLC

By:  */s/ Joel M. Craig*
      North Carolina State Bar No. 9179

By:  */s/ Henry W. Sappenfield*
      North Carolina State Bar No. 37419

      Attorneys for Defendant Benjamin
        Himan
      4011 University Drive, Suite 300
      P.O. Box 51579
      Durham, NC 27717-1579
      (919) 490-0500
      jcraig@kennoncraver.com
      hsappenfield@kennoncraver.com

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing Defendant Benjamin Himan's Motion to Dismiss Plaintiff's Second Amended Complaint was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher N. Manning
Robert M. Cary
Charles Davant, IV
Brendan V. Sullivan, Jr.
Williams & Connolly LLP
725 12th St. N.W.
Washington, DC 20005
*Attorneys for Plaintiffs Collin Finnerty and David F. Evans*

David S. Rudolf
Rudolf, Widenhouse & Fialko
312 W. Franklin St.
Chapel Hill, NC 27516

Richard D. Emery
Ilann M. Maazel
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
*Attorneys for Plaintiff Reade Seligmann*

James B. Craven, III
P.O. Box 1366
Durham, NC 27702
*Attorney for Defendant Michael B. Nifong*

Robert James King, III
Kearns Davis
Brooks, Pierece, McClendon, Humphrey & Leonard, LLP
P.O. Box 26000
Greensboro, NC 27420-6000
*Attorneys for Defendants DNA Security, Inc. and Richard Clark*

Nicholas J. Sanservino
Robert A. Sar
Ogletree Deakins Nash Smoak & Stewart, P.C.
P.O. Box 31608
Raleigh, NC 27622
*Attorneys for DNA Security, Inc.*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P. O. Box 51729
Durham, NC 27717-1729
*Attorneys for Defendant City of Durham, North Carolina*

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
Troutman Sanders, LLP
P.O. Box 1389
Raleigh, NC 27602-1389
*Attorneys for Defendants Beverly Council, Jeff Lamb, Michael Ripberger, Ronald Hodge, Steven W. Chalmers, Lee Russ and Patrick Baker*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717-2396
*Attorneys for Defendant David Addison*

Edwin M. Speas, Jr.
Eric P. Stevens
Poyner & Spruill LLP
P.O. Box 1801
Raleigh, NC 27602-1801
*Attorneys for Defendant Mark Gottlieb*

James Avery Roberts, III
Lewis & Roberts, PLLC
P.O. Box 17529
Raleigh, NC 27619
Paul R. Dickinson, Jr.
Lewis & Roberts, PLLC
5960 Fairview Road, suite 102
Charlotte, NC 28210
*Attorneys for Defendant Brian Meehan*

Linwood Wilson
Bahama, NC
*Pro Se*

This the 10th day of March, 2010.

        KENNON, CRAVER, BELO,
        CRAIG & MCKEE, PLLC

By:   */s/Henry W. Sappenfield*
      North Carolina State Bar No. 37419
      Attorneys for Defendant Benjamin
       Himan
      4011 University Drive, Suite 300
      P.O. Box 51579
      Durham, NC 27717-1579
      (919) 490-0500
      jcraig@kennoncraver.com

-6-

Case 1:07-cv-00739-JAB-JEP   Document 125   Filed 03/10/10   Page 6 of 6