IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07-CV-00739

| | |
|---|---|
| DAVID F. EVANS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) MOTION BY BRIAN MEEHAN |
| | ) TO DISMISS SECOND AMENDED |
| THE CITY OF DURHAM, | ) COMPLAINT |
| NORTH CAROLINA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Brian Meehan ("Meehan") respectfully moves the Court to dismiss plaintiffs' Second Amended Complaint against said defendant for lack of standing and for failure to state a claim upon which relief can be granted.

In support of his Motion, and pursuant to the Court's February 16, 2010 Order **(D.E. 115)**, Meehan incorporates herein by reference his previously filed briefing papers as described below:

- **(D.E. 31)** Joinder in Brief in Support of Motion to Dismiss of Defendants DNA Security, Inc. ("DSI") and Richard Clark ("Clark"), which joins in and adopts by reference the Brief in Support of Motion to Dismiss of Defendants DSI and Clark **(D.E. 33)**;

- **(D.E. 64)** Joinder in Reply in Support of Motion to Dismiss of Defendants DSI and Clark, which joins in and adopts by reference the Reply Brief in Support of Motion to Dismiss by DSI and Clark **(D.E. 63)**; and

00370232.WPD

- **(D.E. 102)** Joinder in Defendants DSI and Clark's Supplemental Brief in Support of Motion to Dismiss, which joins in and adopts by reference the Supplemental Brief in Support of Motion to Dismiss by Defendants DSI and Clark **(D.E. 98)**.

For the reasons set forth therein, Meehan respectfully requests that the claims against him be dismissed.

Respectfully submitted, this the 10th day of March, 2010.

                LEWIS & ROBERTS, PLLC

                s/James A. Roberts, III
                James A. Roberts, III
                N.C. State Bar No. 10495
                E-mail: jimroberts@lewis-roberts.com
                3700 Glenwood Avenue, Suite 410
                Raleigh, NC 27612
                Telephone: 919-981-0191
                Facsimile: 919-981-0199

                s/Paul R. Dickinson, Jr.
                Paul R. Dickinson, Jr.
                N.C. State Bar No. 20510
                E-mail: pauldickinson@lewis-roberts.com
                5960 Fairview Road, Suite 102
                Charlotte, NC 28210
                Telephone: 704-347-8990
                Facsimile: 704-347-8929
                *Attorneys for Defendant Brian Meehan*

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2010, I electronically filed the foregoing **MOTION BY BRIAN MEEHAN TO DISMISS SECOND AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Brendan V. Sullivan, Jr.
Robert M. Cary
Christopher N. Manning
Charles Davant IV
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005

*Counsel for Plaintiffs David F. Evans and Collin Finnerty*

David S. Rudolf
RUDOLF WIDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC  27516

*Counsel for Plaintiff Reade Seligmann*

Richard D. Emery
Ilann M. Maazel
EMERY CELLI BRICKERHOFF
& ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY  10019

*Counsel for Plaintiff Reade Seligmann*

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, NC  27717-1729

*Counsel for Defendant City of Durham, NC*

James B. Maxwell
MAXWELL FREEMAN &
BOWMAN, P.A.
P.O. Box 52396
Durham, NC  27717-2396

*Counsel for Defendant David Addison*

Patricia P. Kerner
D. Martin Warf
Hannah Gray Styron
TROUTMAN SANDERS, LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC  27601

*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Patrick Baker, Michael Ripberger and Lee Russ*

Paul R. Dickinson, Jr.
LEWIS & ROBERTS PLLC
5960 Fairview Road, Ste. 102
Charlotte, NC  28210-3103

James A. Roberts, III
LEWIS & ROBERTS PLLC
1305 Navaho Drive, Suite 400
Raleigh, NC  27609-7482

*Counsel for Defendant Brian Meehan*

Joel M. Craig
Henry W. Sappenfield
KENNON CRAVER BELO CRAIG
& McKEE, PLLC
4011 University Drive, Suite 300
P.O Box 51579
Durham, NC 27717-1579

*Counsel for Defendant Benjamin Himan*

James B. Craven, III
340 West Main Street
P.O. Box 1366
Durham, NC 27702

*Counsel for Michael B. Nifong*

David W. Long
Edwin M. Speas, Jr.
Eric P. Stevens
POYNER SPRUILL, LLP
P.O. Box 1801
Raleigh, NC 27602-1801

*Counsel for Defendant Mark Gottlieb*

Linwood Wilson
*Address redacted pursuant to Local Rule

*Pro se*

Respectfully Submitted,
s/James A. Roberts, III