IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, et al.,

    Plaintiffs,

    v.

CITY OF DURHAM, N.C., et al.,

    Defendants.

Civil Action No. 1:07-CV-739

**PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS'
MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT**

Plaintiffs respond as follows in opposition to Defendants' Motions To Dismiss the Second Amended Complaint and supporting briefs (Docket Nos. 117-121 & 123-128):

1. Pursuant to the Court's Order dated February 16, 2010 (Docket No. 115), Plaintiffs hereby incorporate by reference the following filings, and the points and authorities set forth therein, in opposition to the Motions To Dismiss:

- Plaintiffs' Consolidated Opposition to Defendants' Motions To Dismiss the First Amended Complaint (Docket No. 51);
- Plaintiffs' Brief Opposing the City of Durham's Motion for Partial Summary Judgment (Docket No. 83);
- Plaintiffs' Memorandum of Law in Opposition to Defendant Michael B. Nifong's Motion To Dismiss (Docket No. 92);
- Plaintiffs' Supplemental Brief Opposing Motions To Dismiss (Docket No. 107), which addresses *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009);
- Plaintiffs' Motion for Leave To File Second Amended Complaint, and Reply Brief in support of that motion (Docket Nos. 109 & 111); and
- Plaintiffs' Notice Concerning Dismissal of Pending United States Supreme Court Case (Docket No. 113), which addresses the dismissal after settlement of *Pottawattomie County, Iowa v. McGhee*, No. 08-1065.

2. As provided in the Court's Order of February 16, 2010 (*see* Docket No. 115, at 3), Plaintiffs will respond separately to the City of Durham's supplemental brief dated March 11, 2010 (Docket No. 128), and also incorporate this forthcoming response by reference in opposition to the Motions To Dismiss.

Dated: March 15, 2010

Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By:    /s/ Christopher N. Manning
By:    /s/ Charles Davant IV
Brendan V. Sullivan, Jr. (*pro hac vice*)
Robert M. Cary (*pro hac vice*)
Christopher N. Manning (*pro hac vice*)
Charles Davant IV (N.C. Bar #28489)
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000
E-mail: cdavant@wc.com

*Attorneys for Plaintiffs David F. Evans and Collin Finnerty*

-and-

**RUDOLF WIDENHOUSE & FIALKO**

By:    /s/ David S. Rudolf
David S. Rudolf (N.C. Bar #8587)
225 East Worthington Avenue
Suite 200
Charlotte, NC 28203
Tel.: (704) 333-9945
E-mail: dsrudolf@rwf-law.com

2

**BARRY C. SCHECK, ESQ.**

Barry C. Scheck*
Attn: Elizabeth Vaca
100 Fifth Avenue
New York, NY  10011
Tel.:	(212) 364-5390
E-mail:	bcsinnocence@aol.com

(* motion for special appearance
  to be filed)

**EMERY CELLI BRINCKERHOFF &
  ABADY LLP**

Richard D. Emery (*pro hac vice*)
Ilann M. Maazel (*pro hac vice*)
75 Rockefeller Plaza, 20th Floor
New York, NY  10019
Tel.:	(212) 763-5000
Fax.:	(212) 763-5001
E-mail:	remery@ecbalaw.com

*Attorneys for Plaintiff Reade Seligmann*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DURHAM, N.C., et al.,<br><br>Defendants. | Case No. 1:07CV739 |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2010, the foregoing **PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Reginald B. Gillespie, Jr.
*Counsel for Defendant City of Durham*

Joel M. Craig
Henry W. Sappenfield
*Counsel for Defendant Benjamin Himan*

James B. Maxwell,
*Counsel for Defendant David Addison*

Edwin M. Speas
Eric P. Stevens
*Counsel for Defendant Mark Gottlieb*

1

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Patrick Baker, Michael Ripberger, and Lee Russ*

Robert A. Sar
Nicholas J. Sanservino, Jr.
*Counsel for Defendant DNA Security*

Robert J. King III
Kearns Davis
Clinton R. Pinyan
*Counsel for Defendant DNA Security, Inc. & Richard Clark*

Paul R. Dickinson, Jr.
James A. Roberts, III
*Counsel for Defendant Brian Meehan*

Linwood Wilson
*Pro se*

James B. Craven III
*Counsel for Michael B. Nifong*

        Respectfully submitted,

        /s/ Charles Davant IV
        Charles Davant IV (N.C. Bar No. 28489)
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, DC  20005
        Tel.:      (202) 434-5000
        Email:    cdavant@wc.com

        *Attorney for Plaintiffs David F. Evans and Collin Finnerty*