IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:07-CV-00739

| | |
|---|---|
| DAVID F. EVANS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE CITY OF DURHAM, | ) |
| NORTH CAROLINA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DEFENDANT BRIAN MEEHAN'S JOINDER IN REPLY IN SUPPORT OF MOTION BY DEFENDANTS DNA SECURITY, INC. AND RICHARD CLARK TO DISMISS REMAINING CLAIMS

COMES NOW Defendant Brian Meehan ("Meehan") and hereby joins in and adopts by reference the Reply in Support of Motion by Defendants DNA Security, Inc. and Richard Clark to Dismiss Remaining Claims ("DSI Defendants' Reply") (D.E. 201). At the time of the events alleged in the Complaint, Meehan was the Laboratory Director for Defendant DNA Security, Inc., the DNA testing laboratory retained by the State of North Carolina. Accordingly, the legal arguments set forth in the DSI Defendants' Reply, apply with equal force to Meehan.

After having read and considered each legal argument presented in the DSI Defendants' Reply and in order to avoid burdening the Court with repetitious and duplicative legal memoranda, Meehan adopts by reference the DSI Defendants' Reply

pursuant to Rule 10 (c), Fed. R. Civ. P. *See also*, 5A C. Wright & A. Miller, *Federal Practice & Procedure* 1326 (3d ed.2007). For the reasons set forth therein, Meehan respectfully requests that the claims against him be dismissed.

Respectfully submitted, this the 11th day of April, 2013.

/s/Paul R. Dickinson, Jr.
Paul R. Dickinson, Jr.
N.C. State Bar No. 20510
LEWIS & ROBERTS, PLLC
6060 Piedmont Row Drive South, Suite 140
Charlotte, NC 28287
Telephone: 704-347-8990
Facsimile: 704-347-8929
E-mail: pauldickinson@lewis-roberts.com

/s/James A. Roberts, III
James A. Roberts, III
N.C. State Bar No. 10495
LEWIS & ROBERTS, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: 919-981-0191
Facsimile: 919-981-0199
E-mail: jimroberts@lewis-roberts.com

*Attorneys for Defendant Brian Meehan*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on April 11, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record and to Mr. Linwood Wilson, who is also registered to use the CM/ECF system.

Respectfully submitted,

/s/Paul R. Dickinson, Jr.
Paul R. Dickinson, Jr.
N.C. State Bar No. 20510
LEWIS & ROBERTS, PLLC
6060 Piedmont Row Drive South, Suite 140
Charlotte, NC 28287
Telephone: 704-347-8990
Facsimile: 704-347-8929
E-mail: pauldickinson@lewis-roberts.com

*Attorneys for Defendant Brian Meehan*