# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS; COLLIN FINNERTY; and READE SELIGMANN,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF DURHAM, NORTH CAROLINA; MICHAEL B. NIFONG; MARK GOTTLIEB; BENJAMIN HIMAN; DAVID ADDISON; LINWOOD WILSON; STEVEN CHALMERS; BEVERLY COUNCIL; RONALD HODGE; JEFF LAMB; STEPHEN MIHAICH; MICHAEL RIPBERGER; LEE RUSS; DNA SECURITY, INC.; RICHARD CLARK; and BRIAN MEEHAN,<br><br>Defendants. | Case No. 1:07CV739<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS DNA SECURITY, INC., RICHARD CLARK AND BRIAN MEEHAN** |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. Pro., the Plaintiffs and Defendants DNA Security, Inc., Richard Clark, and Brian Meehan hereby stipulate to the dismissal with prejudice of all claims made by Plaintiffs in this action against Defendants DNA Security, Inc., Richard Clark, and Brian Meehan.

This the 23d day of September, 2013.

1

Respectfully submitted,

___/s/ Charles Davant IV_____
Robert M. Cary (*pro hac vice*)
Christopher N. Manning (*pro hac vice*)
Charles Davant IV (N.C. Bar #28489)
cdavant@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000
*Counsel for Plaintiffs David F. Evans and
 Collin Finnerty*

___/s/ David S. Rudolf_____
David S. Rudolf (N.C. Bar #8587)
dsrudolf@rwf-law.com
RUDOLF WIDENHOUSE & FIALKO
225 East Worthington Avenue
Suite 200
Charlotte, NC 28203
(704) 333-9945
*Counsel for Plaintiff Reade Seligmann*

___/s/ Robert J. King III_____
Robert J. King III (N.C. Bar #15946)
rking@brookspierce.com
BROOKS PIERCE McLENDON
  HUMPHREY & LEONARD, PLLC
PO Box 26000
Greensboro, NC 27420
(336) 373-8850
*Counsel for Defendants DNA Security, Inc. and
Richard Clark*

___/s/ James A. Roberts, III_____
James A. Roberts, III (N.C. Bar #10495)
JimRoberts@lewis-roberts.com
LEWIS & ROBERTS, PLLC
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
(919) 981-0191
*Counsel for Defendant Brian Meehan*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID F. EVANS, et al.,

    Plaintiffs,

    v.

CITY OF DURHAM, N.C., et al.,

    Defendants.

Case No. 1:07CV739

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2013, the foregoing Stipulation of Dismissal with Prejudice of Claims Against Defendants DNA Security, Inc., Richard Clark and Brian Meehan was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Reginald B. Gillespie, Jr.
*Counsel for Defendant City of Durham*

Joel M. Craig
Henry W. Sappenfield
*Counsel for Defendant Benjamin Himan*

James B. Maxwell,
*Counsel for Defendant David Addison*

Edwin M. Speas
Eric P. Stevens
*Counsel for Defendant Mark Gottlieb*

3

Case 1:07-cv-00739-JAB-JEP   Document 204   Filed 09/23/13   Page 3 of 4

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Patrick Baker, Michael Ripberger, and Lee Russ*

Robert A. Sar
Nicholas J. Sanservino, Jr.
*Counsel for Defendant DSI Security*

Robert J. King III
Kearns Davis
Clinton R. Pinyan
*Counsel for Defendant DSI Security, Inc. & Richard Clark*

Paul R. Dickinson, Jr.
James A. Roberts, III
*Counsel for Defendant Brian Meehan*

Linwood Wilson
*Pro se*

James B. Craven III
*Counsel for Michael B. Nifong*


                            Respectfully submitted,

                            /s/ Charles Davant IV
                            Charles Davant IV (N.C. Bar No. 28489)
                            WILLIAMS & CONNOLLY LLP
                            725 Twelfth Street, NW
                            Washington, DC  20005
                            Tel.:          (202) 434-5000
                            E-mail:     cdavant@wc.com

                            *Counsel for Plaintiffs David F. Evans and*
                              *Collin Finnerty*