# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF DURHAM, NORTH CAROLINA, et al., <br><br> Defendants. | Case No. 1:07CV739 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT MICHAEL B. NIFONG** |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. Pro., the Plaintiffs and Defendant Michael B. Nifong hereby stipulate to the dismissal with prejudice of all claims made by Plaintiffs in this action against Nifong, with each party to bear his or its costs, including but not limited to, attorneys' fees and litigation expenses of every nature and description. Under no circumstances shall this stipulation be interpreted to waive, preclude or otherwise limit the Plaintiffs' right to seek the full amount of their costs, expenses and attorneys' fees from other remaining defendants in this action.

May 15, 2014

1

Respectfully submitted,

    /s/ Charles Davant IV
Robert M. Cary (*pro hac vice*)
Christopher N. Manning (*pro hac vice*)
Charles Davant IV (N.C. Bar #28489)
cdavant@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000
*Counsel for Plaintiffs David F. Evans and*
  *Collin Finnerty*

    /s/ David S. Rudolf
David S. Rudolf (N.C. Bar #8587)
dsrudolf@rwf-law.com
RUDOLF WIDENHOUSE & FIALKO
225 East Worthington Avenue
Suite 200
Charlotte, NC 28203
(704) 333-9945
*Counsel for Plaintiff Reade Seligmann*


    /s/ James B. Craven III
James B. Craven III
P.O. Box 1366
Durham, NC 27702
*Counsel for Defendant Michael B. Nifong*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>CITY OF DURHAM, N.C., et al.,<br><br>    Defendants. | Case No. 1:07CV739 |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2014, the foregoing Stipulation of Dismissal with Prejudice of Claims Against Defendant Michael B. Nifong was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties required to be served.

    Respectfully submitted,

    /s/ Charles Davant IV
    Charles Davant IV (N.C. Bar No. 28489)
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, NW
    Washington, DC  20005
    Tel.:        (202) 434-5000
    E-mail:    cdavant@wc.com

    *Counsel for Plaintiffs David F. Evans and*
      *Collin Finnerty*

3

6325665-1