# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF DURHAM, NORTH CAROLINA, et al., <br><br> Defendants. | Case No. 1:07CV739 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT LINWOOD WILSON** |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. Pro., the Plaintiffs and Defendant Linwood Wilson hereby stipulate to the dismissal with prejudice of all claims made by Plaintiffs in this action against Wilson, with each party to bear his or its costs, including but not limited to, attorneys' fees and litigation expenses of every nature and description.

This the 16th day of May, 2014.

Respectfully submitted,

/s/ Charles Davant IV
Robert M. Cary (*pro hac vice*)
Christopher N. Manning (*pro hac vice*)
Charles Davant IV (N.C. Bar #28489)
cdavant@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000
*Counsel for Plaintiffs David F. Evans and
 Collin Finnerty*

1

    /s/ David S. Rudolf
David S. Rudolf (N.C. Bar #8587)
dsrudolf@rwf-law.com
RUDOLF WIDENHOUSE & FIALKO
225 East Worthington Avenue
Suite 200
Charlotte, NC 28203
(704) 333-9945
*Counsel for Plaintiff Reade Seligmann*


    /s/ Linwood Wilson
Linwood Wilson, *pro se*
LinwoodW@aol.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DURHAM, N.C., et al., <br><br> Defendants. | Case No. 1:07CV739 |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2014, the foregoing Stipulation of Dismissal with Prejudice of Claims Against Defendant Linwood Wilson was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties required to be served.

                                            Respectfully submitted,

                                            /s/ Charles Davant IV
                                            Charles Davant IV (N.C. Bar No. 28489)
                                            WILLIAMS & CONNOLLY LLP
                                            725 Twelfth Street, NW
                                            Washington, DC 20005
                                            Tel.:          (202) 434-5000
                                            E-mail:      cdavant@wc.com

                                            *Counsel for Plaintiffs David F. Evans and*
                                            *Collin Finnerty*